# In The United States Court of Federal Claims

## Cover Sheet

06-97 C

Plaintiff(s) or Petitioner(s)
John Snow, Inc.

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record: [See RCFC 83.1(c)] Daniel A. Ball

Firm Name: Selzer Gurvitch Rabin & Obecny, Chartered

Post Office Box:

Street Address: 4416 East West Highway, Fourth Floor

City-State-Zip: Bethesda, Maryland 20814

Telephone & Facsimile Numbers: T: 301-986-9600 F: 301-986-1301

E-mail address: dball@sgrolaw.com

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes
If NO, please call (202) 357-6406 for admission papers and instructions.

Nature of suit code: 1 1 6

Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Government Agency Involved: 0

See attached Sheet for three digit code.

Amount Claimed: $ to be determined

If to be determined, put the phrase "to be determined" in Amount Claimed Space.

Vaccination Date: (Vaccine Cases Only)

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

May 6, 2005