# In the United States Court of Federal Claims

No. 06-0097C

(Filed: March 2, 2006)

```
*************************************** *
                                        *
JOHN SNOW, INC.,                        *
                                        *
                   Plaintiff,           *
                                        *
 v.                                     *
                                        *
THE UNITED STATES,                      *
                                        *
                   Defendant.           *
                                        *
*************************************** *
```

**ORDER**

On February 6, 2006, Plaintiff John Snow, Inc., filed in conjunction with its Complaint a Motion for Notice to Interested Third Party ICS Technologies, Inc. Plaintiff filed this motion pursuant to Rule 14(b) of the Rules of the Court of Federal Claims. Having considered the unopposed representations of Plaintiff, the Court hereby enters the following:

1. Plaintiff's Motion for Notice to Interested Third Party ICS Technologies, Inc. is GRANTED.

2. The Clerk of the Court shall, pursuant to Rule 14(b), issue an original and one copy of the notice of this pending action and of the opportunity to intervene and assert an interest therein, to the interested third party at the following address:

   Mr. Fawaz H. Arafat, Registered Agent
   ICS Technologies, Inc.
   6663-A Old Dominion Drive
   McLean, VA 22101

3. The notice shall contain a statement of the time within which such third party may appear (42 days after service), and shall indicate that it is accompanied by a copy of the pleadings, which shall be attached by the Plaintiff, John Snow, Inc. Rule 14(b)(4).

4. The Clerk of the Court shall deliver the notice to Plaintiff's counsel of record, who shall cause the same to be served on the person to be notified by registered or certified mail, return receipt requested, with Plaintiff to file with the Clerk the return of such service, which return shall include the copy of the notice with return receipt attached. Rule 14(b)(5).

**IT IS SO ORDERED.**

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge