# In the United States Court of Federal Claims

**JOHN SNOW, INC.**

**vs.** **No. 06-97 C**

**THE UNITED STATES**

# NOTICE

**To: ICS Technologies, Inc.**
**Fawaz H. Arafat, President**
**6663-A Old Dominion Drive**
**McLean, Virginia 22101**

Pursuant to 41 U.S.C. §114(b), 58 Stat. 649 you are hereby notified to appear within forty-two (42) days after service of this Notice upon you and to assert any claim or interest you may have in the subject matter of the above-entitled suit, by filing a complaint or answer herein in accordance with Rule 14 of this Court. If you fail to appear and assert a claim or interest in the subject matter of the suit, your claim against the United States or interest therein will forever be barred. For your information, this Notice is accompanied by copies of the following pleadings that have been filed herein: **plaintiffs' complaint, and plaintiff's motion to Notice Interested Third Party.**

In testimony whereof, I have hereunto set my hand and affixed the Seal of said Court at Washington, DC, this 2nd day of March, 2006

**Brian Bishop**
Clerk, U.S. Court of Federal Claims

By: [signature]
Deputy Clerk

## RETURN OF SERVICE

Service of the above notice was accomplished by forwarding same to the above named at the address indicated by registered or certified mail, return receipt requested. See return receipt attached showing service on 3-21-06.
(Date)

[signature]
Attorney of Record

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Daniel A. Ball, Esquire
Selzer Gurvitch Rabin & Obecny, Chtd.
4416 East West Highway, Suite 400
Bethesda, MD 20814-4568

10059-3

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ICS Technologies, Inc.
c/o Fawaz H. Arafat, Reg. Agent
6663-A Old Dominion Drive
McLean, VA 22101

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X [signature] ☐ Agent ☒ Addressee

B. Received by (*Printed Name*) R. CIOBANU

C. Date of Delivery 21 MAR 06

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

MOZ

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☒ Yes

2. Article Number
(*Transfer from service label*) 7002 3150 0004 3156 5545

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540