IN THE UNITED STATES COURT OF FEDERAL CLAIMS

JOHN SNOW, INC.,<br>
Plaintiff,<br>
v.<br>
THE UNITED STATES,<br>
Defendant.

No. 06-97C<br>
(Judge Thomas C. Wheeler)

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Richard P. Schroeder as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Richard P. Schroeder<br>
Attorney<br>
Commercial Litigation Branch<br>
Civil Division<br>
United States Department of Justice<br>
Washington, D.C. 20530

Attention Classification Unit<br>
8th Floor, "L" Street Bldg.

Dated: April 3, 2006

s/Richard P. Schroeder<br>
Richard P. Schroeder<br>
Attorney<br>
Commercial Litigation Branch<br>
Civil Division<br>
(202) 353-7961<br>
Fax# (202) 353-7988

CERTIFICATE OF FILING

I hereby certify under penalty of perjury that on this 3rd day of April 2006, a copy of the foregoing “NOTICE OF APPEARANCE” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court’s electronic filing system. Parties may access this filing through the Court’s system.

s/Richard P. Schroeder