IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| JOHN SNOW, INC., Plaintiff, | |
| v. | No. 06-97C (Judge Wheeler) |
| THE UNITED STATES, Defendant. | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN**
**ENLARGEMENT OF TIME TO RESPOND TO THE COMPLAINT**

Pursuant to United States Court of Federal Claims Rule 6.1, we respectfully request an enlargement of time of 98 days, from April 7, 2006, through and including July 14, 2006, to respond to the complaint. This is our first request for an enlargement of time for this purpose. Plaintiff's counsel does not oppose this motion.

This is a breach of contract action involving the procurement of 119 neonatal incubators. The procuring agency is the United States Agency for International Development. According to the complaint, the contract is related to a United States Government program aimed at reducing neonatal and maternal mortality in Egypt.

Among other things, this case involves issues related to the interpretation of the contract and the Federal Acquisition Regulations. An enlargement of time is necessary to provide the agency with additional time to prepare the required litigation report, and to provide undersigned counsel of record with time needed to explore various issues, discuss the matter at length

with agency personnel, prepare the Government's draft response to the complaint and submit the draft response for internal review. Further, undersigned counsel anticipates that there will some delays obtaining information because certain agency personnel are stationed in Egypt.

In addition, counsel is responsible for the following cases, among others, that will require his attention in the coming weeks: (1) Oak Environmental Consultants, Inc. v. United States, Fed. Cl. No. 06-113C (response to complaint due April 17, 2006; likely to seek an enlargement); (2) Friedman v. United States, Fed. Cl. No. 05-1355C (response to complaint due April 20, 2006; (3) Stone v. Department of Veterans Affairs, Fed. Cir. No. 06-7069 (Government's brief due May 12, 2006); (4) Lee v. United States, CIT No. 05-191 (initial disclosures due May 15, 2006); (5) Doe v. United States, Fed. Cl. No. 04-370C (Government's response to plaintiff's motion for leave to file amended complaint due May 18, 2006); and (6) China Processed Food Import & Export Co. v. United States (Government's supplemental response brief due July 19, 2006). Counsel is responsible for numerous other matters as well.

**CONCLUSION**

For the foregoing reasons, defendant, the United States, respectfully requests that this Court grant the Government an enlargement of time, through and including July 14, 2006, to respond to the complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

*s/Deborah A. Bynum*

DEBORAH A. BYNUM
Assistant Director

*s/Richard P. Schroeder*

RICHARD P. SCHROEDER
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
Eighth Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7562

Attorneys for Defendant

April 6, 2006

CERTIFICATE OF FILING

I hereby certify under penalty of perjury that on this 6th day of April 2006, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO THE COMPLAINT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Richard P. Schroeder