# In the United States Court of Federal Claims

No. 06-0097C

(Filed: April 7, 2006)

****************************************** *
*
JOHN SNOW, INC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
****************************************** *

**ORDER**

On April 6, 2006, Defendant filed an unopposed Motion for Enlargement of Time requesting a 98-day extension, to and including July 14, 2006, within which to file its Answer to the Complaint. The Court believes that a 98-day extension is excessive under the circumstances presented, but the Court will allow a 60-day extension. Accordingly, Defendant's Motion is GRANTED IN PART, and Defendant's Answer shall be due on or before June 6, 2006.

**IT IS SO ORDERED.**

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge