# In the United States Court of Federal Claims

No. 06-0097C

(Filed: April 26, 2006)

```
****************************************  *
                                          *
JOHN SNOW, INC.,                          *
                                          *
                     Plaintiff,           *
                                          *
 v.                                       *
                                          *
THE UNITED STATES,                        *
                                          *
                     Defendant.           *
                                          *
****************************************  *
```

**ORDER**

On April 25, 2006, counsel for ICS Technologies, Inc. filed a Motion for Leave to File Paper Filing, as well as a Consent Motion for an Enlargement of Time to Respond to Notice of Interested Party. The latter motion requests an additional 42 days, to and including June 6, 2006, to respond to the Notice of Plaintiff's Motion for Notice to Interested Third Party ICS Technologies, Inc. For good cause shown, both of these motions of ICS Technologies are hereby GRANTED.

**IT IS SO ORDERED.**

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge