# In the United States Court of Federal Claims

**06-97C**

**Filed: April 26, 2006**

**JOHN SNOW, INC.**

**v.**

**THE UNITED STATES**

ICS TECHNOLOGIES, INC.'S CONSENT MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO NOTICE OF INTERESTED PARTY

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.