IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JOHN SNOW, INC., Plaintiff, | ) | |
| v. | ) | No. 06-97C (Judge Wheeler) |
| THE UNITED STATES, Defendant. | ) | |

**DEFENDANT'S MOTION FOR AN**
**ENLARGEMENT OF TIME TO RESPOND TO THE COMPLAINT**

Pursuant to United States Court of Federal Claims Rule 6.1, we respectfully request an additional enlargement of time of 10 days, from June 6, 2006, through and including June 16, 2006, to respond to the complaint. The Court previously has granted us an enlargement of time of 60 days for this purpose (we had requested 98 days). Plaintiff's counsel has indicated that he takes no position regarding this motion. Counsel for ICS Technologies, Inc., a potential additional party to this litigation, has indicated that he does not oppose this motion.

This is a breach of contract action involving the procurement of 119 neonatal incubators. The procuring agency is the United States Agency for International Development. According to the complaint, the contract is related to a United States Government program aimed at reducing neonatal and maternal mortality in Egypt.

Among other things, certain agency personnel are located in Egypt. Consequently, agency counsel only recently received certain information relevant to the preparation of our response

to the complaint. Further, an enlargement is necessary to provide undersigned counsel of record with additional time needed to explore various issues, discuss the matter at length with agency personnel, prepare the Government's draft response to the complaint and submit the draft response for internal review.

In addition, counsel is responsible for the following cases, among others, that will require his attention in the coming weeks: (1) Hooker v. United States, Fed. Cl. Nos. 03-1501C, 04-1126C (depositions scheduled for June 1 and June 2, 2006); (2) Doe v. United States, Fed. Cl. No. 04-370C (Government's response to plaintiff's motion for leave to file amended complaint expected to be filed on or before June 15, 2006); and Oak Environmental Consultants, Inc. v. United States, Fed. Cl. No. 06-113C (response to complaint due June 21, 2006). Counsel is responsible for numerous other matters as well.

**CONCLUSION**

For the foregoing reasons, defendant, the United States, respectfully requests that this Court grant the Government an enlargement of time, through and including June 16, 2006, to respond to the complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

*s/Deborah A. Bynum*

DEBORAH A. BYNUM
Assistant Director

*s/Richard P. Schroeder*

RICHARD P. SCHROEDER
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
Eighth Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7562

Attorneys for Defendant

May 31, 2006

CERTIFICATE OF FILING

I hereby certify under penalty of perjury that on this 31st day of May 2006, a copy of the foregoing "DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO THE COMPLAINT" was filed electronically. I understand that notice of this filing will be sent to plaintiff by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. A copy of this motion also was sent, by UNITED STATES MAIL (First Class), to:

Scott M. Heimberg
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Ave., N.W.
Washington, D.C. 20036
Counsel for ICS Technologies, Inc.

s/Richard P. Schroeder