# In the United States Court of Federal Claims

No. 06-0097C

(Filed: June 2, 2006)

```
****************************************** *
                                            *
JOHN SNOW, INC.,                            *
                                            *
                    Plaintiff,              *
                                            *
 v.                                         *
                                            *
THE UNITED STATES,                          *
                                            *
                    Defendant.              *
                                            *
****************************************** *
```

**ORDER**

On May 31, 2006, Defendant filed an unopposed Motion for Enlargement of Time requesting a 10-day extension, to and including June 16, 2006, within which to file its response to the Complaint. For good cause shown, Defendant's Motion is GRANTED, and Defendant's response to the Complaint shall be due on or before June 16, 2006.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge