IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JOHN SNOW, INC., | } | |
| | } | |
| Plaintiff, | } | |
| | } | |
| v. | } | Case No. 06-97 C |
| | } | (Hon. Thomas C. Wheeler) |
| THE UNITED STATES OF AMERICA | } | |
| | } | |
| Defendant. | } | |
| | } | |

ICS TECHNOLOGIES, INC. RESPONSE TO
PLAINTIFF'S MOTION FOR NOTICE TO INTERESTED
THIRD PARTY – ICS TECHNOLOGIES, INC.

Pursuant to 41 U.S.C. § 114(b), ICS Technologies, Inc. ("ICS"), through its undersigned counsel, hereby declines to intervene in this action.

Date: June 6, 2006

Respectfully submitted,

/s/ Scott M. Heimberg

Scott M. Heimberg (DC Bar No. 412204)
Andrea T. Vavonese (DC Bar No. 459035)
AKIN GUMP STRAUSS HAUER & FELD, LLP
Robert S. Strauss Building
1333 New Hampshire Ave., N.W.
Washington, DC 20036
202.887.4000 (phone)
202.887.4288 (fax)

Attorneys for ICS Technologies, Inc.

CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of June, 2006, a copy of the foregoing ICS TECHNOLOGIES, INC.'S RESPONSE TO PLAINTIFF'S MOTION FOR NOTICE OF INTERESTED THIRD PARTY – ICS TECHNOLOGIES, INC was sent via first class mail, postage prepaid, to:

Daniel A Ball
Selzer, Gurvitch, Rabin & Obecny, Chtd.
4416 East West Highway, 4th Floor
Bethesda, MD 20814

ATTORNEY for Plaintiff, John Snow, Inc.

Richard P. Schroeder
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C., 20530

ATTORNEY for Defendant, United States of America

/s/
Michael Martinez