IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JOHN SNOW, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-97C |
| | ) | (Judge Wheeler) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN**
**ENLARGEMENT OF TIME TO RESPOND TO THE COMPLAINT**

Pursuant to United States Court of Federal Claims Rule 6.1, we respectfully request an additional enlargement of time of six days, from June 16, 2006, through and including June 22, 2006, to respond to the complaint. The Court previously has granted us an enlargement of time of 60 days and 10 days for this purpose. Plaintiff's counsel has indicated that he does not oppose this motion.

This is a breach of contract action involving the procurement of 119 neonatal incubators. The procuring agency is the United States Agency for International Development. According to the complaint, the contract is related to a United States Government program aimed at reducing neonatal and maternal mortality in Egypt. The complaint contains 81 paragraphs. Further, many of those paragraphs contain numerous sentences. For instance, paragraph 16 is contains 13 separate sentences. This has made preparing our response to the complaint very cumbersome.

We have worked diligently upon our response and have prepared drafts of the response. However, additional work still needs to be done, including carefully reviewing the complaint with agency counsel, who is out of the office for the remainder of the week. Further, once we have completed the drafting process, the complaint must be submitted for internal review.

In addition, counsel is responsible for the following cases, among others, that will require his immediate intention: (1) Doe v. United States, Fed. Cl. No. 04-370C (Government's response to plaintiff's motion for leave to file amended complaint and cross-motion to dismiss and for summary judgment expected to be filed on or before June 20, 2006); (2) Oak Environmental Consultants, Inc. v. United States, Fed. Cl. No. 06-113C (response to complaint due June 21, 2006); and (3) Nokell v. United States, Fed. Cl. No. 06-335 (response to complaint due June 26, 2006). Counsel is responsible for numerous other matters as well.

**CONCLUSION**

For the foregoing reasons, defendant, the United States, respectfully requests that this Court grant the Government an enlargement of time, through and including June 22, 2006, to respond to the complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

*s/Deborah A. Bynum*

DEBORAH A. BYNUM
Assistant Director

*s/Richard P. Schroeder*

RICHARD P. SCHROEDER
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
Eighth Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7562

Attorneys for Defendant

June 16, 2006

CERTIFICATE OF FILING

I hereby certify under penalty of perjury that on this 16th[nd] day of June 2006, a copy of the foregoing “DEFENDANT’S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO THE COMPLAINT” was filed electronically. I understand that notice of this filing will be sent to plaintiff by operation of the Court’s electronic filing system. Parties may access this filing through the Court’s system. A copy of this motion also was sent, by UNITED STATES MAIL (First Class), to:

Scott M. Heimberg
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Ave., N.W.
Washington, D.C. 20036
Counsel for ICS Technologies, Inc.

s/Richard P. Schroeder