IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JOHN SNOW, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-97C |
| | ) | (Judge Wheeler) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S ANSWER**

Defendant, the United States, for its answer to the complaint of plaintiff, John Snow, Inc. ("JSI"), defendant admits, denies, and alleges as follows:

1. Denies the allegations contained in paragraph 1 for lack of knowledge or information sufficient to form a belief as to their truth.

2. Admits.

3. Admits the allegations contained in paragraph 3, that USAID issued a Final Decision and Unilateral Debt Determination ("Final Decision") on March 9, 2005. Admits the remainder of the allegations contained in paragraph 3, to the extent supported by the final decision cited, which is the best evidence of its contents; otherwise denies those allegations.

4. The allegations contained in paragraph 4 constitute conclusions of law and plaintiff's characterization of its case, to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

5. Admits the allegations contained in the first, second, third and fifth sentences of paragraph 5, to the extent supported by the contract cited, which is the best evidence of its contents; otherwise denies those allegations. Admits the allegation contained in the fourth sentence of paragraph 5, that the Government reimbursed plaintiff for what plaintiff purported to

be were its costs, plus a fixed fee; denies the remaining allegations contained in the fourth sentence of paragraph 5 for lack of knowledge or information sufficient to form a belief as to their truth. Admits the allegations contained in the sixth sentence of paragraph 5, that, over a period of seven years, plaintiff's procurements for the Government under the contract were purportedly over $50 million ($18 million of which were for commodities), exclusive of its fixed fee; denies the remaining allegations contained in the sixth sentence of paragraph 5 for lack of knowledge or information sufficient to form a belief as to their truth.

6. Denies the allegations contained in the first sentence of paragraph 6 for lack of knowledge or information sufficient to form a belief as to their truth. Admits the allegations contained in the second, third, fourth, fifth, sixth, seventh and eighth sentences of paragraph 6 of the complaint, to the extent supported by the documents cited, which are the best evidence of their contents; otherwise denies those allegations. Admits the allegations contained in the ninth sentence of paragraph 6, that USAID paid for the procurement of these and other incubators; denies the remaining allegations in the ninth sentence of paragraph 6.

7. Denies the allegations contained in the first sentence of paragraph 7 for lack of knowledge or information sufficient to form a belief as to their truth. The allegations contained in the second sentence of paragraph 7 constitute conclusions of law and plaintiff's characterization of its case, to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

8. Admits the allegations contained in the first sentence of paragraph 8, that 119 incubators were delivered to the Egyptian Ministry of Health & Population ("MOHP"); denies the remainder of the allegations contained in the first sentence of paragraph 8 for lack of

knowledge or information sufficient to form a belief as to their truth. Denies the allegations contained in the second sentence of paragraph 8 for lack of knowledge or information sufficient to form a belief as to their truth. Admits the allegations contained in the third sentence of paragraph 8, to the extent supported by the final decision cited, which is the best evidence of its contents; otherwise denies those allegations.

9. Admits the allegations contained in paragraph 9, to the extent supported by the contract cited, which is the best evidence of its contents; otherwise denies those allegations.

10. Admits the allegations contained in the first sentence of paragraph 10, that MOHP staff received complaints about the incubators; denies the remaining allegations contained in the first sentence of paragraph 10 for lack of knowledge or information sufficient to form a belief as to their truth. Denies the remaining allegations contained in paragraph 10 for lack of knowledge or information sufficient to form a belief as to their truth.

11. Denies the allegations contained in the paragraph 11 for lack of knowledge or information sufficient to form a belief as to their truth.

12. Admits the allegations contained in the first sentence of paragraph 10, that JSI informed USAID that the incubators provided by JSI to MOHP were defective; denies the remainder of the allegations in the first sentence for lack of knowledge or information sufficient to form a belief as to their truth. Denies the allegations contained in the second sentence of paragraph 12 for lack of knowledge or information sufficient to form a belief as to their truth. Admits the allegations contained in the third sentence of paragraph 12, that JSI or its agents removed the incubators from service; denies the remainder of the allegations in the third sentence for lack of knowledge or information sufficient to form a belief as to their truth.

13. Denies the allegations contained in the first sentence of paragraph 13 for lack of knowledge or information sufficient to form a belief as to their truth. Denies the allegations contained in the second sentence of paragraph 13.

14. Denies the allegations contained in the first sentence of paragraph 14 for lack of knowledge or information sufficient to form a belief as to their truth. Denies the allegation in the second sentence of paragraph 14, that the incubators had been certified previously; admits the allegation in the second sentence of paragraph 14, that the incubators were brought to a central location in Cairo; denies the remainder of the allegations contained in the second sentence of paragraph 14 for lack of knowledge or information sufficient to form a belief as to their truth. Admits the allegations contained in the third and fourth sentences of paragraph 14, to the extent supported by the documents cited, which are the best evidence of their contents; otherwise denies the allegations contained in the third and fourth sentences of paragraph 14.

15. Admits the allegations contained paragraph 15, that certifications were issued for 112 of the incubators to the extent supported by the certifications, which are the best evidence of their contents; otherwise denies the allegations contained in paragraph 15.

16. Denies the allegations contained in the first, third, fifth, sixth, seventh, eighth, ninth, tenth and thirteenth sentences of paragraph 16 for lack of knowledge or information sufficient to form a belief as to their truth. Admits the allegations contained in the second sentence of paragraph 16, that JSI contracted with ECRI to inspect and test the incubators; denies the remaining allegations in the second sentence of paragraph 16 for lack of knowledge or information sufficient to form a belief as to their truth. Admits the allegations in the fourth sentence of paragraph 16. Admits the allegations in the eleventh sentence of paragraph 16.

Admits the allegations contained in the twelfth sentence of paragraph 16 to the extent consistent with the reports cited, which are the best evidence of their contents; otherwise denies the allegations contained in the twelfth sentence of paragraph 16.

17. Admits the allegations contained in paragraph 17 to the extent supported by the e-mail cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 17.

18. Admits the allegations contained in the first and third sentences of paragraph 18. Denies the allegations contained in the second and eighth sentences of paragraph 18 for lack of knowledge or information sufficient to form a belief as to their truth. Denies the allegations contained in the fourth, fifth, sixth and seventh sentences of paragraph 18.

19. Denies the allegations contained in the first, second and third sentences of paragraph 19 for lack of knowledge or information sufficient to form a belief as to their truth. Admits the allegation contained in the fourth sentence of paragraph 19 to the extent supported by the e-mail cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph the fourth sentence of paragraph 19. Denies the allegations contained in the fifth sentence of paragraph 19 for lack of knowledge or information sufficient to form a belief as to their truth.

20. Admits the allegations contained in the paragraph 20 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 20.

21. Denies.

22. Admits the allegations contained in paragraph 22, to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies in paragraph 22.

23. Admits.

24. Admits the allegations contained in the first and second sentences of paragraph 24, to the extent consistent with the document cited, which is the best evidence of its contents; otherwise denies the allegations in the first and second sentences of paragraph 24. Admits the allegations contained in the third sentence of paragraph 24 that "USAID's contracting officer, Roy Plunknett, issued the Amended Notice as well"; denies the remainder of the allegations contained in the third sentence of paragraph 24.

25. Admits the allegations in paragraph 25, to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations in paragraph 25.

26. Admits the allegations contained in the first sentence of paragraph 26, that on January 13, 2005, USAID issued a Notice of Demand for Payment of $865,683; denies the remainder of the allegations contained in the first sentence of paragraph 26. The allegations contained in the second and third sentences of paragraph 26 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

27. Admits the allegations contained in paragraph 27, to the extent supported by the documents cited, which are the best evidence of their contents; otherwise denies the allegations contained in paragraph 27.

28. The allegations contained in paragraph 28 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

29. Denies the allegations contained in the first and second sentences of paragraph 29 for lack of knowledge or information sufficient to form a belief as to their truth. Denies the allegations contained in the third sentence of paragraph 29.

30. Admits the allegations contained in paragraph 30, to the extent supported by the document relied upon, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 30.

31. Admits the allegations contained in paragraph 31, that "USAID obtained possession of the incubators"; the remainder of the allegations contained in paragraph 31 constitute conclusions of law to which no response is necessary; to the extent they may be deemed allegations of fact, they are denied.

32. Admits the allegations contained in the paragraph 32 to the extent supported by the documents cited, which are the best evidence of their contents; otherwise denies the allegations contained in paragraph 32.

33. Admits the allegations contained in paragraph 33 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 33.

34. Admits the allegations contained in the first sentence of paragraph 34 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in the first sentence of paragraph 34. The allegations contained in the second and third sentences of paragraph 34 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

A. Admits the allegations contained in paragraph 34(A) to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 34(A).

B. Admits the allegations contained in paragraph 34(B) to the extent supported by the documents cited, which are the best evidence of their contents; otherwise denies the allegations contained in paragraph 34(B).

C. Admits the allegations contained in the paragraph 34(C) to the extent supported by the correspondence cited, which are the best evidence of their contents; otherwise denies the allegations contained in paragraph 34(C).

D. The allegations contained in the first sentence of paragraph 34(D) constitute conclusions of law to which no answer is required; the extent they may be deemed allegations of fact, they are denied. Admits the allegations contained in the second, third, fourth and fifth sentences of paragraph 34(D) to the extent supported by the documents cited, which are the best evidence of their contents; otherwise denies the allegations contained in the second, third, fourth and fifth sentences of paragraph 34(D). Denies the allegations contained in the sixth and seventh sentences of paragraph 34(D) for lack of knowledge or information sufficient to form a belief as to their truth.

E. Denies the allegations contained in paragraph 34(E).

35. The allegations contained in paragraph 35 constitute conclusions of law and plaintiff's characterization of its case, to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

36. The allegations contained in paragraph 36 constitute conclusions of law and plaintiff's characterization of its case, to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

37. Admits the allegations contained in the first sentence of paragraph 37. Denies the allegations contained in the second and third sentences of paragraph 37.

38. Admits the remaining allegations contained in paragraph 38 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 38.

39. Admits the allegations contained in the third sentence of paragraph 39 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in the third sentence of paragraph 39. Denies the allegations contained in the fourth and fifth sentences of paragraph 39.

40. Admits the allegations contained in the first sentence of paragraph 40 to the extent supported by the regulation cited, which is the best evidence of its contents; otherwise denies the allegations contained in the first sentence of paragraph 40. Denies the allegations contained in the second sentence of paragraph 40. The allegations contained in the third and fourth sentences of paragraph 40 constitute conclusions of law and plaintiff's characterization of its case, to which no answer is required; to the extent they may be deemed allegations of fact, they are denied

41. Admits the allegations contained in the first sentence of paragraph 41 to the extent supported by the regulation cited, which is the best evidence of its contents; otherwise denies the allegations contained in the first sentence of paragraph 41. The allegations contained

in the second and third sentences of paragraph 40 constitute conclusions of law and plaintiff's characterization of its case, to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

42. The allegations contained in the first, second and fourth sentences of paragraph 42 constitute conclusions of law and plaintiff's characterization of its case, to which no answer is required; to the extent they may be deemed allegations of fact, they are denied. Denies the allegations contained in the third sentence of paragraph 42 for lack of knowledge or information sufficient to form a belief as to their truth. Denies the allegations contained in the fifth, sixth, seventh and eighth sentences of paragraph 42.

43. Admits the allegations contained in paragraph 43 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 43.

44. Denies the allegations contained in the first sentence of paragraph 44. The allegations contained in the second sentence of paragraph 45 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied. Admits the allegations contained in the third sentence of paragraph 44 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in the third sentence of paragraph 44.

45. Denies the allegations contained in the first sentence of paragraph 45. Admits the allegations contained in the second sentence of paragraph 45 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in the second sentence of paragraph 45. Denies the allegations contained in the third,

fourth and fifth sentences of paragraph 45 for lack of knowledge or information sufficient to form a belief as to their truth. The allegations contained in the sixth, seventh and eighth sentences of paragraph 45 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

46. Admits the allegations contained in the first sentence of paragraph 46 to the extent supported by the regulation cited, which is the best evidence of its contents; otherwise denies the allegations contained in the first sentence of paragraph 46. Denies the allegations contained in the second, third and fourth sentences of paragraph 46. The allegations contained in the fifth sentence of paragraph 46 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

47. The allegations contained in the first sentence of paragraph 47 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied. Admits the allegations contained in the second sentence of paragraph 47 to the extent supported by the regulation cited, which is the best evidence of its contents; otherwise denies the allegations contained in the second sentence of paragraph 47. The allegations contained in the third and fourth sentences of paragraph 47 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

48. Denies.

49. The allegations contained in the first sentence of paragraph 49 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied. Denies the allegations contained in the second sentence of paragraph

49. Denies the allegations contained in the third sentence of paragraph 49 for lack of knowledge or information sufficient to form a belief as to their truth.

50. Denies.

51. Admits the allegations contained in the first sentence of paragraph 51 to the extent consistent with the regulation cited, which is the best evidence of its contents; otherwise denies the allegations contained in the second sentence of paragraph 51. Denies the allegations contained in the second, third, fourth and fifth sentences of paragraph 51.

52. Admits the allegations contained in the first and second sentences of paragraph 52 to the extent consistent with the regulation cited, which is the best evidence of its contents; otherwise denies the allegations contained in the first and second sentences of paragraph 52. Denies the allegations contained in the third sentence of paragraph 52 for lack of knowledge or information sufficient to form a belief as to their truth.

53. Denies the allegations contained in the first and second sentences of paragraph 53 for lack of knowledge or information sufficient to form a belief as to their truth. Denies the allegations contained in the third and fourth sentences of paragraph 53.

54. The allegations contained in paragraph 54 are not directed at defendant; to the extent that they may be deemed to be directed at defendant, defendant denies the allegations contained in paragraph 54 for lack of knowledge or information sufficient to form a belief as to their truth.

55. The allegations contained in paragraph 55 are not directed at defendant; to the extent that they may be deemed to be directed at defendant, defendant denies the allegations

contained in paragraph 55 for lack of knowledge or information sufficient to form a belief as to their truth.

56. The allegations contained in paragraph 56 are not directed at defendant; to the extent that they may be deemed to be directed at defendant, defendant denies the allegations contained in the first sentence of paragraph 56 for lack of knowledge or information sufficient to form a belief as to their truth. Admits the allegations contained in the second sentence of paragraph 56.

57. The allegations contained in paragraph 57 are not directed at defendant; to the extent that they may be deemed to be directed at defendant, defendant denies the allegations contained in the first, second, third and fourth sentences of paragraph 57 for lack of knowledge or information sufficient to form a belief as to their truth. Denies the allegations contained in the fifth sentence of paragraph 57. The allegations contained in the sixth and seventh sentences of paragraph 57 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

58. The allegations contained in paragraph 58 are not directed at defendant; to the extent that they may be deemed to be directed at defendant, the allegations contained in the first sentence of paragraph 58 constitute conclusions of law to which no response is required; to the extent they may be deemed allegations of fact, they are denied. Admits the allegations contained in the second sentence of paragraph 58 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in the second sentence of paragraph 58.

59. The allegations contained in paragraph 59 are not directed at defendant; to the extent that they may be deemed to be directed at defendant, they are denied.

60. The allegations contained in paragraph 60 are not directed at defendant; to the extent that they may be deemed to be directed at defendant, they constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

61. The allegations contained in paragraph 61 are not directed at defendant; to the extent that they may be deemed to be directed at defendant, the allegations contained in paragraph 61 constitute conclusions of law and plaintiff’s characterization of its case, to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

62. Defendant’s responses to paragraphs 1 through 61 of the complaint are incorporated by reference.

63. Denies.

64. Denies.

65. Denies.

66. Denies.

67. Denies.

68. Denies.

69. Denies.

70. Defendant’s responses to paragraphs 1 through 69 of the complaint are incorporated by reference.

71. The allegations contained in paragraph 71 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are admitted to the extent consistent with the applicable law and contract; otherwise they are denied.

72. The allegations contained in paragraph 72 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are admitted to the extent consistent with the applicable law and contract; otherwise they are denied.

73. The allegations contained in paragraph 73 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are admitted to the extent consistent with the applicable law and contract; otherwise they are denied.

74. Denies.

75. Denies.

76. Denies.

77. Denies.

78. Denies

79. Denies.

80. Denies.

81. Denies.

82. Denies that plaintiff is entitled to the relief set forth in the prayer for relief immediately following paragraph 81, or to any relief whatsoever.

83. Denies each and every allegation not previously admitted or otherwise qualified.

WHEREFORE, defendant requests that the Court enter judgment in its favor, order that the complaint be dismissed, and grant defendant such other and further relief as the Court may deem just and proper.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

*s/Deborah A. Bynum*

DEBORAH A. BYNUM
Assistant Director

*s/Richard P. Schroeder*

RICHARD P. SCHROEDER
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
Eighth Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7562

Attorneys for Defendant

June 22, 2006

CERTIFICATE OF FILING

I hereby certify under penalty of perjury that on this 22nd day of June 2006, a copy of the foregoing "DEFENDANT'S ANSWER" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Richard P. Schroeder