IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JOHN SNOW, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No.: 06-97C |
| | § | |
| THE UNITED STATES OF AMERICA | § | |
| | § | |
| Defendant. | § | |
| | § | |

**NOTICE OF CHANGE OF FIRM**

The undersigned, Daniel A. Ball, counsel to the Plaintiff, John Snow, Inc., in the above-referenced matter files this Notice of Change of Firm. Please update your records to reflect the change of my firm affiliation effective August 1, 2006 from Selzer Gurvitch Rabin & Obecny, Chtd. to Ball & Associates, P.C. Please also change my email address to dball@dablaw.com and change my fax number to 301-215-9297. My street address and telephone number will remain the same.

DATED: August 1, 2006

Respectfully submitted,

/s/

Daniel A. Ball
Ball & Associates, P.C.
4416 East West Highway, Suite 400
Bethesda, Maryland 20814
Direct: (301) 634-3147
Fax: (301) 215-9297
E-Mail: dball@dablaw.com

Counsel for Plaintiff John Snow, Inc.