# In the United States Court of Federal Claims

No. 06-97C

(Filed: August 1, 2006)

*************************************** *
*
TEKNOWLEDGE CORPORATION, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
*************************************** *

ORDER

On July 28, 2006, Defendant filed a motion on behalf of both parties for a 25-day enlargement of time, to and including September 8, 2006, within which to file the Joint Preliminary Status Report ("JPSR"). The current due date is August 14, 2006. The motion states that counsel for the parties generally are unavailable to prepare the JPSR until early September. Accordingly, and for good cause shown, the motion is GRANTED, and counsel for the parties may file their JPSR on or before September 8, 2006.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge