# In the United States Court of Federal Claims

No. 06-0097C

(Filed: August 23, 2006)

```
*****************************************
                                        *
JOHN SNOW, INC.,                        *
                                        *
                    Plaintiff,          *
                                        *
 v.                                     *
                                        *
THE UNITED STATES,                      *
                                        *
                    Defendant.          *
                                        *
*****************************************
```

**SCHEDULING ORDER**

On Wednesday, August 23, 2006, the Court conducted a preliminary scheduling conference with counsel for the parties, pursuant to Appendix A, paragraph 7, of the Court's Rules. The Court hereby adopts the schedule proposed by the parties as follows:

1. Plaintiff will file a dispositive motion on or before September 29, 2006;

2. Defendant will determine whether it needs discovery within 30 days of the filing of Plaintiff's dispositive motion. If Defendant determines that it needs discovery, the parties will propose a mutually agreeable schedule for conducting such discovery. If the parties are unable to agree that discovery is necessary, or are unable to agree upon a discovery schedule or upon the scope of discovery, or if they have any other discovery dispute that they cannot resolve, they will seek Court intervention to resolve the issue. If Defendant determines that it does not need to conduct discovery, it will file its response or cross-motion on or before December 7, 2006;

3. Plaintiff will file its reply or a response to defendant's cross-motion on or before January 12, 2007; and

4. Defendant will file its reply to Plaintiff's response to its cross-motion on or before February 9, 2007.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge