IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JOHN SNOW, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-0097C |
| | ) | (Judge Thomas C. Wheeler) |
| THE UNITED STATES | ) | |
| | ) | |
| Defendant. | ) | |

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION**

Plaintiff, John Snow, Inc. ("JSI" or Plaintiff), submits this Consent Motion for Extension of Time to File Dispositive Motion. The Defendant, the United States ("Government" or Defendant), has consented to JSI's request for additional time to file its dispositive motion. Counsel for the parties have discussed and agreed upon a revised Scheduling Order, subject to the Court's approval.

Originally, JSI and the Government, through their respective counsel, in their Joint Preliminary Status Report, submitted the date of September 29, 2006, for JSI to file a dispositive motion. The Court adopted the date in its Scheduling Order.

Counsel for JSI finds that he needs additional time to properly prepare the motion and confer with his client before it is filed. Regrettably, counsel is now unable to meet the September 29th filing date. And counsel for JSI is unable to delegate primary responsibility for the dispositive motion to another attorney because counsel is most familiar with the complex contracting issues, having been involved in the dispute since November 2004.

Counsel for JSI respectfully requests that the filing date be extended through to October 25, 2006. Counsel for the Government has agreed to this date.

In addition, Counsel for JSI and the Government have discussed and agreed upon other revisions to the Scheduling Order, subject to the Court's consent:

No. 2 of the Scheduling Order: If the Defendant determines that it does not need to conduct discovery, it will file its response or cross-motion on before December 20, 2006 (instead of December 7th).

No. 3 of the Scheduling Order: Plaintiff will file its reply or a response to defendant's cross-motion on or before January 23, 2007 (instead of January 12, 2007).

No. 4 of the Scheduling Order: Defendant will file its reply to Plaintiff's response to its cross-motion on or before February 28, 2007 (instead of February 9, 2007).

The case will not be unreasonably delayed by these changes in dates, and neither party will be prejudiced. Also, if the Court determines that there is merit in granting summary judgment, the case would be shortened possibly without time-consuming and expensive discovery; thus, there is a benefit in granting JSI's Consent Motion.

WHEREFORE, JSI respectfully requests the Court to grant this Consent Motion and revise the Scheduling Order in accordance with the dates above.

Respectfully submitted,

/s/

Daniel A. Ball
Ball Law Offices
4416 East West Highway, Suite 400
Bethesda, Maryland 20814-4568
Direct: (301) 634-3147
Fax: (301) 215-9297
E-Mail: dball@dablaw.com

Dated: September 25, 2006

Attorneys for Plaintiff John Snow, Inc.

**Certificate of Filing**

I hereby certify that on September 25, 2006, a copy of foregoing CONSENT MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

___/s/____________________
Daniel A. Ball