# In the United States Court of Federal Claims

No. 06-0097C

(Filed: September 25, 2006)

```
***************************************** *
                                          *
JOHN SNOW, INC.,                          *
                                          *
                    Plaintiff,            *
                                          *
 v.                                       *
                                          *
THE UNITED STATES,                        *
                                          *
                    Defendant.            *
                                          *
***************************************** *
```

## ORDER

On September 25, 2006, Plaintiff filed an unopposed Consent Motion for Extension of Time to File Dispositive Motion. The motion requests a 26-day extension, to and including October 25, 2006, within which to file Plaintiff's dispositive motion. For good cause shown, the motion is hereby GRANTED, and the Court adopts the revised schedule proposed by the parties as follows:

1. Plaintiff will file a dispositive motion on or before October 26, 2006;

2. Defendant will determine whether it needs discovery within 30 days of the filing of Plaintiff's dispositive motion. If Defendant determines that it needs discovery, the parties will propose a mutually agreeable schedule for conducting such discovery. If the parties are unable to agree that discovery is necessary, or are unable to agree upon a discovery schedule or upon the scope of discovery, or if they have any other discovery dispute that they cannot resolve, they will seek Court intervention to resolve the issue. If Defendant determines that it does not need to conduct discovery, it will file its response or cross-motion on or before December 20, 2006;

3. Plaintiff will file its reply or a response to defendant's cross-motion on or before January 23, 2007; and

4. Defendant will file its reply to Plaintiff's response to its cross-motion on or before February 28, 2007.

**IT IS SO ORDERED.**

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge