# *Affidavit of Kenneth J. Olivola*

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JOHN SNOW, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 06-0097C |
| | § | (Judge Thomas C. Wheeler) |
| THE UNITED STATES OF AMERICA | § | |
| | § | |
| Defendant. | § | |
| | § | |

City of Boston )
: ss
Commonwealth of Massachusetts )

**AFFIDAVIT OF KENNETH J. OLIVOLA**

I, Kenneth J. Olivola, hereby give this Affidavit under oath based on my personal knowledge of the matters set forth herein.

1. I have been employed by John Snow, Inc. ("JSI") in various positions since June 1991. My present position is Director for the International Division, a position which I have held since June 2000. I had responsibility over the Healthy Mother/Healthy Child contract, USAID Contract No. 263-C-0098-00041 (the "Contract"), first as the Senior Advisor and second, since June 2000, as the Director for the International Division. In my capacity as Director, I oversee all JSI field projects.

2. JSI is a Massachusetts corporation with its principal place of business at 44 Farnsworth Street, Boston, Massachusetts 02210-1211. JSI provides technical and managerial assistance to public health programs worldwide. With more than 25 years of experience, JSI has implemented projects in 84 countries. JSI frequently contracts with the United States through the United States Agency for International Development.

3. Under the Contract, JSI procured 119 Preemicare, Inc. infant incubators for an amount totaling $785,880.35. [IFB 8, Purchase Order Nos. 205 and 205A] Approvals for the procurements were issued by USAID's Contracting Officer, Cynthia Judge, on June 11, 2001

and November 29, 2001. *See Exhibit 2*[1]. With these approvals, USAID authorized JSI to enter into subcontracts with ICS Technologies, Inc. for the purchase of the incubators. These incubators were also included in the two base period procurement plan milestones which were approved by the Contracting Officer's Technical Representative (COTR) and copied to the Contracting Officer on April 26, 1999 and December 10, 2000. The referenced milestone approvals dated April 26, 1999 and December 10, 2000, are attached as *Exhibit 3*. These procurement plans included 55 and 94 incubators, respectively. As per Contract Modification No. 4 dated October 9, 2000 *(see Exhibit 4)*, the Contracting Officer (CO) delegated authority to the COTR for review of the milestones to determine if they were met and to approve payment of JSI's fee.

4. JSI procured the 119 infant incubators from ICS Technologies, Inc. ("ICS"), whose headquarter offices are located at 6663-A Old Dominion Drive, McLean, Virginia 22101. During the Contract, ICS also had an office in New Maadi, Cairo, Egypt.

5. JSI paid ICS the sum of $785,880.35 for the costs of the incubators. This is the amount of costs which USAID subsequently disallowed in its Final Decision. Although USAID issued a Notice of Disallowance on March 9, 2005, USAID had paid JSI for the procurement costs of these incubators in 2002, three years earlier. JSI also had paid ICS for the procurement costs of these incubators in 2002.

6. It is my understanding that when the incubators arrive in country (once they clear customs) they immediately became the property of the Cooperating Government. When the 119 Preemicare incubators arrived at the Alexandria port, they immediately became the property of Egypt and its agency, the Ministry of Health and Population (MOHP).

7. Under the Healthy Mother/Healthy Child Contract, and in discussions between the MOHP and JSI, it was decided that JSI would retain disposition of the procured commodities (including the incubators), store them in a JSI-hired warehouse, and transport and install the items in the pre-approved MOHP facilities. This was a decision made to ensure that items were transported to the correct destinations in a timely manner given the MOHP's limited capacity to ensure this. Upon information and belief, this was an informal arrangement between JSI and the MOHP. Even though JSI assisted the MOHP in transporting the

[1] Exhibit references in this Affidavit are to the Exhibits attached to the Memorandum in Support of Plaintiff's Motion for Partial Summary Judgment.

incubators, the incubators became the property of the Cooperating Government, Egypt and the MOHP upon clearing customs, and the incubators were accepted by USAID and its consignee, Egypt and the MOHP, on the customs clearance dates.

8. It was the policy of the Government of Egypt and the MOHP that when the commodities, including incubators, were received in Egypt and cleared customs, they were immediately and officially logged into their central-level inventory records.

9. The 119 Preemicare incubators procured by JSI for USAID in June and November 2001 were delivered to USAID/Egypt's Consignee: HM/HC, USAID Project No. 283-0242, Ministry of Health, 21 Misr Helwan Agricultural Road, Maadi, Cairo.

10. The chart attached as Exhibit 8 to the Memorandum in Support of Plaintiff's Motion for Partial Summary Judgment has a column "Arrival Date in Egypt." This refers to the dates that the 119 Preemicare incubators cleared customs in Egypt.

11. USAID satisfied all of JSI's alleged indebtedness through administrative offsets of invoices submitted by JSI to USAID for payment. In other words, USAID withheld payments owed to JSI from other procurements under the Contract in order to satisfy this alleged indebtedness. As a result, USAID owes JSI the sum of $872,327, plus administrative fees, costs and interest assessed and collected by USAID through offsets.

KENNETH J. OLIVOLA

SWORN AND SUBSCRIBED to before me on this 26th day of October, 2006.

NOTARY PUBLIC

My Commission Expires: July 14, 2011

Joanne B. McDade
My Commission Expires July 14, 2011