IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JOHN SNOW, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-97C |
| | ) | (Judge Wheeler) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION, UPON BEHALF OF THE PARTIES, FOR ENTRY OF A LIMITED DISCOVERY SCHEDULE**

Defendant, the United States, respectfully requests that the Court allow the Government to conduct limited fact discovery, through and including March 30, 2007, relating to the summary judgment issues raised or to be raised in this matter. Plaintiff consents to this motion being filed upon behalf of the parties.

On October 26, 2006, plaintiff, John Snow, Inc. ("JSI") filed a motion for summary judgment. Pursuant to the instructions of the Court, the Government has determined that it requires certain limited discovery before responding to the motion and/or filing a cross-motion for summary judgment. Counsel for the parties have discussed the discovery at length and the Government has served its initial discovery requests. JSI has reviewed the discovery requests with its counsel and gives its consent to some of the limited discovery requested and to the entry of a limited discovery schedule to provide discovery responsive to the requests served by the Government.

Counsel for the Government and JSI are discussing the scope of the discovery requested by the Government to determine if they can avoid a discovery dispute that would involve the Court's intervention. If the parties cannot resolve their dispute, it is expected that the Government will file a motion seeking discovery over the outstanding disputed requests. JSI's responses and objections to the Government's initial discovery requests are due January 22, 2007.

Accordingly, the Government respectfully requests that the Court issue an order setting March 30, 2007 as the deadline by which the Government will complete limited fact discovery relating to JSI's dispositive motion. Notwithstanding this schedule, JSI reserves the right to request discovery from the Government in support of its motion for summary judgment.

The parties agree that, should any portion of this case survive dispositive motions, they should have an opportunity to conduct discovery at a later time regarding that portion of the case, if any, which survives the dispositive motions. The parties further agree that, to the extent JSI concludes that it needs to conduct limited discovery to respond to any cross-motion for summary judgment filed by the Government, it may seek an opportunity to conduct such discovery following the receipt of the cross-motion. The parties propose to file a status report on or before April 6, 2006 advising the Court of

how they believe this matter should proceed.

**CONCLUSION**

For the foregoing reasons, defendant, the United States, upon behalf of the parties, respectfully requests that this Court grant the Government until March 30, 2007 to complete the limited fact discovery discussed above.

Respectfully submitted,

PETER D. KEISLER Assistant
Attorney General

DAVID M. COHEN
Director

***s/Deborah A. Bynum***

DEBORAH A. BYNUM
Assistant Director

***s/Richard P. Schroeder***

RICHARD P. SCHROEDER
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
Eighth Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7788

Attorneys for Defendant

December 20, 2006

CERTIFICATE OF FILING

I hereby certify under penalty of perjury that on this 20th day of December 2006, a copy of the foregoing "**DEFENDANT'S MOTION, UPON BEHALF OF THE PARTIES, FOR ENTRY OF A LIMITED DISCOVERY SCHEDULE**" was filed electronically.

s/Richard P. Schroeder