# In the United States Court of Federal Claims

No. 06-097C

(Filed: December 21, 2006)

```
****************************************** *
                                           *
JOHN SNOW, INC.,                           *
                                           *
                    Plaintiff,             *
                                           *
 v.                                        *
                                           *
THE UNITED STATES,                         *
                                           *
                    Defendant.             *
                                           *
****************************************** *
```

**ORDER**

On December 20, 2006, Defendant filed on behalf of both parties a motion for limited discovery relating to summary judgment issues. Defendant states that limited discovery is necessary to respond to Plaintiff's October 26, 2006 motion for summary judgment, or to file a cross-motion for summary judgment. For good cause shown, Defendant's motion is GRANTED. Limited discovery for this stated purposes shall be completed on or before March 30, 2007. The parties shall file a joint status report on or before April 6, 2007, advising the Court how they believe this matter should proceed.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge