IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JOHN SNOW, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-0097C |
| | ) | (Judge Thomas C. Wheeler) |
| THE UNITED STATES | ) | |
| | ) | |
| Defendant. | ) | |

# JOINT STATUS REPORT

Plaintiff, John Snow, Inc. (Plaintiff) and the Defendant, the United States (Defendant), submit this Joint Status Report.

## A. Limited Discovery

Per the Court's Order of December 21, 2006, the parties have engaged in limited discovery requested by the Defendant as a precursor to filing its Opposition to Plaintiff's Motion for Partial Summary Judgment and any cross-motion. Specifically, the Defendant served a document production request, to which the Plaintiff responded, produced documents and objected to in part. The Defendant also requested the deposition of one witness, Ken Olivola, whose Affidavit was filed as part of Plaintiff's Motion for Partial Summary Judgment. The deposition was taken on Friday, March 30, 2007, and would have been completed except it had to be adjourned because Mr. Olivola was having excruciating back pain, even though he had taken a muscle relaxant and prescription pain medication. The parties agree that Mr. Olivola will be produced for deposition prior to the Government filing its response to Plaintiff's Motion for Partial Summary Judgment and/or filing of a Cross-Motion, if the Defendant desires to complete his deposition at this time.

The Plaintiff has not requested any discovery from the Defendant at this time, believing that discovery is not required on the issues pending before the Court in the Motion for Partial Summary Judgment. Both parties reserve the right to conduct additional discovery if the matter is not resolved though summary judgment.

**B. Briefing Schedule**

The parties have discussed a schedule for the Defendant to now file its Opposition to the Motion for Partial Summary Judgment but are unable to agree upon a schedule.

**1. Plaintiff's Position**

Plaintiff has proposed giving the Defendant until May 1, 2007, to file and serve its Opposition and Plaintiff would file its Reply on May 23rd. Because the Motion for Partial Summary Judgment was filed October 26, 2006, Plaintiff believes that the Defendant has had over five (5) months already to work on an Opposition to the legal issues raised and that it should not require an additional two and a half months after discovery to file its pleading. Plaintiff believes that there were no surprises in the documents produced or in the testimony of Mr. Olivola as thus far taken which would have a material affect on the Defendant's Opposition. In other words, nothing new was discovered in this case. The legal and factual issues are the same as they were in October 2006 when the Motion for Partial Summary Judgment was filed.

Defendant's counsel recites below his calendar, but if we look at the period of time from now through May 6th, we see that counsel only has (1) a preliminary status conference (Rome Research), (2) a brief for April 12th (Agro Dutch), (3) oral argument on matters already briefed (Hooker), (4) and two briefs (Davis and Wilsey), with the last due April 23rd. Plaintiff would be willing to give the Defendant a few extra days, but the request to

postpone its brief until June 15th is unusually lengthy. Also, Plaintiff understands that Warren Leishman, counsel for USAID, who appeared at the deposition of Mr. Olivola and worked on the Answer in the case, will also be working on the Opposition.

**1. Defendant's Position**

Briefing was stayed while the Government conducted limited discovery. It was not the Government's understanding that it was required to commence drafting its response and any cross-motion until the limited discovery was completed. The Government respectfully requests that the deadline for responding to plaintiff's summary judgment motion, and filing any cross-motion, should be set for June 15, 2007, because undersigned counsel of record for the Government is responsible for the following matters, among others, that will require his attention in the coming weeks: (1) McCullough v. United States, Fed. Cir. No. 07-5039 (informal brief being filed April 6, 2007); (2) Rome Research Corp. v. United States, Fed. Cl. No. 06-377C (preliminary status conference scheduled for April 10, 2007; (3) Agro Dutch Industries, Ltd. v. United States, Fed. Cir. No. 07-1011C (Government's brief due April 12, 2007); (4) Hooker v. United States, Fed. Cl. Nos. 03-1501C, 04-1126C (oral argument upon cross-motions for summary judgment scheduled for April 17, 2007); (5) Davis v. United States, Fed. Cl. No. 06-507C (supplemental brief upon Government's motion to dismiss due April 23, 2007); (6) Wilsey v. Department of Veterans Affairs, Fed. Cir. No. 07-7095 (Government's brief due April 23, 2007); (7) Patrick v. Department of Veterans Affairs, Fed. Cir. No. 06-7254 (oral argument scheduled for May 7, 2007); (8) Hoh River Timber Co. v. United States, 06-418C (counsel traveling to Portland, Oregon from May 9, 2007 through May 11, 2007 for site visit with trial judge); (9) Blue Lake v. United States, Fed. Cl. No. 01-570C (voluminous production of documents due in phases

through May 21, 2007 in Blue Lake and consolidated cases); and (10) Tara Materials, Inc. v. United States, CIT No. 06-142 (oral argument regarding plaintiff's motion for judgment upon agency record scheduled for May 24, 2007 in New York). Counsel also has numerous other responsibilities that will require his attention during the coming weeks, including bid protest duty from May 29, 2007 through June 8, 2007. The fact that counsel has such an extraordinarily large number of matters that currently require his attention is largely beyond his control. A June 15, 2007 deadline is sought to enable counsel to meet his responsibilities in his other cases and submit a brief and other filings in this case that will be helpful to the Court in resolving the dispositive motion(s).

Given this impasse, plaintiff requests that the Court conduct a telephonic status conference to resolve the scheduling issue. The parties respectfully request that any such conference be scheduled for April 11 or 12, or alternatively April 19 or 20, if convenient for the Court.

Respectfully submitted,

Dated: April 6, 2007

/s/

Daniel A. Ball
Ball Law Offices, A Professional Corporation
4416 East West Highway, Suite 400
Bethesda, Maryland 20814-4568
Direct: (301) 634-3147
Fax: (301) 215-9297
E-Mail: dball@dablaw.com

Attorneys for Plaintiff John Snow, Inc.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

***s/Deborah A. Bynum***
DEBORAH A. BYNUM
Assistant Director

***s/Richard P. Schroeder***
RICHARD P. SCHROEDER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7788
Facsimile: (202) 353-7988

Attorneys for Defendant United States

Dated: April 6, 2007