# In the United States Court of Federal Claims

No. 06-0097C

(Filed: April 9, 2007)

*************************************** *
*
JOHN SNOW, INC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
*************************************** *

**ORDER**

On April 6, 2007, the parties filed a Joint Status Report in which they proposed alternative schedules for further pleadings relating to Plaintiff's October 26, 2006 Motion for Partial Summary Judgment. For good cause shown, the Court adopts the following schedule:

1. On or before June 15, 2007, Defendant shall file its response to Plaintiff's Motion for Partial Summary Judgment, as well as any related cross-motions.

2. On or before July 5, 2007, Plaintiff may file a reply to Defendant's response.

The Court requests counsel to meet these filing dates. Enlargements are unlikely to be granted absent a showing of extraordinary circumstances.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge