IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JOHN SNOW, INC., Plaintiff, | ) | |
| v. | ) | No. 06-97C (Judge Wheeler) |
| THE UNITED STATES, Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO THE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to United States Court of Federal Claims Rule 6.1, we respectfully request an enlargement of time of 11 days, from June 15, 2007, through and including June 26, 2007, to respond to plaintiff's motion for summary judgment. This is our first request for an enlargement of time for this purpose. Plaintiff's counsel has indicated that he does not oppose this motion. In conjunction with this motion, we also request that the deadline for plaintiff to file its reply to our response be extended through and including July 31, 2007.

This is a breach of contract action involving the procurement of 119 neonatal incubators. Plaintiff filed a summary judgment motion, after which limited discovery was conducted. On April 6, 2007, the parties filed a joint status report in which they proposed alternative schedules for dispositive motions. The Court thereafter issued a scheduling order, establishing the current deadline for responding to plaintiff's motion and filing any cross-motion, and setting July 5, 2007 as the deadline by which plaintiff is to file its reply

to the Government’s response. The Court also indicated that enlargements were unlikely in the absence of extraordinary circumstances.

Unfortunately, extraordinary circumstances have required the Government to request a brief extension of time. Specifically, undersigned counsel was occupied with Blue Lake v. United States, Fed. Cl. No. 01-570C (consolidated action), in which the Government was required to produce to plaintiff voluminous documents by May 21, 2007. Further, on May 24, 2007, the Court directed the Government to produce additional documents and other materials by May 29, 2007. Those tasks, along with undersigned counsel’s other work, required counsel to work over the weekend several weeks in a row, including conducting an exhaustive search of voluminous records over the Memorial Day weekend.

Immediately after the May 29, 2007 production, discussed above, undersigned counsel had to address numerous matters that required his immediate attention. One of those matters, Hoh River Timber Co. v. United States, Fed. Cl. No. 06-418C, required counsel to travel to Portland, Oregon, from June 4, 2007 through June 6, 2007, for a site visit. Counsel did not return to the office until June 7, 2007. Following his return, counsel had to complete a draft brief in Willsey v. United States, Fed. Cir. No. 07-7095, which is due on June 15, 2007, although an enlargement of time is being sought in that case as well.

In addition, counsel did not receive the agency's input for our response to plaintiff's motion in the present case until June 8, 2007, which was later than expected. Further, agency counsel, who has been assigned to this case from the start, has been in Charlottesville, for training, since June 11, 2007, and is expected to be there until approximately June 23, 2007. Although the agency has assigned additional counsel to assist with our response, an enlargement of time is still needed.

Granting an enlargement of time until June 26, 2007 will enable undersigned counsel to work with the new agency counsel to complete our draft response and provide original agency counsel, who has a great deal of knowledge about this case, an opportunity to review the response when he returns to the office. We apologize for any inconvenience to the Court or to plaintiff as a result of this request. We did not file this request sooner because we needed time to confer with the agency to accurately determine how much additional time we would be required to file our response.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

*s/Deborah A. Bynum*

DEBORAH A. BYNUM
Assistant Director

*s/Richard P. Schroeder*

RICHARD P. SCHROEDER
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
Eighth Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7562

Attorneys for Defendant

June 15, 2007

CERTIFICATE OF FILING

I hereby certify under penalty of perjury that on this 15th[nd] day of June 2007, a copy of the foregoing “DEFENDANT’S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF’S MOTION FOR SUMMARY JUDGMENT” was filed electronically. I understand that notice of this filing will be sent to counsel for plaintiff by operation of the Court’s electronic filing system.

s/Richard P. Schroeder