# In the United States Court of Federal Claims

No. 06-097C

(Filed: June 18, 2007)

*************************************** *
*
JOHN SNOW, INC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
*************************************** *

**ORDER**

On June 15, 2007, Defendant filed an Unopposed Motion for An Enlargement of Time requesting an additional eleven days to respond to Plaintiff's Motion for Partial Summary Judgment. For good cause shown, Defendant's request is granted. The Court adopts the following schedule:

1. On or before June 26, 2007, Defendant shall file its response to Plaintiff's Motion for Partial Summary Judgment, as well as any related cross-motions.

2. On or before July 31, 2007, Plaintiff may file a reply to Defendant's response.

Further enlargements are unlikely to be granted absent a showing of extraordinary circumstances.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge