IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JOHN SNOW, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-97C |
| | ) | (Judge Wheeler) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO THE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to United States Court of Federal Claims Rule 6.1, we respectfully request an enlargement of time of three days, from June 26, 2007, through and including June 29, 2007, to respond to plaintiff's motion for summary judgment. We previously were granted an 11-day enlargement of time for this purpose. Plaintiff's counsel has indicated that he opposes this motion.

We had expected to file our response by today's deadline. To that end, undersigned counsel worked on the Government's brief on Saturday, June 23, 2007, and expected to have it completed and submitted for the required internal review on Monday, June 25, 2007. However, counsel became ill late Saturday, and was incapacitated and out of the office on sick leave on Monday, June 25, 2007. Further, as of today, Tuesday, June 26, 2007, counsel still has not fully recuperated from his illness, although he was required to come to his office, among other reasons, to file this motion.

Due to the above circumstances, we are requesting an additional brief enlargement of time of three days. Plaintiff will not be prejudiced if our motion is granted. Although plaintiff's counsel has indicated that he will be on vacation the week of July 4, plaintiff's reply is not due until July 31, 2007. Further, if plaintiff requires an enlargement of time, we will consent.

We recognize that the Court had indicated that further enlargements were unlikely absent of extraordinary circumstances, and we apologize to the Court and plaintiff for having to seek this enlargement. However, counsel's sudden illness obviously was unanticipated and beyond his control, and has left the Government with no option but to seek an enlargement of time.

## CONCLUSION

For the foregoing reasons, we respectfully request that the Court grant this motion for an enlargement of time, to and including June 29, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

*s/Deborah A. Bynum*

DEBORAH A. BYNUM
Assistant Director

*s/Richard P. Schroeder*

RICHARD P. SCHROEDER
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
Eighth Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7562

Attorneys for Defendant

June 26, 2007

CERTIFICATE OF FILING

I hereby certify under penalty of perjury that on this 26th day of June 2007, a copy of the foregoing "DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT" was filed electronically. I understand that notice of this filing will be sent to counsel for plaintiff by operation of the Court's electronic filing system.

s/Richard P. Schroeder