IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JOHN SNOW, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-0097C |
| | ) | (Judge Thomas C. Wheeler) |
| THE UNITED STATES | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S REQUEST FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Plaintiff, John Snow, Inc., by and through counsel, submits this Response to the Government's Request for an Enlargement of Time to Respond to Plaintiff's Motion for Partial Summary Judgment.

Mr. Ball is sympathetic to Mr. Schroeder's illness, but John Snow, Inc. is aggrieved by the Government's untimely disallowance and the length of time it has taken thus far to be heard on its Motion for Partial Summary Judgment.

The reason for the Government's last request for enlargement of time was because USAID's internal counsel, Warren Leishman, was in a training seminar and needed to review the brief. It appears though that the brief is still a work in progress.

For the reasons stated in Mr. Ball's e-mail to Mr. Schroeder dated June 26, 2007, attached hereto as Exhibit 1, Plaintiff is unable to consent to the Government's request.

Respectfully submitted,

Dated: June 26, 2007

/s/

Daniel A. Ball
Ball Law Offices, A Professional Corporation
4416 East West Highway, Suite 400
Bethesda, Maryland 20814-4568
Direct: (301) 634-3147
Fax: (301) 215-9297
E-Mail: dball@dablaw.com

Attorneys for Plaintiff John Snow, Inc.

CERTIFICATE OF FILING

I hereby certify under penalty of perjury that on the 26th day of June, 2007, a copy of the foregoing "PLAINTIFF'S RESPONSE TO DEFENDANT'S REQUEST FOR NLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT", including Exhibit 1, was filed electronically. I understand that notice of this filing will be sent to counsel for the plaintiff by operation of the Court's electronic filing system.

/s/

Daniel A. Ball