Case 1:06-cv-00097-TCW Document 34-2 Filed 06/26/2007 Page 1 of 1

**Daniel Ball**

**From:** Daniel Ball

**Sent:** Tuesday, June 26, 2007 12:50 PM

**To:** 'Schroeder, Richard (CIV)'

**Subject:** John Snow Inc. v. USAID

Richard,

As I explained moments ago when you called me, I am sorry that you were sick and out of the office yesterday, but I cannot consent to granting the Government another extension of time to file its Opposition to our Motion for Partial Summary Judgment. We have gone as far as we possibly can go in acceding to the Government's request for more time. The Government has had our Motion for 7 ½ months since October 26, 2006. The discovery has been very light. We produced documents in response to your request for production and made Ken Olivola available for deposition in Washington, D.C. Although we had to adjourn his deposition, we offered to make him available and you chose not to complete his deposition. My client does not understand why the Government should receive one extension of time after another. Ironically, one of the predominant issues in our Motion for Partial Summary Judgment is the Government's failure to abide by the time constraints of its own contract with John Snow, Inc. As for the extension you requested about 10 days ago, although I consented to it as a courtesy, we did not understand why Warren Leishman, USAID's internal counsel, could not have made himself available to review your Opposition at any point in time (early morning, lunch or evening) while he was at a training seminar. The Government's deadline for filing an opposition was known to him for several months. He could have and should have been prepared to review your brief while he was away, and you could have and should have been finished with it. As I also informed you, I am on vacation with my family all of next week, leaving this Saturday morning though I will be in the office this Friday only in the morning. I was hoping to have your Opposition in hand today so that I could get started on it, get it circulated to my client for review, and if we need to pull documents together or need to coordinate our thoughts, we could get those matters going. If your Opposition is delayed until later in this week, there is very little which I can do until I return to the office from vacation on July 9th. Frankly, I do not understand why the brief was not already finished and circulated to those in the Dept. of Justice who supposedly need to review it, as well as having been circulated to Mr. Leishman. I have gone as far as I can in granting extensions; my client would not understand if I said "yes" to another extension. I trust that you understand my position.

With warm regards,

Daniel A. Ball

Daniel A. Ball
Ball Law Offices
4416 East West Highway
Fourth Floor
Bethesda, Maryland 20814-4568
Direct: (301) 634-3147
Fax: (301) 215-9297
E-Mail: dball@dablaw.com

NOTICE: This message, including attachments, if any, contains confidential information that may be legally privileged. If you are not the intended recipient, you must not review, retransmit, convert to hard copy, copy, use or disseminate this message or any attachments to it. If you have received this message in error, please immediately notify us by return e-mail or fax or by telephone and delete or destroy this message.

IRS CIRCULAR 230 DISCLOSURE: New IRS rules impose requirements concerning any written federal tax advice from attorneys. To ensure compliance with those rules, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under federal tax laws, specifically including the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.