O

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JOHN SNOW, INC.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 06-0097C<br>(Judge Thomas C. Wheeler) |

AFFIDAVIT OF MARVIN BURGOS

I, Marvin Burgos, state under oath the following:

1. I am currently a Special Agent/Investigator for USAID's Regional Inspector General (RIG) in the Manila, Philippines, office. I have been living in and working out of Manila since the summer of2006.

2. From the summer of 200 1 until the summer of 2006, I was a Special AgentlInvestigator for USAID's RIG office in Cairo, Egypt.

3. In September of 2004 while I was working in RIG's Cairo, Egypt, office, I began investigating allegations that the 51 O(k) certification number for the 119 Preemicare Model 605 incubators purchased by or on behalf of John Snow, Inc., (JS!), through a USAID contract was fraudulent.

4. It is my understanding that a 51O(k) certification is a pre-market submission made to FDA to demonstrate that the device to be marketed is at least as safe and effective--that is, substantially equivalent to-- a legally marketed device. A 510(k) pre-market submission must be submitted to the FDA if domestic manufacturers are introducing a device to the U.S. market. FDA approval is needed to import medical equipment such as the Preemicare incubators into Egypt.

5. During the course of my investigation, I learned the following:

a. That JSI had retained a company named TransCentury Associates (TCA) to act as its procurement agent for the purchase of 119 incubators. TCA in turn solicited proposals through an invitation to bid (IFB) from

prospective bidders, evaluated the bids and selected a company known as International Construction Services Technologies, Inc. (ICS) of McLean, Virginia, as the most responsive responsible bidder.

b. ISC purchased the incubators on behalf of JSI. The certificates of origin for the incubators, dated February 21,2002, state that the incubators were manufactured by Preemicare Industries, Inc.

c. Based on an interview I had on October 27,2004, with Reginald Gibson, Chief of Party for JSI in Cairo, JSI, within two weeks after delivery, began receiving complaints that 18 of the 119 incubators were having problems. Gibson stated that Preemicare's local representative claimed that the problems were caused by mishandling and improper cleaning. However, Gibson also stated that one of JSI's engineers overheard Randa Rhihana say in Arabic that the model 605 incubators supplied were the first ones from the production line.

d. Yousri Aclimandos, Vice President for TCA, acknowledged in an interview I had with him on October 28, 2004, that it was implicit that the incubators required FDA approval since the IFB required the incubators be manufactured in the United States.

e. In November of2004, I learned that Preemie are, Inc., which had been located in San Diego, California, had gone out of business.

f. In December, 2004, I contacted JSI representatives and requested to see the incubators, which I understood had been stored by JSI in an apartment building since early 2002. The JSI representatives claimed the incubators were under the control of ICS and, as such, could not grant me access. I contacted the owner ofICS, Fawat Arafat, who denied having possession of the incubators and claimed that JSI was paying or suppose to be paying rent for the apartment where the incubators were being stored.

g. On or about January 8,2005, once JSI, ICS and TCA sorted out who apparently could provide access, I visited the apartment in Cairo where the incubators were being stored. I discovered that JSI had been working around the clock trying to fix the incubators. However, due to the fact that Preemicare went out of business, JSI apparently had not been able to obtain spare parts and had dismantled several incubators and used their components as spares.

h. On or about February 28,2005, USAID took possession of 118 incubators and took them to a USAID warehouse. I understand that USAID decided to take possession of the incubators due to concerns about location of the incubators, the fact that rent for the apartment where the incubators were located apparently had not been paid by either JSI or ICS in several months, and safety concerns that the incubators might be placed on the open market for sale or use.

1. On or about September 21, 2005, it is my understanding that TCA, on behalf of JSI, removed the incubators from the USAID warehouse and had them shipped out of Egypt and back to the U.S.

I

6. Throughout the investigation, I worked closely with FDA Special Agent Sean Sweeney who advised during the course of the investigation that a FDA 51 O(k) number had never been issued for the Preemicare Model 605 and that the only information regarding Preemicare incubators in FDA files pertained to a different model and type of incubator.

Marvin Burgos
Special Agent

Republic of the Philippines )
City of Manila )
Embassy of the United States of America) 55:

SWORN AND SUBCRIBED before me on this _5_ day of June, 2007.

/:

NOTARy~imLIC tdlffiA. **Spruill**

**Vice Consul**

My commission expires.:tted States of A
U11

INDEFINITE COMMISSION