USAID

UNITED STATES AGENCY for INTERNATIONAL DEVELOPMENT

CAIRO, EGYPT

VIA FAX and EMAIL

Joel H. Lamstein, President
John Snow, Inc.
44 Farnsworth Street
Boston, MA 02210-1211
Fax: (617) 482-0617
Email: joel_lamstein@jsi.com

Daniel A. Ball, Esq.
Selzer Gurvitch, Rabin & Obecny
4416 East West Highway
4th Floor
Bethesda, MD 20814-4568
Fax: (301) 986-1301
Email: dball@sgrolaw.com

Re: John Snow, Inc., Contract No. 263-C-00-98-00041-00
Contracting Officer's Final Decision and Unilateral Debt Determination

Dear Mr. Lamstein and Mr. Ball:

This letter, pursuant to ADS 625.3.6.1 and FAR 32.608, constitutes my unilateral determination, as the Contracting Officer, that John Snow, Inc. is indebted to the United States Government under the above Contract issued by USAID in the amount of **$872,327.18.** As the responsible Contracting Officer, I have the inherent authority to determine the amount of claims arising under the above USAID issued contract. Such a determination may be in the form of a negotiated settlement or a unilateral debt determination. In this case, a unilateral determination is necessary because the parties have not been able to reach a negotiated settlement after an extended period of time due primarily to JSI's failure to promptly provide pertinent and persuasive information relative to the issues and JSI's failure to successfully

negotiate this debt with USAID and/or resolve its apparent ongoing disputes with JSI subcontractors expeditiously.

This is the final decision of the Contracting Officer. You may appeal this decision to the agency board of contract appeals. If you decide to appeal, you must, within 90 days from the date you receive this decision, mail or otherwise furnish written notice to the agency board of contract appeals and provide a copy to the Contracting Officer from whose decision this appeal is taken. The notice shall indicate that an appeal is intended, reference this decision, and identify the contract by number. With regard to appeals to the agency board of contract appeals, you may, solely at your election, proceed under the board's small claim procedure for claims of $50,000.00 or less or its accelerated procedure for claims of $100,000.00 or less. Instead of appealing to the agency board of contract appeals, you may bring an action directly in the United States Court of Federal Claims (except as provided in the Contract Disputes Act of 1978, 41 U.S.C. 603, regarding Maritime Contracts) within 12 months of the date you receive this decision.

Further and to the extent necessary, this final decision shall also constitute final Notice of Disallowance. I agree that this Final Decision should have been issued with the Notice of Demand for Payment dated January 13, 2005. As such, and per your request, that Notice of Demand for Payment will be withdrawn. A new Demand for Payment will be issued and will accompany this Final Decision pursuant to ADS 625.3.6.2 b.

Description of the Claim

USAID claims that JSI has been overpaid $872,327.18 for 119 defective contractually non-compliant neonatal incubators that were replaced. JSI refuses to provide USAID a refund for the defective and contractually non-compliant incubators and the parties have failed to negotiate a successful resolution of this claim. The amount is broken down as follows:

| | |
|---|---|
| Price of 119 Incubators: | 785,880.35 |
| Fee: | 23,576.41 |
| Procurement services Charge: | 62,870.43 |
| Total | $872,327.18 |

Pertinent Contract Terms

The pertinent contract terms and clauses include but are not necessarily limited to the following:

Part I Section C.8.2 Task Eleven Commodity Procurement Program and Section 10.9 Task Nine: Commodity Procurement Program for the option period.
Part I, Section E.1 52.252-2, Clauses Incorporated by Reference (Inspection and Acceptance), incorporating FAR 52.246-3 and 52.246-5.
Part I, Section E.2, Inspection and Acceptance
Part I Section G.1, Clauses Incorporated by Reference ( Contract Administration) incorporating AIDAR 752.7003, Documentation for Payment
Part I, Section G.4, Technical Directions/Relationship with USAID
Part II, Section I.1. Contract Clauses, 52.252-2, Clauses Incorporated by Reference including but not necessarily the following FAR and AIDAR Clauses:

FAR
52.212-4 Contract Terms and Conditions- Commercial Items
52.233-1 Disputes
52.244-2 Subcontracts
52.244-6 Subcontracts for Commercial Items
52. 245-5 Government Property
AIDAR
752.245-70 Government Property
752.245-71 Title to and Care of Property

Factual Areas of Agreement and Disagreement

USAID submits the following factual areas of agreement and disagreement. To the extent USAID is aware or anticipates a factual dispute it is so indicated.

1. In June 2001and November 2001, JSI using the commodities procurement services procured through its subcontractor TCA procured through ICS 119 neonatal incubators from Preemicare, Inc. The parties disagree as to whether these incubators were properly approved under the pertinent procurement plan.

2. These incubators were delivered and installed at various MOHP locations between May and July 2002.
3. JSI invoiced and was paid in full for these incubators.
4. Shortly after delivery and installation, MOHP staff began experiencing various problems with the incubators. JSI relayed these concerns, to its subcontractor/supplier ICS in September 2002.
5. Due to safety concerns and at the recommendation of the supplier/manufacturer's representative, the incubators were taken out of service in December 2002.
6. In July 2003 the incubators were retrieved from the MOHP hospitals against an official letter from ICS stating that the incubators were still under warranty and were being removed for servicing.
7. The manufacturer Preemicare attempted to retrofit and repair the incubators and certified in August 2003, that the incubators were fit to be returned to service.
8. Shortly after Preemicare's declaration that the incubators were fit for service, JSI and its subcontractor/supplier ICS and the manufacturer Preemicare agreed to have the incubators tested by an independent consultant – ECRI. Two incubators were shipped to the United States and tested by ECRI in November 2003. Both incubators failed testing. Thereafter in May 2004, ECRI completed further testing in Egypt on 44 incubators. All 44 incubators failed testing. ECRI recommended that the entire lot of incubators not be returned for clinical use.
9. In addition to the 119 original incubators purchased from Preemicare, JSI purchased 34 Ohmeda brand incubators in November 2002, 72 Hill-Rom brand incubators in November 2003 and 15 Ohmeda incubators in 2004. These incubators were delivered and installed and JSI invoiced and received payment for these incubators. It is disputed whether some or all of these incubators were "replacement" incubators for the original 119 defective Preemicare Incubators. It is also disputed whether the purchase of these incubators was part of an appropriately approved procurement plan.
10. By June 2003, JSI was aware of the urgency of this matter and relayed to ICS its concerns that the incubators had been out of use for more than six months. The incubators remain out of use – more than thirty-one (31) months after the delivery/installation of the last Preemicare incubator in July 2002, and twenty-six months (26) since the incubators were taken out of service.
11. After the incubators were removed from the MOHP hospitals, JSI on its own accord or through ICS had the incubators stored in an

apartment in Maadi Cairo, Egypt. USAID was concerned that the incubators might improperly be placed in service. As such from December 2004 through February 2005, USAID requested cooperation in inspecting and removing the incubators to a more secure USAID warehouse. Both JSI and its subcontractor attempted to disassociate themselves from the incubators and the premises in which the incubators were stored and neither party claimed to have the right to access the property where the incubators were stored. USAID contends that JSI directly and/or through its subcontractor, ICS, improperly abandoned the incubators putting the incubators at risk for damage, destruction or misuse. JSI refutes this characterization but has not offered a plausible explanation for why USAID had such difficulties in obtaining access and removing the incubators.

12. JSI has not diligently prosecuted warranty claims or any other claims against ICS or Preemicare, the manufacturer. USAID anticipates that JSI disagrees with this conclusion.
13. An investigation by the USAID Regional Inspector General's Office has discovered that the FDA Premarket Notification 510(k) or Premarket Approval letter required under USAID regulations and submitted by apparently is invalid and not authentic as the FDA records indicate no records of such Notification being issued. Further, the invoices submitted by JSI for payment on the incubators failed to properly certify that the "products provided are covered by a valid approval letter and/or otherwise in compliance on the date of shipment with all applicable United States laws and regulations governing the delivery of regulated products in interstate commerce" as required by Special Provision 67 of the Aid Commodity Eligibility Listing. USAID anticipates that JSI will disagree with this contention.

Statement of Decision

As noted above, it is the Contracting Officer's Final Decision and Unilateral Determination that John Snow, Inc. is indebted in the amount of **$872,327.18** to the United States Government under the above Contract issued by USAID. My decision is based on the reasons set forth in my November 1, 2004 letter to Mr. Joel Lamstein, President of JSI, my review of the correspondence from JSI and its attorney, including Mr. Lamstein's November 28, 2004 letter conceding 4 of the 5 factual points made in my November 1, 2004 letter, the additional information provided in the meeting with Mr. Ken Olivola on December 6, 2004 here at USAID/Egypt, my

review of correspondence and emails from JSI and/or ICS, and on the advice and assistance from the Mission's Legal Office and the Technical Office.

Further supporting my decision have been the arduous but non-productive negotiations between the parties regarding this issue. As Mr. Ball's December 19, 2004, letter acknowledges "[d]uring the past year, there have been almost monthly meetings between the COTR/CTO, the Egyptian Ministry of Health and Population (MOHP), and JSI's Chief of Party" in attempts to resolve the "incubator issue." Mr. Ball's letter further promises "JSI has reason to believe that the incubator issue can be resolved by the end of January 2005, if not earlier." Despite these numerous meetings and promises, JSI has not offered any proposed solutions and the matter remains unresolved.

The lack of resolution has been exacerbated by the extraordinary difficulties USAID had with JSI and its subcontractor, ICS, in trying to inspect and obtain for safety reasons the incubators from JSI and/or ICS. I was particularly dismayed to learn that incubators had been stored in less than ideal conditions in an apartment for which rent had not been paid for several months and that the landlord was threatening to dispose of the incubators in order to recover past rent due.

Lastly and equally important, it appears based on the RIG Office's investigation, that the Preemicare Model No. 605 neonatal incubators provided by JSI apparently did not have proper premarket notification or approval. Neonatal incubators are medical devices under USAID and FDA regulations that require premarket notification and premarket approval before being sold. USAID's Commodity Eligibility Listing requires medical instruments and appliances have the following documentation for reimbursement:

1. A copy of the applicable approval letter from the Food and Drug Administration (FDA) covering medical devices that require premarket approval in the United States.

2. A certificate by the supplier, endorsed on or attached to the invoice, as follows: "The undersigned supplier agrees and certifies that all products provided are covered by a valid FDA approval letter and/or otherwise in compliance on the date of shipment with all applicable United States laws and regulations governing the delivery of regulated

products in interstate commerce." See Special Provision 67 of the Aid Commodity Eligibility Listing

ADS 324.5.8 et al., requires USAID to claim a refund from a contractor when sources show that USAID funds have been used to finance a transaction which is not in compliance with the USAID rules and regulations as required in the underlying agreement, or which is ineligible for other reasons, such as fraud. In this case, it appears as if the Preemicare Model No. 605 neonatal incubators were ineligible for financing because the Premarket Notification 510(k) and/or PMA letter submitted was invalid. This problem is further exacerbated because JSI failed to provide the required certification regarding FDA approval endorsed on or attached to its invoices for payment.

These reasons separately and combined substantiate and justify my determination that JSI is indebted to USAID in the amount of $872,327.18.

Sincerely,

Roy Plucknett
USAID/Egypt
Contracting Officer

Attachment - Revised Demand for Payment
CC: Elizabeth Palmer, USAID/Egypt Acting Controller

# AWARD/CONTRACT

1. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 350)
RATING
PAGE OF PAGES: 1 | 109

2. CONTRACT (Proc. Inst. Ident.) NO.: 263-C-00-98-00041-00
3. EFFECTIVE DATE: 15 March 1998
4. REQUISITION/PURCHASE REQUEST/PROJECT NO.: 263-0242-3-94132

5. ISSUED BY — CODE
Office of Procurement
USAID - Unit 64902
APO AE 09839-4902

6. ADMINISTERED BY (If other than Item 5) — CODE

7. NAME AND ADDRESS OF CONTRACTOR (No., street, city, county, State, and ZIP Code)
John Snow, Inc.
44 Farnsworth Street
Boston, MA 02210-1211

TIN: 04257850
DUNS: 09-150-0090

CODE — FACILITY CODE

8. DELIVERY
☐ FOB ORIGIN ☐ OTHER (See below)

9. DISCOUNT FOR PROMPT PAYMENT

10. SUBMIT INVOICES (3 copies unless otherwise specified) TO THE ADDRESS SHOWN IN: — ITEM

11. SHIP TO/MARK FOR — CODE

12. PAYMENT WILL BE MADE BY — CODE
Office of Financial Management
USAID - Unit 64902
APO AE 09839-4902

13. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION:
☐ 10 USC 2304(c)( ) ☐ 41 USC 253(c)( )

14. ACCOUNTING AND APPROPRIATION DATA
See Section G.6

| 15A. ITEM NO. | 15B. SUPPLIES/SERVICES | 15C. QTY | 15D. UNIT | 15E. UNIT PRICE | 15F. AMOUNT |
|---|---|---|---|---|---|
| 1 | Task One | 1 | EA | $ 2,273,544.00 | $ 2,273,544.00 |
| 2 | Task Two | 1 | EA | $ 2,940,440.00 | $ 2,940,440.00 |
| 3 | Task Three | 1 | EA | $ 610,316.00 | $ 610,316.00 |
| 4 | Task Four | 1 | EA | $ 786,932.00 | $ 786,932.00 |
| | < See Continuation Sheet(s) > | | | | |

15G. TOTAL AMOUNT OF CONTRACT $ 23,418,882.00

16. TABLE OF CONTENTS

| (X) | SEC. | DESCRIPTION | PAGE(S) | (X) | SEC. | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | PART I - THE SCHEDULE | | | | PART II - CONTRACT CLAUSES | |
| X | A | SOLICITATION/CONTRACT FORM | 1-2 | X | I | CONTRACT CLAUSES | 78-92 |
| X | B | SUPPLIES OR SERVICES AND PRICES/COSTS | 3-5 | | | PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACH. | |
| X | C | DESCRIPTION/SPECS/WORK STATEMENT | 6-63 | X | J | LIST OF ATTACHMENTS | 93-109 |
| X | D | PACKAGING AND MARKING | 64 | | | PART IV - REPRESENTATIONS AND INSTRUCTIONS | |
| X | E | INSPECTION AND ACCEPTANCE | 65-66 | | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | |
| X | F | DELIVERIES OR PERFORMANCE | 67-69 | | | | |
| X | G | CONTRACT ADMINISTRATION DATA | 70-73 | | L | INSTRS, CONDS, AND NOTICES TO OFFERORS | |
| X | H | SPECIAL CONTRACT REQUIREMENTS | 74-77 | | M | EVALUATION FACTORS FOR AWARD | |

*CONTRACTING OFFICER WILL COMPLETE ITEM 17 OR 18 AS APPLICABLE*

17. ☒ CONTRACTOR'S NEGOTIATED AGREEMENT (Contractor is required to sign this document and return all copies to issuing office.) Contractor agrees to furnish and deliver all items or perform all the services set forth or otherwise identified above and on any continuation sheets for the consideration stated herein. The rights and obligations of the parties to this contract shall be subject to and governed by the following documents: (a) this award/contract, (b) the solicitation, if any, and (c) such provisions, representations, certifications, and specifications, as are attached or incorporated by reference herein. (Attachments are listed herein.)

18. ☐ AWARD (Contractor is not required to sign this document.) Your offer on Solicitation Number ______ including the additions or changes made by you which additions or changes are set forth in full above, is hereby accepted as to the items listed above and on any continuation sheets. This award consummates the contract which consists of the following documents: (a) the Government's solicitation and your offer, and (b) this award/contract. No further contractual document is necessary.

19A. NAME AND TITLE OF SIGNER (type or print)
Joel H. Lamstein President

20A. NAME OF CONTRACTING OFFICER
Donella J. Russell
Contracting Officer

19B. NAME OF CONTRACTOR
BY [signature]
(Signature of person authorized to sign)

19C. DATE SIGNED: 3/27/98

20B. UNITED STATES OF AMERICA
BY [signature: Donella J. Russell]
(Signature of Contracting Officer)

20C. DATE SIGNED: 4/6/98

NSN 7540-01-152-8069
PREVIOUS EDITION UNUSABLE

26-107
GPO 19850-469-794

STANDARD FORM 26 (REV. 4-85)
Prescribed by GSA
FAR (48 CFR) 53.214(a)

CONTINUATION SHEET

CONTRACT NO. 263-C-00-98-00041-00

PAGE 2

NAME OF CONTRACTOR John Snow, Inc.

| ITEM NO. (A) | SUPPLIES OR SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| 5 | Task Five | 1 | EA | $ 1,664,840.00 | $ 1,664,840.00 |
| 6 | Task Six | 1 | EA | $ 1,426,416.00 | $ 1,426,416.00 |
| 7 | Task Seven | 1 | EA | $ 1,442,467.00 | $ 1,442,467.00 |
| 8 | Task Eight | 1 | EA | $ 2,663,483.00 | $ 2,663,483.00 |
| 9 | Task Nine | 1 | EA | $ 719,341.00 | $ 719,341.00 |
| 10 | Task Ten | 1 | EA | $ 2,254,491.00 | $ 2,254,491.00 |
| 11 | Task Eleven | 1 | EA | $ 6,636,612.00 | $ 6,636,612.00 |

NSN 7540-01-152-8069
PREVIOUS EDITION UNUSABLE

26-107

STANDARD FORM 26 (4-85)
Prescribed by GSA
FAR (48 CFR) 53.214(a)

PART I - THE SCHEDULE

SECTION B - SUPPLIES OR SERVICES AND PRICES/COSTS

B.1 PURPOSE

The purpose of this contract is to reduce neonatal and maternal mortality in Egypt.

[End of Clause]

B.2 CONTRACT TYPE

This is a ~~Cost-Plus-Fixed-Fee~~ (CPFF) completion contract. For the consideration set forth below, the Contractor shall provide the deliverables or outputs described in Sections C and F.

[End of Clause]

B.3 ESTIMATED COST, FIXED FEE, AND OBLIGATED AMOUNT

(a) The estimated cost for the performance of the work required hereunder, exclusive of fixed fee, if any, is $22,090,882 for the base period and $18,804,672 for the option period. The fixed fee is $1,328,000 for the base period and $1,128,000 for the option period. The estimated cost plus fixed fee for the base period is $23,418,882 and the total estimated cost plus fixed fee for the option period is $19,932,672.

(b) Within the estimated cost plus fixed fee (if any) specified in paragraph (a) above, the amount currently obligated and available for reimbursement of allowable costs incurred by the Contractor (and payment of fee, if any) for performance hereunder is $5,000,000. The Contractor shall not exceed the aforesaid obligated amount.

(c) Funds obligated hereunder are anticipated to be sufficient through March 1, 1999.

(d) Payments of fixed fee to the Contractor, if any, shall be based upon the completion of performance milestones established for this contract. The schedule for the payment of fee and the amount of fee applicable to each milestone is set forth in Attachment J.1.

(e) The contractor shall submit, for technical review, all information and appropriate documentation necessary to demonstrate and support the achievement of milestones to the Contracting Officer's Technical Representative (COTR), with a copy to the Contracting Officer. The Contractor shall also provide an explanation and/or justification if any milestones have not been achieved according to the schedule. The COTR will lead a review of the documentation to determine if the milestones have been met. The COTR and Contracting Officer (CO) will discuss the COTR's recommendations, and the CO will approve or disapprove the payment of fee.

(f) If the Contractor does not meet a milestone per the schedule, the corresponding fee shall not be paid until the milestone has been adequately achieved.

[End of Clause]

B.4 LINE ITEMS

<u>Base Period</u>:

| | |
|---|---|
| Task One: | $ 2,273,544 |
| Task Two: | 2,940,440 |
| Task Three: | 610,316 |
| Task Four: | 786,932 |
| Task Five: | 1,664,840 |
| Task Six: | 1,426,416 |
| ~~Task Seven:~~ | ~~1,442,467~~ |
| Task Eight: | 2,663,483 |
| Task Nine: | 719,341 |
| Task Ten: | 2,254,491 |
| Task Eleven: | 6,636,612 |

Total Estimated Cost Plus Fixed Fee-Base Period: $23,418,882

<u>Option Period</u>:

| | |
|---|---|
| Task One: | $ 2,657,944 |
| Task Two: | 2,881,212 |
| Task Three: | 960,848 |
| Task Four: | 754,983 |
| Task Five: | 1,850,562 |
| Task Six: | 2,155,244 |
| Task Seven: | 1,953,374 |
| Task Eight: | 6,718,505 |

Total Estimated Cost Plus Fixed Fee-Option Period: $19,932,672

B.5 INDIRECT COSTS (DEC 1997)

Pending establishment of revised provisional or final indirect cost rates, allowable indirect costs shall be reimbursed on the basis of the following negotiated provisional or predetermined rates and the appropriate bases:

| Description | Rate | Base | Type | Period |
|---|---|---|---|---|
| Overhead | 70.00% | 1/ | 1/ | 1/ |

1/ Base of Application: Direct labor dollars, plus holiday, sick and vacation
Type of Rate: Provisional
Period: 01/01/94 until amended

[End of Clause]

B.6 CEILING ON INDIRECT COST RATES (DEC 1997)

(1) Reimbursement for indirect costs shall be at the lower of the negotiated final (or predetermined) rates or the following ceiling rates:

| For Accounting Period Ending | Description | Rate |
|---|---|---|
| 12/31/98 | Overhead | 75.00% |
| 12/31/99 | Overhead | 75.00% |
| 12/31/00 | Overhead | 75.00% |
| 12/31/01 | Overhead | 75.00% |
| 12/31/02 | Overhead | 75.00% |
| 12/31/03 | Overhead | 75.00% |
| 12/31/04 | Overhead | 75.00% |

(2) The Government will not be obligated to pay any additional amount should the final indirect cost rates exceed the negotiated ceiling rates. If the final indirect cost rates are less than the negotiated ceiling rates, the negotiated rates will be reduced to conform with the lower rates.

(3) This understanding shall not change any monetary ceiling, obligation, or specific cost allowance or disallowance. Any changes in classifying or allocating indirect costs requires the prior written approval of the Grant/Agreement/Contracting Officer.

[End of Clause]

B.7 COST REIMBURSABLE

The U.S. dollar costs allowable shall be limited to reasonable, allocable and necessary costs determined in accordance with FAR 52.216-7, Allowable Cost and Payment, FAR 52.216-8, Fixed Fee, if applicable, and AIDAR 752.7003, Documentation for Payment.

[End of Clause]

[END OF SECTION B]

## SECTION C - DESCRIPTION/SPECIFICATIONS/WORK STATEMENT

### C.1. INTRODUCTION

Important health problems persist in Egypt, especially in Upper Egypt where the rate of infant mortality at 97.7 deaths/1,000 live births is twice as high as in the urban areas with a rate of 42.9 deaths/1,000 live births. Half of these infant deaths are in the neonatal period and this rate has not improved appreciably over the last few years. Additionally, maternal mortality, which has a ratio of 174 deaths/100,000 live births nationwide, is at 217 deaths/100,000 live births in Upper Egypt. For this reason the focus of the Healthy Mother/Healthy Child Results Package is on the reduction of neonatal and maternal mortalities.

The causes of maternal and neonatal mortality are overlapping and interrelated, but are largely due to substandard maternal health care or failure of families to seek care when needed. The most important constraints to improved health care status of mothers and children are: the lack of adequate reproductive and child health services and information for mothers and children in remote areas of Egypt; government investments that are insufficient to provide incentives to personnel and to guarantee quality of services, especially in rural areas; weak referral systems among different levels and types of public and private health care facilities; a surfeit of medical school graduates with poor clinical preparation and a shortage of clinically- trained nurses and midwives; and the uneven quality of health services provided by the expanding private sector.

### C.2. HEALTHY MOTHER/HEALTHY CHILD RESULTS PACKAGE

USAID/Egypt's overall program is structured around Strategic Objectives (SOs). SO 5 - "Sustainable Improvements in the Health of Women and Children" - covers the health sector program in Egypt (see Result Framework S.O. 5 chart). There are three Intermediate Results (IRs) under SO 5 of which IR 5.1 is "Improve Quality and Increase Utilization of Maternal, Perinatal, and Child Health Services". The Healthy Mother/Healthy Child Project is the Results Package under this Intermediate Result. IR 5.1 has the following four subresults:

5.1.1 "Quality of Essential Maternal, Perinatal and Child (MP&C) Health Services Improved"

5.1.2 "Districts Implementing Essential MP&C Services in Target Governorates"

5.1.3 "Established National Child Survival Program Sustained"

5.1.4 "Increased Knowledge and Improved Health Behavior in Households"

The eleven tasks included in Section C.4.-C.8. below address the various elements of IR 5.1.

The Healthy Mother/Healthy Child (HM/HC) Results Package is intended to address major public health problems by directing its investments to the district level in all governorates of Upper Egypt (except Giza). Tackling interrelated infant and maternal health problems requires an integrated approach to providing care and improving quality of care at the household and facility level. Comprehensive reproductive health care that includes family planning, life-saving obstetric care and other essential services will promote USAID/Egypt's twin objectives of reduced fertility and improved maternal and

child health. Child health and women's reproductive health services will be provided in integrated packages; resources at the community level will be mobilized to develop individualized action plans; and resources will be targeted to the highest risk regions of Upper Egypt. District health personnel, both public and private, will be empowered to develop, budget, and implement plans that will ensure that all households have access to a minimum package of essential health services. This integrated package will include quality reproductive and child health care services, linkages to ongoing family planning services, community mobilization for health, and a monitoring and management system. The Contractor, UNICEF, a PVO umbrella grantee, John Snow, Inc. (under its central Mothercare II contract), and Wellstart (a USPVO specializing in breastfeeding support) will work with the Ministry of Health and Population (MOHP) at the district, governorate, and central levels to implement the HM/HC Results Package at the national and district levels.

This Results Package will thus increase the capacities and effectiveness of: (1) households, especially mothers, as first line health care providers for themselves and their children; (2) public and private providers, such as physicians (including all relevant specialists), nurses, nurse midwives, pharmacists, and dayas (traditional birth attendants); and, (3) communities to assess their needs and mobilize resources for both long-term planning and short-term emergencies.

The Results Package will mobilize communities within districts to take ownership of the health care systems within their jurisdictions, reorganize them, and improve their quality and ensure that each component health unit delivers a minimum "HM/HC package" (see C.4.2.1 for definition). It will allow each district to tailor a strategy to meet its own unique set of needs and challenges. It will bring to the most underprivileged communities of Egypt vital missing information and services through improved organization, outreach, educational campaigns, ENGO (Egyptian Nongovernmental Organization) activities and mass media. It will thus empower household members, particularly women, with information and involvement, to make them active, successful providers and better consumers of care. The implementation strategy will also promote a closer partnership between public and private providers, and between all care givers and the households they serve. This approach should therefore help to create a new ethos about health care in these communities.

The district strategy will be complemented and reinforced by key long-term national interventions to support community efforts. Assistance at the central level of the Ministry of Health and Population will develop national standards and improve supervision for the "essential HM/HC package"; streamline the routine reporting systems of health facilities; support further cost recovery policies; and consolidate accomplishments of the former Child Survival Project.

Other important priorities include:

- support to medical schools to strengthen relevant academic/clinical training so as to improve the skills of reproductive and child health care providers;
- increasing the numbers of female practitioners; and,
- strengthening Egyptian nongovernmental organizations in support of project objectives.

The Ministry of Information's State Information Service (SIS) IEC Center will develop mass media campaigns for reproductive and child health messages.

These messages will also be reinforced through the SIS system of Local Information Centers (LICs) throughout Upper Egypt with person-to-person counseling.

Another component will intervene with the Health Insurance Organization (HIO) to develop a program that will provide health nutrition education and anemia control for adolescent girls enrolled in the Student Medical Insurance Program (SMIP).

The Results Package will reduce maternal mortality by reducing the frequency at which obstetrical complications become obstetrical emergencies and/or deaths. It will increase access to, and use of, antenatal care; reduce births that are too early, too late and too shortly spaced through promotion of, and referral to, family planning services (including tubal ligations for medical indications); educate and train doctors, nurses and dayas to recognize danger signs and refer or handle unforeseen difficulties correctly. It will help districts organize themselves to meet emergencies with transportation and blood when needed. It will strengthen outreach to bring essential services to women in remote or very traditional regions. It will strengthen the counseling systems of health workers and volunteers to educate and inform mothers of basic concepts of nutrition, sanitation and the other essential preventive measures that will improve their overall health and their resistance to the toll of childbirth, as well as improve the health of their children. Special attention will also be given to reduce and eventually eliminate the harmful practice of female genital mutilation (FGM) which negatively affects millions of women in Egypt. Female Genital Mutilation among ever married women between 15-49 years old has been estimated to be about 97 percent in the 1995 Demographic and Health Survey. The government has committed itself to eliminating this health problem through IEC and training of health workers.

The Results Package will reduce infant (especially neonatal) and child mortality by: ensuring that women receive proper antenatal care; promoting immediate and exclusive breastfeeding; promoting and referring women to family planning services during the antenatal and post-partum periods; teaching health care providers and mothers proper neonatal care (including how to provide a warm environment, resuscitation of asphyxiating infants with simple procedures and equipment, and the signs and treatment of newborn illnesses); teaching mothers and providers sick child case management (especially diarrheal disease and acute respiratory illness) and when and where to seek help from a higher level of the health care system; strengthening health education programs; and improving delivery of vaccinations to the underserved regions of Egypt.

The HM/HC activity will be implemented in large part by the Ministry of Health and Population at the central, governorate, and district levels. The central MOHP is organized into four major divisions, each with its own under-secretary: Basic and Preventive Care, Curative Care, Family Planning & Reproductive Health, and Administration. The Maternal and Child Health (MCH) Department of the Basic and Preventive Health Care Division will be the main counterpart for this Results Package. A steering committee was formed of senior MOHP officials and eminent university professors in relevant fields and serves as an advisory body to the HM/HC program. The Contractor will be represented on this committee. Other institutions also involved include the Ministry of Information, the Health Insurance Organization (HIO), UNICEF and selected private voluntary organizations.

The chief health officer in the governorate holds the rank of either an Under-

Secretary for Health or a Director-General. He/she is appointed by the governor but is responsible for technical issues to the Minister of Health and Population. The governorate budget for health salaries and operating expenses (GOE Budget Chapters 1 and 2) comes from the Ministry of Finance. The health investment budget (GOE Budget Chapter 3) is prepared by the Ministry of Health and Population and the Ministry of Planning. A Budget Tracking System has been developed and implemented in eight pilot governorates to monitor actual expenditures by the MOHP in various functional areas, including MCH and preventive health care in general. This is planned for expansion to all governorates within the next few years. Each governorate may have a slightly different administrative structure, but usually each has directors for curative care, for basic health care, and for preventive services, mirroring the central Ministry.

Within each governorate are health districts which are synonymous with administrative districts. A governorate may have from 4 to 26 districts depending upon population size and geography. There are 233 districts in Egypt and 65 districts in Upper Egypt (excluding Giza). The Contractor shall have primary responsibility for upgrading reproductive and child health services in 25 districts in Beni Suef, Fayoum, Aswan, and Qena governorates while UNICEF will develop the 35 districts in Minia, Sohag, and Assuit governorates. At each level of government - national, governorate, district and village - an elected popular council provides advice and counsel to an executive council composed of government administrators.

The administrative structure of a health district includes a district director (also known as District Health Officer) and two deputy directors. Although there is always a district director, who may also do double duty as medical director of the hospital, the posts of deputy directors are often unfilled. The administration of a district, which serves a population of between 150,000 and 250,000 persons, is usually chronically understaffed.

The district health officer is responsible for supervising and monitoring the actual delivery of health services by public facilities including rural health centers, rural health units, urban health centers and rural hospitals. He/she is also generally responsible for maintaining the health of the population and a healthy environment in the district.

The private sector is the predominate provider of outpatient health care in Egypt while the government provides 60% of inpatient care. Most physicians work double duty in the public and private sector. The majority of births take place at home with a traditional birth attendant (daya) present but the number of physicians delivering at home is also increasing. Therefore, HM/HC district plans will include strengthening both private and public sector services.

Another new USAID Results Package - Health Policy Support - will complement the HM/HC Results Package by creating an "improved environment to plan, manage and finance sustained maternal and child health systems." It will achieve this through the enactment of reforms to improve health sector efficiency, equity and sustainability of MCH programs. In addition, the World Bank has begun an initiative that will coordinate with USAID to bring about policy reform in the health sector.

The ongoing Results Package - Reduced Fertility - will complement the HM/HC Results Package through increasing the use of family planning services. This will be accomplished through expanding the supply and increasing the demand for services. It will also focus on strengthening the sustainability of

family planning systems such as planning, management/supervision, training, MIS, IEC, and contraceptive logistics.

C.3. OBJECTIVES

Six major process outcomes will be achieved by the end of the contract:

1. All thirty HM/HC supported districts will become capable of planning, monitoring, budgeting, organizing, delivering, and partially financing their own integrated, quality reproductive and child health services. Public and private health units in these districts will be providing the essential HM/HC package and community health education programs.

2. Household members, particularly women, in the thirty HM/HC districts will have increased ability to provide and seek appropriate health care for themselves and their children through social mobilization.

3. The MOHP will have enhanced capacity nationally to set standards, policy, and management systems for cost-effective reproductive and child health services. It will have consolidated its management and health information system (MHIS) so that all data essential for monitoring and management are collected, while reporting burdens on service delivery units are minimized. Planning, budgeting, supervision, and support to districts at the governorate level will also be strengthened.

4. Medical and nursing school graduates will have improved skills and knowledge for delivering the HM/HC package through the strengthening of curricula and training programs at all undergraduate health professional schools and the programs of a national breastfeeding training center. This activity will include all 13 medical schools in Egypt and all nursing schools in the target governorates.

5. National mass media campaigns will have increased popular awareness of, and demand for, essential reproductive and child health services and avoidable health risk behaviors.

6. Established national child survival programs shall be sustained. These include EPI, ARI, Control of Diarrheal Diseases, Neonatal Care, and Daya Training.

The preceding process outcomes will contribute to achieve the following quantitative outcomes by the year 2001:

| Baseline | Target | Indicator |
|---|---|---|
| 85 (1992) | 73 | Under five mortality rate |
| 62 (1992) | 53 | Infant mortality rate |
| 174 (1992) | 139 | Maternal mortality ratio |
| 47% (1992) | 35% | Case fatality rate for obstetric emergencies |
| 33 (1992) | 27 | Neonatal mortality rate |
| 22% (1990) | 70% | Women receiving prenatal care |
| 67% (1992) | 90% | Children fully immunized before 1st birthday |
| 71 (1995) | 0 | Number of indigenous confirmed polio cases |
| 790 (1995) | 200 | Neonatal tetanus cases |
| 29% (1992) | 75% | Newborns exclusively breastfed for 4-5 months |
| 0 (1995) | 65 | Target districts implementing essential services |

## C.4. QUALITY OF ESSENTIAL MATERNAL, PERINATAL AND CHILD HEALTH SERVICES IMPROVED (RESULT 5.1.1)

### C.4.1 Indicators of Achievement

- Percent of pregnant women receiving 4 or more prenatal examinations in a health facility by 2001
- Proportion of living children between the ages of 12 & 23 months fully vaccinated before the first birthday with DPT (3), Polio (3), Measles, TB and Hepatitis B (3)by 2001

### C.4.2 Outputs

#### C.4.2.1 TASK ONE: Basic package of essential services established and standards defined

The MOHP is currently developing the HM/HC package, including standards for care, protocols, criteria for quality assurance (such as infection control practices) and supervision with the assistance of a contractor (John Snow, Inc. under its MotherCare II contract). The Contractor shall assist the MOHP to develop training materials and to begin training of trainers. MOHP training policies and programs will be revised so that practicing physicians, nurses, and nurse midwives receive field training to introduce them to the HM/HC essential package of services.

The HM/HC Package shall include:

- Premarital examination and counseling
- Prenatal, delivery, and postnatal care
- Neonatal care
- Promotion of immediate and exclusive breastfeeding
- 40th day integrated visit for mother and child post-natal check-ups for mother and child, BCG for child, family planning promotion and referral
- Children's preventive health care services: immunization, nutrition, ORT
- Sick child case management (diarrheal disease, ARI)
- Reproductive health services (referral to family planning services, reproductive tract infections, education on harmful practices)
- Counseling and health education on all the above
- Nutrition services to prevent and treat micronutrient deficiencies especially anemia

The above "package" will be developed and implemented in three phases:

1. MotherCare will do the basic research, pilot studies and adapt protocol models to the Egyptian context. Interventions will be assessed as to their cost-effectiveness in reducing maternal mortality and neonatal mortality, in particular.

2. The Contractor shall collaborate with MotherCare in finalizing the package. At this point, the Contractor shall provide feedback to MotherCare on the various components.

Performance Targets:

The 1999/2000 Maternal Mortality Survey for Egypt and 12 operational research studies and surveys completed by end of contract.

C.6. RESULT 5.1.3: ESTABLISHED NATIONAL CHILD SURVIVAL PROGRAMS SUSTAINED

C.6.1. Indicators of Achievement

- Number of confirmed indigenous polio cases by 2001
- Number of neonatal tetanus cases by 2001

C.6.2 Outputs

C.6.2.1 TASK SIX: National Child Survival Programs Sustained

The Contractor shall assist the MOHP in sustaining the accomplishments of the CSP and integrate these accomplishments into the HM/HC strategy, especially the gains made in the areas of the Expanded Program of Immunization (EPI), the Control of Diarrheal Diseases (CDD), Acute Respiratory Infections (ARI), Neonatal Care, Model Clinics and training.

For the expanded program of immunization, the Contractor shall assist the MOHP in sustaining or improving the following:

- EPI coverage rate maintained at 90% nationwide for the 7 childhood vaccines
- Effective EPI program at the clinic level
- Effective cold chain nationwide
- Effective surveillance system, especially in detecting polio and acute flaccid paralysis and neonatal tetanus cases
- Final stages of polio eradication before year 2000.

For the ARI and CDD program, the Contractor shall assist the MOHP in the following:

- Maintaining the ARI and CDD program nationwide
- Maintaining the ARI and CDD Management Information System nationwide
- Assessing the adequacy of current program clinical and community-based strategies/plans to meet ARI and CDD program targets of reducing infant and child mortality and provide recommendations
- Integrating ARI training with other HM/HC training and adapting and implementing the Management of the Sick Child Initiative (MSCI) of WHO
- Developing mass media messages to cover ARI topics in conjunction with SIS

For the Neonatal Program, the Contractor shall assist the MOHP in sustaining the established 100 neonatal centers by:

- Training of center staff
- Identifying additional equipment needs, if any
- Ensuring the effective use of equipment
- Developing a national perinatal program implemented through the district level plans in target governorates as described elsewhere
- Tying the neonatal centers to a comprehensive perinatal program at the district level in target governorates

For the traditional birth attendants (Daya) training program, the Contractor shall:

- Recommend modifications to the existing 10-day course
- Work with MOHP to identify ways to link dayas to the health and district referral systems

The project has initiated a model clinic program, midwifery training and program to upgrade the MCH laboratories.
The contractor shall access the impact of these programs and provide recommendations for their expansion if considered justifiable.

The Contractor's strategy for implementing this task is as follows:

*i. Task Definition & Issues*

*The Child Survival Project has been very successful in achieving most of its objectives, with significant improvements in the health of Egyptian women and children and development of a stronger, more efficient health system. Under the CSP, emphasis was placed on improving MOHP capacity at the central and governorate levels to plan and manage effective child survival programs. The challenge is to work closely with health mangers at the all levels of the system to expand past achievements and extend these improved management systems to the district level.*

*One of the primary constraints to the development and sustainability of integrated reproductive and child health services is the persistent vertical management and planning structure of most child survival programs. Although the MOHP has begun the task of devolving responsibility for child survival planning and program development, at the district and facility level, EPI, CDD, ARI and neonatal care have not yet been integrated into a comprehensive child health package for service delivery. Program planning for these activities still remains primarily in the hands of central and governorate-level MOHP personnel.*

*The Contractor's role in Task Six is to work closely with the MOHP at all levels of the system, particularly at the district-level, to operationalize decentralized planning and delivery of an integrated Healthy Mother/Healthy Child Package of essential services.*

*ii. Desired Outcomes*

| | |
|---|---|
| *Primary Outcomes:* | *EPI coverage rates maintained at 90% for all 25 targeted districts for the 7 vaccines;* |
| | *Maintenance of effective ARI management information systems in 27 governorates;* |
| | *Sustainability of 100 neonatal centers providing acceptable care;* |
| | *Modification of the Daya Training Program.* |
| *Secondary Outcomes:* | *Reduction of neonatal mortalities in 25 districts;* |
| | *Improvement in quality and use of integrated HM/HC services in 25 districts;* |

*Capabilities of 25 district partners (private and public facilities) to provide integrated HM/HC services improved;*

*Increased awareness and demand for integrated child survival services by communities and families.*

*iii. Strategies and Rationale to Reach Outcomes*

*The Contractor will build upon the accomplishments of the CSP and ensure that they are sustained in a cost-effective manner. At the central and governorate levels, the Contractor will work closely with MOHP program managers to improve systems to support decentralized decision-making related to the integrated HM/HC program. At the district level, technical assistance will focus on building the capacity of district health managers to plan, implement and evaluate the integrated HM/HC package of essential services.*

*Working closely with MOHP staff, Contractor staff will assess the current child survival program and develop an analysis matrix to ascertain specific areas where the Contractor can provide technical assistance. The Contractor will then organize workshops for representatives of the MOHP at all levels to collaboratively plan for the successful integration of activities at district and delivery point levels. This workshop will identify concrete ways in which the HM/HC Project can assist in a supportive role to facilitate decentralized planning and integration of the formerly vertical child survival programs into one, comprehensive Healthy Child package. A steering committee to facilitate this process will be established at the central and governorate levels, comprised of representatives of the HM/HC Project and all relevant MOHP departments to determine areas of collaboration, minimize duplication and eliminate gaps.*

*As mentioned above, at the district and delivery point levels, the various components of the child survival program (EPI, CDD, ARI, neonatal care, model clinics, daya training program) will be folded into one integrated HM/HC package of essential services. This means that health management, service delivery and MIS/logistics and referral systems must be strengthened in the districts to support delivery of essential services at the facility level (see Tasks One, Two and Three). The Contractor will adapt and implement WHO's Management of the Sick Child Initiative as a way to address the integration of Healthy Child services and training of health providers.*

*iv. Activities*

*The Contractor Team will work with the MOHP and USAID to develop a plan to sustain and expand CSP accomplishments within the MOHP and MOF/P fiscal budgeting mechanism to ensure sustainability of Project efforts. Potential HM/HC activities for Task Six include:*

*Activity 1: Strengthen Immunization Services*

*Routine immunization is the cornerstone of any child health initiative. The aim of routine immunization services is to deliver to all children and women the complete number of doses of potent vaccines in a timely, safe, and effective way. In order to accomplish this, the Contractor Team will work with the MOHP to strengthen the EPI program at both the facility level (especially in high-risk districts), and at the central level, to ensure that systems are in place to support routine immunization services on the ground. Special emphasis will be placed on achieving reduction targets for polio,*

*Once a range of grant topics have been agreed upon, a series of grant workshops will be organized so that NGOs will have skills required to prepare grant proposals, receive and administer grant monies, and monitor and report on grant activities. Grants will be provided to NGOs through this activity, and the Contractor will work with district level NGOs and the MOHP to increase the flow of public health information to local NGO grant recipients.*

*v. Monitoring Plan and Completion Indicators*

*Completion indicators to measure achievements by activity:*

- *100 PVOs receiving small grants*
- *staff from 100 PVOs trained in business practices and small grants management*

Performance targets: Award approximately 120 small grants to NGOs not to exceed $2 million in the target districts.

| End of | Cumulative Total |
|---|---|
| Year 1: | 20 grants |
| Year 2: | 50 grants |
| Year 3: | 80 grants |
| Year 4: | 100 grants |

C.8.2. TASK ELEVEN: Commodity Procurement Program

The Contractor shall undertake commodity needs assessments, shall prepare semi-annual procurement plans and shall undertake all commodity procurement (estimated at $6,000,000 in the base period and $6,000,000 in the option period) necessary to achieve the results under this contract. Equipment will include, inter alia, vehicles, clinical, medical, office, IEC and computing equipment to support activities with the MOHP and MOI at the central, governorate and district levels and to meet community and NGO needs. The Contractor shall submit semi-annual procurement plans to the Contracting Officer for approval and semi-annual reports on the status of procurements to the COTR.

The Contractor's strategy for implementing this task is as follows:

*i. Task Definition & Issues*

*The HM/HC Project will require a variety of permanent and expendable equipment and supplies ranging from MCH commodities to training supplies to office supplies to building rehabilitation materials. Many of these items will need to be procured off-shore. Most importantly, the Contractor is sensitive to the extreme importance of having the right materials available in the right place at the right time. Poor procurement processes can doom a project to unmet deadlines, unmet commitments and shattered credibility.*

*The Contractor is fully aware of the multitude of potential pitfalls embedded in procurement activities. Even when every appropriate step has been judiciously executed, unforseen and uncontrollable events may disrupt production, shipping and delivery schedules. Too often, equipment and supplies procured by foreign donors are not properly maintained. Staff who are intended to use them are not fully trained in their proper purpose, operation and maintenance.*

*ii. Desired Outcomes*

*Primary Outcomes:* *100% of procurement in place on time based on contractor's procurement plans.*

*Secondary Outcomes:* *Systems established with the MOHP for improved procurement practices within the ministry*

*iii. Strategies and Rationale to Reach Outcomes*

*The Contractor will first design a procurement plan and schedule befitting the HM/HC project needs. Final decisions on the procurement plan will be made during the start-up phase when actual procurement needs are clearer. Additional equipment needs will be incorporated into the procurement plan on an on-going basis in response to the district plans submitted during the annual HM/HC planning cycle. The Contractor will develop in-house systems to monitor and track the entire procurement process including the development of specifications in-country; obtaining competitive bids; issuing purchase orders; shipping and handling; receipt and inspection; and making scheduled payments. The Contractor will submit semi-annual reports on progress to the USAID COTR and semi-annual procurement plans to the Contracting Officer for approval.*

*The Contractor will provide training to MOHP procurement and maintenance staff on the proper use and maintenance of all equipment and ensure that spare parts and repair technicians are available.*

*iv. Activities*

*Activity 1: Procurement of Project Equipment*

*In order to carry out procurement activities the Contractor will: 1) design a procurement plan (needs assessment) and schedule; 2) update the procurement plan annually based on district needs; 3) set-up a computerized data-base to monitor and track procurement activities; 4) establish a storage and maintenance facility for all equipment at the district level; 5) submit quarterly reports on progress to HM/HC management; 6) submit a semi-annual procurement plan to the USAID Contracting Officer for approval; 7) submit semi-annual reports on the status of procurement to the COTR.*

*v. Monitoring Plan and Completion Indicators*

*The Contractor will design a computerized data-base to monitor and track all procurement activities which will be electronically linked to the HM/HC MHIS. Up-to-date information will be easily accessible and widely available at all levels of the HM/HC Project down to the district.*

- *Project procurement plan finalized and approved;*
- *Computerized tracking system developed and installed on HM/HC computers;*
- *Quarterly progress reports submitted to HM/HC management.*

Performance Targets:

100% of procurements in place on time based on Contractor's procurement plans.