# Incubator Inspection and Testing Project

for

John Snow, Inc.

ECRI Project Numbers 515-769

May 25, 2004

ECRI
A NONPROFIT AGENCY

## 1.0 Introduction

John Snow, Inc., engaged ECRI to continue the inspection program of PreemiCare infant incubators that were procured as part of the Healthy Mother/Healthy Child program. In the summer of 2003, ECRI initially proposed to visit Cairo and inspect approximately 20 of the 119 incubators that had been removed from hospitals and warehoused there after MOHP and JSI developed concerns about the incubators' safety. This program was to address performance issues that could be identified through the use of an inspection protocol for infant incubators; the inspection protocol would be based on our wide experience in performance, inspection, and preventive maintenance issues surrounding medical technology.

After several discussions, JSI and ECRI agreed that two incubators—one intensive care unit and one normal care unit—would be shipped to ECRI's U.S. headquarters in Plymouth Meeting, PA, for inspection and testing. The units were delivered to ECRI on October 9, 2003, and our performance inspection testing identified several problems with the two incubators. We inspected and tested the units guided by procedures published in the PreemiCare service manual and by our experience in evaluating and inspecting other models of infant incubators. ECRI's incubator inspection procedure (No. 415-20010301) comes from the *Health Devices Inspection and Preventive Maintenance System.* ECRI also raised several concerns regarding the manufacturer's maintenance documentation.

For the PreemiCare-identified inspection procedure, a "sensor simulator" is required, but one was not provided by the manufacturer. ECRI attempted to obtain a simulator from PreemiCare, but it was unable to make one available, either via loan or purchase. JSI then arranged for the PreemiCare distributor in Cairo to provide its simulator, which was received at ECRI on November 6.

A summary of the significant findings from this testing period included the following:

<u>Normal Care Unit</u>

1. The normal care unit failed the test for high-temperature-alarm calibration.
2. The incubator's power cord chassis connector is detachable and lacks a restraining mechanism to prevent accidental disconnection from line power.

<u>Intensive Care Unit</u>

1. The temperature display of the intensive care unit was inconsistent.
2. The incubator's humidification system also did not operate.
3. The incubator's power cord chassis connector is detachable and lacks a restraining mechanism to prevent accidental disconnection from line power.

Both incubators had major failures requiring manufacturer service. ECRI recommended that JSI share this report with PreemiCare, and further suggested making arrangements for a service representative to come to ECRI to calibrate and repair the two incubators and then observe our retesting of these units. Due to the major failures identified in our Fall 2003

testing, ECRI also recommended that the other 117 incubators also be independently inspected.

JSI communicated these problems and concerns to the incubator manufacturer's distributor. The manufacturer was given the opportunity to visit ECRI's Plymouth Meeting facility to review and rectify the problems with the two units, and did so in February 2004. After that, JSI asked ECRI to continue its inspection program on incubators in Cairo, Egypt.

This report addresses the testing that Louis Schonder, Senior Test Technician, CITECH, performed on behalf of ECRI on 44 incubators in Cairo. This report includes:

- Findings from our inspection and testing of the 44 units performed in May 2004
- Recommendations for JSI

## 2.0 ECRI Testing

### 2.1 Background

Mr. Louis Schonder visited Cairo, Egypt between May 3 and 11 to conduct inspection and preventive maintenance (IPM) testing on a sample size of 44 PreemiCare incubators that JSI and MOHP had requisitioned to a warehouse. His testing was to focus on performance issues of the incubators that could be reviewed through the inspection and preventive maintenance protocol. Mr. Schonder also trained eight representatives of various Egypt-based organizations in the proper inspection maintenance protocols of incubators.

The incubators inspected by Mr. Schonder had been certified by PreemiCare as ready for use after their engineer had made field modifications and repairs to the units in August 2003. The IPM procedure used for each test is attached as Appendix A to this report. The content of the *Health Devices Inspection and Preventive Maintenance System's* procedures comes from a number of sources: medical and biomedical engineering literature, correspondence and discussion with manufacturers and distributors, specifications from product literature, and ECRI's Problem Reporting System. The procedures are intended for assessing whether devices are safe and performing correctly at the time of inspection. Unfortunately, it is far more difficult if not impossible to determine long-term reliability of any device and whether that product will be operating safely after some period of time. A simpler and more realistic way to predict long-term reliability is to consider the model's failure rate determined at the time of acceptance testing.

The IPM procedure was carried out with the following test equipment:

- Digital Multimeter - Mastech DMM Model # MY-64, Serial Number (SN) 01139959

- Digital Mulitmeter - Fluke DMM Model # 23, SN 44100223
- Infrasonics (PreemiCare) Sensor Simulator Model # 9710234, SN 665
- Thermometer/Hygrometer - TFA Thermometer/Hygrometer Model # 45.2003, SN 45.010030
- Electrical Safety Analyzer - Dale Electrical Safety Analyzer Model # 612S, SN 80350
- Thermometer - YSI Electronic Thermometer Model # 4600 , SN 02E102804 (with #403 and #408 probes)
- Sound Meter - Radio Shack Sound Level Meter Model # 33-2055, SN: none

While on-site, Mr. Schonder expanded some testing parameters to reflect concerns expressed by the engineering staff that has been involved with the incubator project. In addition to the Health Devices IPM procedure, the following tests were performed in concert with the Cairo-based engineering staff:

- Blocked air inlet testing (per IEC 601-2-19)
- Sound level testing (per IEC 601-2-19)
- Overheating simulation

## 2.2 Significant Findings

Appendices B and C contain device-specific summaries of the significant inspection results of the IPM procedure. The summary inspection results are presented herein:

| Criteria | # of Units Failing | Percentage |
|---|---|---|
| Incubator temperature out of specification range | 25 | 56.8% |
| Temperature display calibration out of specification range | 16 | 36.4% |
| Air temperature alarms out of specification range | 1 | 2.3% |
| High temperature threshold | 3 | 6.8% |
| Humidity system failure | 15 | 34.1% |
| Humidity alarms out of specification range | 6 | 13.6% |
| Display intermittently hangs | 1 | 2.3% |
| Garbled or flashing display | 6 | 13.6% |
| Self-test fails | 2 | 4.5% |
| Air sensor shorted | 1 | 2.3% |
| Alarm silence button not working | 2 | 2.5% |
| Noisy motor | [illegible] | 2.3% |

| Criteria | # of Units Failing | Percentage |
|---|---|---|
| Power failure alarm not working | 1 | 2.3% |

For temperature control, which is the inherent reason to deploy incubators, 25 of the 44 incubators (56.8%) had measured temperatures that were in excess of ±0.5 °C of the displayed temperature.

Also, each incubator failed the inspection requirement of alarming when the sensor is open. This test requires the inspector to physically disconnect the air sensor. Although scenarios developed by JSI engineering representatives with additional disabled elements led to temperature increases, the probability of an actual disconnect of the air sensor in a clinical environment is relatively small.

This additional inspection testing of PreemiCare Model 605 infant incubators in Cairo provided a relatively large sample of 44 units and represented 37% of the incubators provided to MOHP. In this testing only 4 units, or approximately 10%, passed all tests, exclusive of the open air sensor. This obviously translates to an overall failure rate of 90%, which is extreme. This failure rate is of particular concern since all the units had passed PreemiCare testing less than one year ago and had not been used since that time. ECRI believes that a one-year inspection interval is typically appropriate for most incubator models.

In ECRI's testing, two of the units would not even operate. Of a total of 80 failures, more than half (45) were temperature control or temperature alarm related. Nineteen units had two separate failures and nine units had three or more separate failures.

## 3.0 Project Conclusion and Recommendations

Based on the results of this continued performance testing, ECRI recommends that JSI not use the PreemiCare incubators for patient care. The combined testing, performed both in May 2004 and in the fall of 2003, indicates that the PreemiCare incubators fail in their main purpose – temperature regulation.

As 56% of the tested incubators failed the temperature inspection, these incubators are clearly unreliable for regulating the body temperature of infants. And this 56% failure rate is after the fact that these incubators were certified by the PreemiCare field service engineer as being ready for clinical use. (Reportedly though, the field service testing conducted by PreemiCare representatives did not include actual temperature testing inside the incubator.) ECRI generally considers a 5% failure rate or greater as cause for concern, and in general, such delivered models would be considered unacceptable.

Healthcare organizations in the United States would not accept these incubators for clinical care based on their extremely poor inspection results, especially in regards to temperature control. In addition Preemicare has still not provided the requested service documentation and there are numerous reasons to question its ability to support the

incubators over their remaining life expectancy of at least seven years. ECRI strongly recommends that JSI not return the PreemiCare incubators to hospitals for clinical use.

## 4.0 Appendix

Appendix A - ECRI's procedure for inspecting infant incubators (from: *Health Devices Inspection and Preventive Maintenance System*, 2001)

Appendix B – Summary of Inspection Results

Appendix C – Summary of Temperature Testing Summary

| Status |
|---|
| Passed |
| Service Required |
| Removed From Use |

## Egyptian Ministry of Health and Population

**PreemiCare Infant Incubators**

**IPM No. 1000-20040430-04 (Major)**

Facility: ______________ Dept: ______________
WO No.: ______________ Date: ______________ Inspector: ______________
Mfr: ______________ Model: ______________ SN: ______________
CTRL No: ______________ Loc: ______________ IPM Time: _____.____hr

| TEST APPARATUS | Control/Serial No. |
|---|---|
| PreemiCare's designated patient-probe simulator capable of simulating a range of temperatures as well as open- and short-circuited probe conditions | |
| Ground resistance ohmmeter | |
| Electrical safety analyzer | |
| Electronic thermometer accurate to within 0.1°C in the clinical range | |
| Oxygen flowmeter | |
| Digital multimeter | |
| Hygrometer capable of measuring the relative humidity range of the incubator both inside the infant compartment and the room in which the incubator is being tested | |

| SUPPLIES |
|---|
| Plastic 6 to 8 oz cup |
| Source of varied-temperature water; a temperature simulator will simplify some device tasks, but at least one cup of water will be needed to verify probe accuracy and probe leakage current |
| Source of 100% oxygen to calibrate the oxygen analyzer |

**QUALITATIVE TASKS**

| Pass | Fail | | Pass | Fail | |
|---|---|---|---|---|---|
| | | Chassis/Housing | | | Self Test |
| | | Mount/Fasteners | | | Controls/Switches |
| | | Casters/Brakes | | | Heater |
| | | AC Plug/Receptacles | | | Motor/Fan |
| | | Line Cord | | | Fluid Levels |
| | | Strain Reliefs | | | Battery |
| | | Circuit Breaker/Fuse | | | Indicators/Displays |
| | | Tubes/Hoses | | | Alarms |
| | | Cables | | | Air Flow, Air Sensor Open and Skin Sensor Open Alarms |
| | | Fittings/Connectors | | | Audible Signals |
| | | Probes | | | Labeling |
| | | Filters | | | Mattress |

**QUANTITATIVE TASKS**

| | Set/Indicated | Measured | Pass | Fail |
|---|---|---|---|---|

Procedure No. 1000-20040430-04 PreemiCare Infant Incubators

(Major) WO No.:_____________

Ambient Temperature (Temperature must be within 20 to 30 degrees Celsius.)
Ambient Relative Humidity (No specific criteria, but the humidification function cannot be set to a level lower than the ambient humidity and operate correctly.)
Line Voltage
Grounding Resistance (≤0.5 Ω)
Chassis Leakage Current (≤300 μA)
Skin Probe Leakage Current (≤100 μA)
Temperature Control (±0.3°C)
Hood Air Temperature (± 0.5°C)

Patient Probe (±0.3°C)
Air-Temperature Alarms (Should alarm if more than 3.0 °C below or 1.0° C above the displayed temperature.)
Skin-Temperature Alarms (Should alarm if more than ±1.0°C of the displayed temperature.)
Safety Thermostat (Should shutdown heater between 39.7 and 40.1°C)
FiO2 Sensor (Success of calibration will be indicated on the display.)
FiO2 Set Point Alarm (Should alarm audibly and display "FiO2 Set Point Fail" if the FiO2 level is below or above 5% of the set point.)
Humidity Sensor
Humidity Alarms (Should alarm audibly and display "RH Set Point Fail" if the %RH level is below or above 10% of the set point in servo control mode,

Should alarm audibly if the %RH level is below or above 1% of the alarm set point in monitor mode.)

**PREVENTIVE MAINTENANCE**

| Done | | Done | |
|---|---|---|---|
| | Clean | | Replace |
| | Calibrate | | |

**NOTES**

0234

# tion Results Summary

ults Only

| | Total | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 32 | 33 | 34 | 35 | 36 | 37 | 38 | 39 | 40 | 41 | 42 | 43 | 44 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Incubator temperature out of spec | 25 | | x | x | x | | x | | | | | x | x | | x | x | x | x | x | x | | x | | | | | | x | x | x | x | x | x | x | x | x | x | | x | | | | | x | |
| emp display calibration out of spec | 16 | | | x | | x | x | | | | | | | | x | | | x | | | | x | | | | | x | x | | | x | | x | | | x | x | x | x | | | | x | | x |
| Air temp alarms out of spec | 1 | | | | | x | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| -Temp Threshold (39.7 to 40.1 C) | 3 | | | | | | | | | | | x | | | | | | | | | | x | | | | | | | | | | | | | | | | x | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Humidity system failure | 15 | x | | x | x | | | x | | x | | x | | | x | | | | | | | x | x | | x | x | | | | | | x | | | | | x | x | | | | | x | | |
| Humidity alarm limits out of spec | 6 | | | | | x | | | x | | | | | | | x | | | | | | | | x | | | | | | | | | | | | | | | | | x | x | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Display intermittantly hangs | 1 | | | | | | | x | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| d or flashing display (intermittant) | 6 | | | x | | | | | | | | | | | x | | x | | x | x | | | | | | | | | | | | | | | | | | | | | | | | | x |
| Self-Test fails | 2 | | | | | | | | | x | | | | | | | | | | | | | | | | x | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Air Sensor shorted | 1 | | x | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Alarm silence button not working | 2 | | | | | | x | | | | | | | | | | | | | | | | | | | | | | | | | | | x | | | | | | | | | | | |
| Noisy Motor | 1 | | | | | | | | | | | | | | | | | x | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Power fail alarm not functioning | 1 | | | | | | | | | | | | | | | | | | | | | | x | | | | | | | | | | | | | | | | | | | | | | |
| Units without a major problem | 4 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

0235

Incubator Temp Testing Summary

| | Set Point 34.0 C | | Set Point 36.0 C | | Set Point 38.0 C | | Displayed to set point (+/- 0.5 C) | | | Measured to Displayed (+/- 0.5 C) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| # | Displayed | Measured | Displayed | Measured | Displayed | Measured | 34 C | 36 C | 38 C | 34 C | 36 C | 38 C |
| 1 | 34 1 | 34 1 | 35 8 | 35.5 | 38 5 | 38.2 | | | | | | |
| 2 | 34 3 | 34.8 | 36 2 | 36.8 | 38.1 | 38.9 | | | | | 0.6 | 0.8 |
| 3 | 34 2 | 34 9 | 36 1 | 36.2 | 37.4 | 37.0 | | | -0.6 | 0.7 | | |
| 4 | 33 9 | 34 2 | 36 0 | 36.7 | 38 3 | 38.6 | | | | | 0.7 | |
| 5 | 33.9 | 34.2 | 36 3 | 36.6 | 38 5 | 38.6 | | | | | | |
| 6 | 34 1 | 35 0 | 36 3 | 37 0 | 38 4 | 39.8 | | | | 0.9 | 0.7 | 1.4 |
| 7 | 34.1 | 34 0 | 35 8 | 36.2 | 38.0 | 38.1 | | | | | | |
| 8 | 33 7 | 34 0 | 35 9 | 36 0 | 38.3 | 38.5 | | | | | | |
| 9 | Not tested | | | | | | | | | | | |
| 10 | 33 9 | 33 7 | 36 2 | 36.5 | 38.1 | 38.5 | | | | | | |
| 11 | 34.0 | 34.8 | 36 0 | 36 6 | 38.2 | 38 6 | | | | 0.8 | 0 6 | |
| 12 | 33.9 | 34 6 | 36 2 | 36.9 | 38.3 | 39.1 | | | | 0.7 | 0.7 | 0.8 |
| 13 | 34 0 | 33 9 | 36 0 | 35.8 | 37.9 | 37.9 | | | | | | |
| 14 | 34 1 | 34.5 | 35.9 | 36.3 | 38.3 | 39.1 | | | | | | 0.8 |
| 15 | 34.2 | 34 5 | 36 3 | 36 8 | 38.2 | 38.8 | | | | | | 0.6 |
| 16 | 34.1 | 35.0 | 36 0 | 36.8 | 38.0 | 38.5 | | | | 0.9 | 0.8 | |
| 17 | 33.9 | 34.5 | 36 0 | 36.3 | 38.3 | 38.9 | | | | 0.6 | | 0.6 |
| 18 | 33.9 | 34 0 | 35 6 | 35.2 | 38 3 | 39.0 | | | | | | 0.7 |
| 19 | 34.3 | 35.1 | 35 6 | 36.6 | 38.1 | 39.5 | | | | 0.8 | 1.0 | 1.4 |
| 20 | 33 8 | 34.2 | 36.2 | 36.4 | 38.3 | 38.5 | | | | | | |
| 21 | 33 8 | 34 4 | 36.2 | 36.8 | 38.0 | 38.9 | | | | 0.6 | 0.6 | 0.9 |
| 22 | 34 1 | 34.3 | 36 2 | 36.5 | 38.2 | 38.5 | | | | | | |
| 23 | 33 9 | 34.2 | 36 0 | 36.0 | 37.8 | 37 8 | | | | | | |
| 24 | 34.1 | 34.4 | 36 0 | 36.3 | 38 3 | 38.8 | | | | | | |
| 25 | not tested | | | | | | | | | | | |
| 26 | 34 0 | 33 8 | 35.7 | 35.3 | 38.0 | 38.1 | | | | | | |
| 27 | 35 1 | 35.3 | 36.1 | 36 6 | 38.2 | 39.2 | 1.1 | | | | | 1.0 |
| 28 | 34 2 | 34.4 | 36 3 | 37.1 | 38 0 | 39 0 | | | | | 0.8 | 1.0 |
| 29 | 34 1 | 35 1 | 36 4 | 37.3 | 38 4 | 39 5 | | | | 1.0 | 0.9 | 1.1 |
| 30 | 34 3 | 34 4 | 36 5 | 37.1 | 38 5 | 39.1 | | | | | 0.6 | 0.6 |
| 31 | 34 0 | 34.2 | 36 2 | 36.9 | 38.5 | 40.1 | | | | | 0.7 | 1.6 |
| 32 | 34 3 | 33 7 | 36.0 | 35.3 | 37 5 | 36.7 | | | | -0.6 | -0.7 | -0.8 |
| 33 | 34 3 | 34.8 | 36.3 | 37.1 | 38.7 | 39.7 | | | 0.7 | | 0.8 | 1.0 |
| 34 | 34 2 | 34 6 | 36 3 | 36.9 | 38.3 | 39.5 | | | | | 0.6 | 1.2 |
| 35 | 33.8 | 33.6 | 36 1 | 36.7 | 38.3 | 37.9 | | | | | 0.6 | |
| 36 | 36 4 | 34.8 | 36 4 | 36.7 | 38.6 | 38.9 | 2.4 | | 0.6 | -1.6 | | |
| 37 | 34 3 | 34.1 | 36 3 | 36.3 | 38.3 | 38.1 | | | | | | |
| 38 | 34 2 | 35 1 | 36.2 | 37.1 | 38.2 | 39.0 | | | | 0.9 | 0.9 | 0.8 |
| 39 | 34 2 | 34.4 | 36.1 | 36.3 | 38.1 | 38.2 | | | | | | |
| 40 | 34 1 | 34 1 | 36.2 | 36.2 | 38.3 | 38.0 | | | | | | |
| 41 | 34 1 | 34 3 | 36.1 | 36.3 | 38.5 | 38.5 | | | | | | |
| 42 | 34 2 | 34.5 | 36.3 | 36.5 | 38.1 | 38.5 | | | | | | |
| 43 | 34 3 | 35.3 | 36 1 | 37.1 | 38.4 | 39.4 | | | | 1.0 | 1.0 | 1.0 |
| 44 | 34.1 | 34 3 | 36.2 | 36.3 | 38.3 | 38.0 | | | | | | |

0236