IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JOHN SNOW, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-0097C |
| | ) | (Judge Thomas C. Wheeler) |
| THE UNITED STATES | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A REPLY BRIEF TO DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Pursuant to United States Court of Federal Claims Rule 6.1, Plaintiff John Snow, Inc. ("JSI"), by and through counsel, respectfully requests an extension of time from July 31, 2007, through to August 31, 2007, to file a Reply to Defendant's Response to Plaintiff's Motion for Partial Summary Judgment. Counsel for the Government, Richard Schroeder, has indicated that he does not oppose this Motion.

Plaintiff JSI filed its Motion for Partial Summary Judgment on October 26, 2006. The Government requested and received limited discovery from JSI, including documents and deposition testimony. After receiving several extensions of time, the Government filed its Response (i.e., Opposition) on Friday night, June 29, 2007, at approximately 8:00 p.m. Undersigned counsel for the JSI went on a family vacation from June 30 – July 8, 2007, and returned to the office on Monday, July 9th, at which time he was able to read and forward the Government's Response to his client. Counsel has been working on the Reply,

but will be unable to complete it by July 31, 2007, the date first set when the Government requested an extension through to June 26, 2007 to file its opposition. Counsel was even in the office this weekend working on the Reply, but it just cannot be completed by July 31st. The legal issues are complex and are requiring thoughtful analyses and explication, which is very time-consuming.

Undersigned counsel lost 8 – 9 days of Reply time as he was on a family vacation. Upon returning to the office, a SEC investigation which counsel had been handling for the founder and recent past president of a public company had heated up, including subpoenaed documents and testimony before the SEC. This development has required time and preparation. In fact, the witness is scheduled to return to the SEC for additional days of testimony during the second week of August. This development has restricted counsel's ability to spend all the time planned to complete the Reply. In addition, counsel's lead contact with JSI, Ken Olivola, has been in Sudan and has been unable to access documents and assist counsel.

The Government had eight (8) months to devise a strategy for opposing JSI's Motion for Partial Summary Judgment. The Government's Response was as lengthy as JSI's original Motion. JSI's Reply will show the Court that the facts argued by the Government are not what they appear to be, and that the Contract and the FAR preempt and trump the factual controversy created by the Government. JSI needs more than the 32 days originally allocated for the Reply.

For these reasons, Plaintiff JSI respectfully requests that the Court grant an extension through to August 31, 2007, for Plaintiff to file its Reply.

Respectfully submitted,

Dated: July 30, 2007

/s/

Daniel A. Ball
Ball Law Offices, A Professional Corporation
4416 East West Highway, Suite 400
Bethesda, Maryland 20814-4568
Direct: (301) 634-3147
Fax: (301) 215-9297
E-Mail: dball@dablaw.com

Attorneys for Plaintiff John Snow, Inc.

CERTIFICATE OF FILING

I hereby certify under penalty of perjury that on the 30th day of July, 2007, a copy of the foregoing "PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A REPLY BRIEF TO DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT" was filed electronically. I understand that notice of this filing will be sent to counsel for the plaintiff by operation of the Court's electronic filing system.

/s/

Daniel A. Ball