IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JOHN SNOW, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-0097C |
| | ) | (Judge Thomas C. Wheeler) |
| THE UNITED STATES | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S MOTION TO EXCEED PAGE LIMIT FOR REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Pursuant to United States Court of Federal Claims Rule 5.2(b)(2), Plaintiff John Snow, Inc. ("JSI"), by and through counsel, respectfully requests to exceed the page limit for the Reply to Defendant's Opposition to Plaintiff's Motion for Partial Summary Judgment. The Rule limits JSI's Reply to 20 pages.

JSI's Reply will be filed tomorrow, August 31, 2007. Counsel has been working on the Reply and is unable with a 20 pages limitation to completely address the issues raised by the Government in its Opposition. The legal issues are complex and require methodical analyses and explication. This is a Summary Judgment pleading involving the interpretation and application of multiple Federal Acquisition Regulations to a complex Contract. Summary Judgment pleadings tend to be more complex anyway than any other form of pleading. Counsel anticipates that the Reply, when it is finalized and formatted, is likely to be more than 25 pages but less than 30 pages.

Counsel is trying very hard to cut it back, but there are issues that need to be addressed and cannot be short circuited.

Counsel for the Government, Richard Schroeder, has indicated that he has no objection to increasing JSI's page limitation to 25 pages but that he does not consent to giving JSI more pages. Mr. Schroeder also indicated that he will not be filing an opposition even if JSI requests a limitation of more than 25 pages.

Plaintiff JSI respectfully requests that the Court permit JSI to file a Reply with a page limitation of 30 pages instead of 20 pages.

Respectfully submitted,

Dated: August 30, 2007

/s/

Daniel A. Ball
Ball Law Offices, P.C.
4416 East West Highway, Suite 400
Bethesda, Maryland 20814-4568
Direct: (301) 634-3147
Fax: (301) 215-9297
E-Mail: dball@dablaw.com

Counsel for Plaintiff John Snow, Inc.

CERTIFICATE OF FILING

I hereby certify under penalty of perjury that on the 30th day of August, 2007, a copy of the foregoing "PLAINTIFF'S MOTION TO EXCEED PAGE LIMIT FOR REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT" was filed electronically. I understand that notice of this filing will be sent to counsel for the plaintiff by operation of the Court's electronic filing system.

/s/

Daniel A. Ball