IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JOHN SNOW, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 06-0097C |
| | § | (Judge Thomas C. Wheeler) |
| THE UNITED STATES OF AMERICA | § | |
| | § | |
| Defendant. | § | |
| | § | |

**APPENDIX NO. 2**

**HISTORY OF TESTING, RETROFITTING AND RECERTIFYING THE INCUBATORS FOR USE**

**Summary**

1. The chronology of testing, retrofitting and recertification of the incubators demonstrates that the incubators were not defective, but were capable of repair and maintenance.

2. The Preemicare Report on the Model 605 Incubators dated January 7, 2003, found misuse, improper cleaning, inadequate training and rough handling as causes for many of the reported incubator problems.

3. After the ECRI report, the incubators were retrofitted and were being certified for use in accordance with international testing standards per an Agreed Plan of Action (among the MOHP, Preemicare, ICS, Arj-Med, JSI and USAID) when USAID's fourth, and then latest, contracting officer on the Healthy Mother Project refused to allow the testing and recertification process to be completed and the incubators returned to service.

**A. USAID's Contract explicitly acknowledged that the Egyptians would not maintain their equipment properly and be fully trained in their operation and maintenance.**

The USAID Contract acknowledged in Article C.8.2.i. Task Definitions & Issues (page 58 of 109) that "too often" equipment and supplies designated for use in foreign countries "are not properly maintained," and "staff who are intended to use them are not fully trained in their proper purpose, operation and maintenance." See Exhibit 1 to this Appendix. This proved to be the case with the facilities that received the Preemicare incubators.

**B. The number of complaints received three months after installation of 119 incubators was relatively small – the antithesis of "defectiveness" and "nonconforming goods."**

After 119 incubators had been installed at individual health care facilities in May – July 2002, the MOHP staff received some complaints on 18 of the 119 incubators – overheating, erratic display boards or alarm problems. JSI initiated action to report these concerns to ICS, the supplier, and Hi-Med, the manufacturer's local representative and ICS's servicing agent in Egypt. A meeting was held on September 24, 2002, among JSI, ICS and Hi-Med to discuss the problems and follow-up action.

**C. Preemicare reacted quickly to dispatch its chief electrical engineer to Egypt.**

As a result of this meeting, Preemicare Industries, Inc. sent its electrical engineer, Randa Rihana, to Cairo, Egypt in December 2002, to investigate, remedy and report on the problems. Ms. Rihana spoke several languages fluently, including Arabic, and was intimately familiar with the electronic controls, circuitry, and software on the Model 605 incubators. From December 8 – 15, 2002, Ms. Rihana visited hospitals that were identified as having reported some difficulties with the incubators. A Report on the Preemicare Incubators Model 605 was finalized and issued on January 7, 2003. A copy of the Report is attached to this Appendix as Exhibit 2. The Report

indicated that 14 out of 18 incubators were not working efficiently because of user problems. The Report made the following findings, *inter alia*:

- Chalk-like residue on internal electronic components consistent with cleaning agents in use. The Operating Manual recommends the use of a type of cleanser which does not leave a residue.
- Cleaning agents splashed indiscriminately over the area of the LCD display
- Sensor Housing not being removed during cleaning; rough handling of the Air Sensor, leading to a loosening of the Air Sensor
- Failure to remove Motor Fan Scroll during cleaning, causing residue to be trapped and leading to a build-up of hardened residue
- High electrical surges (higher than the 270V internal spike suppressor) causing damage to the EMI filter and blown fuses. The AC power in some hospitals is not stable or within acceptable limits.
- Dirt and Sand in units
- Use of Tap Water instead of Sterilized Water recommended by the Operations Manual, causing minerals and other residue to build up in the humidifier, shortening the life of the Water Level Sensor
- Damage consistent with rough handling. "Access roads to this location (Malawi) were extremely rough" . . . "ongoing multiple jarring shocks."
- Improper reinstallation of Fan Scrolls removed during cleaning
- Overheating: "In spite of our best efforts to date we have been unable to recreate such a failure at our facility, but investigation is under way. The fact that the unit had functioned properly for several weeks prior to the event and also the fact that the software and control panel in the damaged unit was afterward found to be

functioning normally, seem to indicate that the problem is not related to control software."

- Preemicare's local distributor, Hi-Med, confirmed that little or no training had been provided at the time of installation regarding proper cleaning methods. When Ms. Rihana tested the incubators and offered training, her training was poorly attended by the physicians and was not attended by the nurses or housekeeping staff who are the primary operators of the equipment.
- Inadequate Arabic language training manuals
- Units inspected had been working prior to damage caused by cleaning agents
- Preemicare tested each incubator at its facility in Carlsbad, California, before shipment. "Each incubator is placed in service and operated for a minimum of 48 hours, under a range of temperature and humidity settings. The test protocols on each individual unit is very stringent. . . "

**D. Out of an abundance of caution, the incubators were recommended for removal from service in mid-late January 2003 so that they could be service and retrofitted with parts to make them user-friendly to the Egyptians in the field and to eliminate the risks of break downs.**

To avoid recurring problems, Ms. Rihana provided a list of recommended retrofits that were to be completed on the incubators. The retrofits' purposes were to render the equipment more user-friendly and eliminate the risks of breakdowns where the incubators were cleaned incorrectly or water touched the fuses. On January 13, 2003, Hi-Med's local representative sent a letter to JSI's Chief of Party (COP) expressing concern on the safety of the incubators and to recommend that the incubators be removed from service until the modifications were made.

JSI at once shared this information with USAID and the MOHP. Consequently, on or about January 14, 2003, the MOHP instructed all its facilities which had received Preemicare

incubators (including the ones that had had no problems with their operation) to remove the incubators from service.[1] The incubators, however, remained at the various health facilities throughout Egypt until ICS retrieved them in July 2003.[2]

**E. By August 2003, 112 incubators had been serviced, retrofitted and certified for use.**

During June and July of 2003, seventy-five (75) incubators were retrofitted in Egypt by Preemicare's engineer. ICS collected all of the incubators, which already had been removed from service and were being stored, and brought them to a central location in Cairo to complete the retrofit and recertification process. The MOHP instructed the facilities in writing to release the incubators to ICS as the supplier and that the incubators were to be returned to the MOHP after retrofitting. ICS provided a receipt which stated that the incubators were still under warranty. See Exhibit 3 attached to this Appendix.

In August 2003, the Preemicare engineer completed the retrofit and certifications were issued for 112 of the incubators. The retrofit program and recertification process were monitored by USAID and the MOHP. See Exhibit 4 attached to this Appendix. Each incubator was retrofitted and tested per a stringent checklist. Attached as Exhibit 5 to this Appendix is a sample of the incubators servicing checklists. Each incubator was then evaluated and certified for use. Attached as Exhibit 6 to this Appendix is a sample of the recertification forms.

**F. ECRI did not find that the incubators were defective.**

Before returning them to service, the MOHP requested JSI to commission an independent

---

[1] The incubators were <u>not</u> removed from service in December 2002 as the Government incorrectly states in its Opposition. Ms. Rihana tested the 18 incubators at their facilities all over Egypt during December 2002. The Preemicare Report was not issued until January 7, 2003, after which it was decided that the incubators should be removed from service.

[2] It is believed that some of the 119 incubators were still being used from January – July 2003 until ICS retrieved them.

test of the incubators. JSI contracted with ECRI, a U.S. non-profit health services research agency. Two incubators were shipped to ECRI's Plymouth Meeting, Pennsylvania facility and tested by ECRI in November 2003. Test results were unsatisfactory. *The Preemicare engineer then visited the facility February 5-6, 2004 and performed repairs to the units. After repairs, the units passed.* However, based on the initial negative results of the testing, ECRI recommended that a larger sample of incubators be tested. Between May 2nd and 11th, 2004, an ECRI representative tested 44 of the incubators in Egypt. Test results were unsatisfactory. ECRI issued a report dated May 25, 2004, in which it recommended that the incubators not be returned to service until additional repairs were completed. ECRI could not determine if the problems were caused by a manufacturing fault or misuse. ECRI did not find, however, that the incubators were defective.

ECRI did not make any finding that the incubators were defective. In fact, ECRI tested the incubators for performance; it did not test for design and/or manufacturing defects. The Project Conclusion of the ECRI report, Govt App. 0231, did not find that the incubators were defective. See Exhibit 7 attached to this Appendix. ECRI could not determine whether the temperature failures were due to engineering/manufacturing concerns, misuse, nonuse over a one year period of time, worn parts, ambient temperatures, or transportation prone problems.

- On October 27, 2004, Robert Maliff, Associate Director, Health Systems Group, ECRI, sent Dr. Reginald Gipson, JSI's Chief of Party in Egypt, an email, which stated in part: "Our testing was for performance; design and/or manufacturing testing requires a completely different and lengthy investigation. Our program could not determine whether this temperature (and other) failures were due to engineering/ manufacturing concerns." (See Exhibit 8 attached to this Appendix.)

The incubators had not been used for about a year, had not been recalibrated before testing, and had been transported across Egypt from outlying heath facilities in the backs of cars and trucks to Cairo, where they were tested by ECRI. There are many rough and unpaved roads

along the way to Cairo. Incubators in Egypt were not transported by the same means or degree of care as in the United States.

- The ECRI report notes, Govt App. 0231, that "all units had passed PreemiCare testing less than one year ago and had not been used since that time." (See Exhibit 7 attached to this Appendix.)

There were also numerous errors in ECRI's testing and reporting protocols, calling into question the integrity of the testing. As the ECRI report noted, the temperature inspection failures were temperature control or temperature alarm related. ECRI later doubted the validity of its alarm testing protocols.

- On May 26, 2004, Robert Maliff sent an email to Katrina Kruhm, which stated in part: "The Appendix C – Incubator Temperature Test Summary sent with the draft has the actual testing results. Some of these were wrongly marked as passing or failing by Lou [Schonder – ECRI] or the engineers on the cover forms, and Lou, during his review of the completed forms, had made the corrections before the submittal of our draft report. Appendices B and C represent the true test results after reviewing the original data."

- The e-mail went on to state: "2. In terms of sound testing, we have concerns about the accuracy of the results as Lou had to correct several of the engineers while they were performing the sound test. Although failures were noted, with many results indicating sound levels above 70dBs, we are concerned with the the [sic] reliability and reproducibility of the results." (See Exhibit 9 attached to this Appendix.)

ICS and Preemicare responded via e-mail on June 12, 2004, stating that an inappropriate test protocol had been used and that the incubators needed to be recalibrated because they were in an uncontrolled environment (38 - 40 C) for almost one year and there were missing spare parts as a result of misuse by the MOHP facilities. See Exhibit 10 attached to this Appendix.

**G. Following the ECRI Report, in September 2004, the parties agreed upon a Plan of Action for servicing, retrofitting and recertifying the incubators in accordance with ECRI's guidelines and international testing protocols.**

Following the ECRI Report, at a meeting held in Cairo, Egypt on September 29, 2004, the MOHP, USAID, Preemicare, ICS and JSI agreed upon a Plan of Action for returning the

incubators to service. See Exhibit 11 attached to this Appendix. The Plan of Action devised a process that was meant to wean out incubators, if any, which did not meet international testing standards. In furtherance of this Plan in October 2004, ICS undertook repairs and modifications first on two incubators per the agreed upon Plan of Action. The remaining incubators were to be repaired, retested and certified according to ECRI's test protocol, per the agreed upon Plan of Action. In addition, ICS had agreed to extend the warranty for an additional nine (9) months.

In October 2004, Arj-Med, a Nile Medical International representative in Egypt, evaluated the circuitry functions of the Preemicare incubators to ensure their efficient maintenance. Arj-Med confirmed on about October 27, 2004, that they could repair, maintain and guarantee the safe operation of the incubators. Arj-Med also noted that incubators needed to be recalibrated and could then be returned to service. JSI informed USAID via e-mail of Arj-Med's assessment. Thereafter, ICS completed repairs and modifications of the incubators, and they were tested by the MOHP and JSI engineers (who were trained to conduct the testing protocol by ECRI). The incubators were in the process of being recertified for use.

**H. By December 2004, the MOHP, who had requested ECRI in the first place, was satisfied with the results of service, retrofitting and recertification.**

On December 15, 2004, the MOHP vis-à-vis Dr. Esmat Mansour, Head of IHC & Nursing Sector, HM/HC Executive Director, notified USAID in writing that the MOHP was satisfied with the resolution of the issues related to the Preemicare incubators and the HM/HC was in the process of receiving, testing and distributing incubators to various hospitals in accordance with an agreement reached at the meeting on September 29, 2004. Dr. Mansour thanked JSI and USAID for their cooperation and their actions to maximize the use of incubators for the benefit of the project. See Exhibit 12 attached to this Appendix.

Notwithstanding (1) the agreed upon Plan of Action, (2) the MOHP's interest in receiving and distributing the incubators, and (3) the ongoing cooperation of JSI, MOHP, USAID and ICS

to resolve the incubator issues, USAID withdrew from the circle of cooperation, and thereafter abandoned and disavowed the agreed upon Plan of Action. USAID refused to allow the testing and recertification process to be completed and the Preeimcare incubators to be returned to service, and USAID demanded possession of the incubators.

/s/

Daniel A. Ball
Ball Law Offices, P.C.
4416 East West Highway, Suite 400
Bethesda, Maryland 20814-4568
Direct: (301) 634-3147
Fax: (301) 215-9297
E-Mail: dball@dablaw.com

Dated: August 31, 2007

Counsel for Plaintiff John Snow, Inc.

# EXHIBIT 1

*Once a range of grant topics have been agreed upon, a series of grant workshops will be organized so that NGOs will have skills required to prepare grant proposals, receive and administer grant monies, and monitor and report on grant activities. Grants will be provided to NGOs through this activity, and the Contractor will work with district level NGOs and the MOHP to increase the flow of public health information to local NGO grant recipients.*

*v. Monitoring Plan and Completion Indicators*

*Completion indicators to measure achievements by activity:*

- *100 PVOs receiving small grants*
- *staff from 100 PVOs trained in business practices and small grants management*

Performance targets: Award approximately 120 small grants to NGOs not to exceed $2 million in the target districts.

| End of | Cumulative Total |
|---|---|
| Year 1: | 20 grants |
| Year 2: | 50 grants |
| Year 3: | 80 grants |
| Year 4: | 100 grants |

C.8.2. TASK ELEVEN: Commodity Procurement Program

The Contractor shall undertake commodity needs assessments, shall prepare semi-annual procurement plans and shall undertake all commodity procurement (estimated at $6,000,000 in the base period and $6,000,000 in the option period) necessary to achieve the results under this contract. Equipment will include, inter alia, vehicles, clinical, medical, office, IEC and computing equipment to support activities with the MOHP and MOI at the central, governorate and district levels and to meet community and NGO needs. The Contractor shall submit semi-annual procurement plans to the Contracting Officer for approval and semi-annual reports on the status of procurements to the COTR.

The Contractor's strategy for implementing this task is as follows:

*i. Task Definition & Issues*

*The HM/HC Project will require a variety of permanent and expendable equipment and supplies ranging from MCH commodities to training supplies to office supplies to building rehabilitation materials. Many of these items will need to be procured off-shore. Most importantly, the Contractor is sensitive to the extreme importance of having the right materials available in the right place at the right time. Poor procurement processes can doom a project to unmet deadlines, unmet commitments and shattered credibility.*

*The Contractor is fully aware of the multitude of potential pitfalls embedded in procurement activities. Even when every appropriate step has been judiciously executed, unforseen and uncontrollable events may disrupt production, shipping and delivery schedules. Too often, equipment and supplies procured by foreign donors are not properly maintained. Staff who are intended to use them are not fully trained in their proper purpose, operation and maintenance.*

# EXHIBIT 2

# PREEMICARE INDUSTRIES, INC.

## REPORT ON

Preemicare Incubators Model 605
Delivered under
Purchase Order # IFB 2623-0242-0101-8

January 7, 2003

# Table of Contents

INTRODUCTION .......... 3

FACT FINDING & TRAINING .......... 4

DETAILED TABLE OF PROBLEMS ENCOUNTERED, INCLUDING PROBABLE CAUSE & COMMENTS .......... 7

NOTE ON OVERHEATING: .......... 9

SUMMARY OF SPECIFIC CONCLUSIONS .......... 11

RECOMMENDATIONS .......... 12

APPENDIX 1 - Description of our Testing Protocol .......... 14

APPENDIX 2 – Sample of a Test Sheet .......... 15

APPENDIX 3 - Proposed Minutes of Meeting .......... 16

APPENDIX 4 - Comments on Proposed Minutes of Meeting of 12/12/02 .......... 18

## INTRODUCTION

Preemicare Industries Inc. manufactured and supplied, through IFB 2623-0242-0101-8, awarded in June of 2001, (and as subsequently amended,) a total of 119 Preemicare model no. 605 neo-natal incubators to ICS Inc., based in McLean, Virginia. ICS acted as the Supplier to John Snow Inc. for supply of this and other equipment under the above referenced IFB, to the U.S. Agency for International Development. These units were shipped to Egypt as part of the ongoing Healthy Mother/Healthy Child Program in place. The order was comprised of 32 Intensive Care units and 87 Normal Care units.

Preemicare's distributor in Egypt is Hi-Med, whose place of business is 41 Montaza St., Heliopolis Cairo, Egypt. Hany El Shafei, the owner of this enterprise, has many years of experience servicing a large number of Preemicare model 205 & 305 incubators currently in service in Egypt.

Some time after the delivery and installation of this order of incubators the manufacturer Preemicare, was advised by Hi-Med of a variety of miscellaneous problems related to the operation of some of the units. Initially efforts were made to "troubleshoot" the problems through the local agent. However this proved problematic as there was not an adequate inventory of spare parts on hand, and importation of all parts ordered on an "as needed" basis involved lengthy delays related to importation procedures into Egypt. Additional difficulties were encountered as the model 605 includes a number of sophisticated nuances not included in earlier product models, and for which Hi-Med required additional training.

The problems being described at various locations in Egypt were not consistent with our experiences with this product in other markets, and were not consistent with the testing each individual unit receives at the factory prior to shipment. (see Appendix 1)

In response to concerns related to delays in returning out-of-service units into service Preemicare elected to send Eng. Randa Rihana to Egypt with the following brief:

- To carry with her a specialized testing fixture unique to the model 605, and to train Hi-Med technicians in the use of this testing fixture
- To carry with her miscellaneous small parts to expedite the repair cycle of several units
- To train Hi-Med technicians in the nuances of the Model 605 that were distinct from the earlier models – and teach trouble shooting techniques
- To get a first-hand view and clear understanding of the environment within which the units were operating
- To make recommendations for any modifications she felt may be necessary to the installation procedure, operating procedure and servicing procedure as it relates to the Model 605.

Eng. Rihana is the Preemicare electrical engineer most intimately familiar with the functions of the electronic controls and circuitry and software on the Model 605 and has a thorough working knowledge of the entire manufacturing process of the Model 605. Ms. Rihana speaks several languages, including Arabic, fluently.

The body of this report is based on Ms. Rihana's visit to Egypt from December 08 thru December 16. The Hospitals visited were identified by JSI/TCA as having reported difficulties with some units.

**FACT FINDING & TRAINING**

12/09 – Arrived in Egypt

**12/10**
Met with local agent, Hany El Shafei of Hi-Med together with Hi-Med technicians.
Discussed reported problems that seemed common between various facilities.
Visited a local hospital to become familiar with local practices. This facility was equipped with 9 ( Model 605 units which were placed in service by Hi-Med in the Spring of 2002. (These units we purchased privately by the hospital, and were not supplied by US AID.)
Conducted troubleshooting training with Hi-Med technicians/

**12/11**
Visited El Fayaoum General Hospital, inspected 2 Incubators on site, and made the followin observations as itemized by serial number:

- S/N: 8798118 I: Out of Service – no display on LCD
- S/N: 9098075 I: Out of Service – no display on LCD

Observation: On removal each LCD display showed evidence of a chalk-like liquid residue o internal electronic components.
Action Taken: Each unit was field-tested using a test LCD / Display – and each unit functione properly. LCD displays were removed from each unit for subsequent replacement by Hi-Med.

Visited Sannoures Hospital – Hi-Med installed 3 units, bearing serial numbers as follows, an conducted a brief training for the Doctor on site.

- S/N: 9098001 I
- S/N: 9098002 I
- S/N: 9098003 I

Observation: The physician present displayed polite interest in the training, but her time availabl was constrained by other pending duties. No members of the nursing staff or housekeeping/cleanin staff were made available for the training.
Action Taken: None

Visited BaneSweif General Hospital, inspected 7 Units, and made the following observations a itemized by serial number:

- S/N: 9098072 I: In Service - Working OK- Air Sensor loose (secured on site)
- S/N: 9098092 I: In Service - Working OK
- S/N: 8798098 I: In Service - Working OK
- S/N: 8798109 I: In Service - Working OK
- S/N: 9098093 I: In Service - Working OK
- S/N: 9098070 I: Out of Service – no display on LCD
- S/N: 8798106 I: Out of Service – no display on LCD

Observation: On removal each LCD display showed evidence of a chalk-like liquid residue on internal electronic components.
Action Taken: Each out-of-service unit was field-tested using a test LCD / Display – and each unit functioned properly. LCD displays were removed from each unit for subsequent replacement by Hi-Med.

**12/12**

Meeting with John Snow Inc –
Referenced separately:

- Proposed Minutes of Meeting– Appendix 3
- Comments on Proposed Minutes of Meeting of 12/12/02- Appendix 4

**12/13**
Visited Samallout Hospital, inspected 4 incubators, and made the following observations as itemized by serial number:

- Unit with S/N: 9098025 I: In Service - Working OK
- Unit with S/N: 9098030 I: Out of Service
- Unit with S/N: 9098031 I: Out of Service
- Unit with S/N: 9098029 I: In Service - Working OK

Observations: Both out-of-service units were not receiving power. Inspection disclosed that each unit contained two spent fuses.
Action Taken: The control boxes were removed to Hi-Med's facility for further testing. Additional testing disclosed that the EMI filters were also damaged. Filters and fuses were replaced and the units were tested and left with Hi-Med, ready for return to service.

Visited El Menya General Hospital, inspected 3 incubators, and made the following observations as itemized by serial number:

- S/N: 9098039 I: In Service - Working OK
- S/N: 9098040 I: In Service - Working OK
- S/N: 9098042 I: Out of Service.

Observations: The out-of-service unit showed markings consistent with extreme heat concentrated under the mattress tray local to the air heater. The Air Flow Sensor was damaged and the Air Scroll was deformed. Additional miscellaneous damage was noted.
Action Taken: Unit was permanently removed from service- The Control Box was removed to Hi-Med facilities for further testing. Additional testing showed Control Box working OK. Unit was left for Burn-in at Hi-Med facilities – Please see the NOTE on OVERHEATING - Page 9.

Visited Mallawi Hospital, inspected 4 incubators, and made the following observations as itemized by serial number:

- S/N: 9098043 I: In Service - Working OK
- S/N: 9098047 I: In Service - Working OK- but LCD contrast not working full range & Air Sensor loosened
- S/N: 9098041 I: In Service - Working OK
- S/N: 9098046 I: In Service - Working OK

Observations: Damage to unit S/N: 9098047 I is consistent with rough handling. Access roads to this location were extremely rough, and automotive travel even at very low speeds resulted in ongoing multiple jarring shocks.
Action Taken: Potentiometer replaced to restore full working range to LCD on unit S/N: 9098047 I. Sensor Housing was completely replaced.

**12/14**

Visited Kawsia Hospital, inspected 1 incubator, and made the following observations as itemized by serial number:

- S/N: 9098026I : Out of Service – Display on LCD was giving reading for display board failure.

Observation: On removal the LCD display showed evidence of a chalk-like liquid residue on internal electronic components.
Action Taken: The out-of-service unit was field-tested using a test LCD display – and the unit functioned properly. LCD displays were replaced in the field, and the unit was returned to service.

Visited Al Iman Old Hospital, inspected 4 incubators, and made the following observations as itemized by serial number:

- S/N: 9098023I: Out of Service – no display on LCD
- S/N: 9098020I: Out of Service – no display on LCD
- S/N: 9098018I: In Service - Working OK
- S/N: 9098022I: In Service - Working OK

Observation: On removal each LCD display showed evidence of a chalk-like liquid residue on internal electronic components.
Action Taken: Each out-of-service unit was field-tested using a test LCD display – and each unit functioned properly. LCD displays were replaced in the field, and the units were returned to service.

Visited Al Iman New Hospital, inspected 5 incubators, and made the following observations as itemized by serial number:

- S/N: 9098011 I: In Service - Working OK
- S/N: 9098012 I: In Service - Working OK
- S/N: 9098014 I: In Service - Working OK
- S/N: 9098006 I: In Service - Working OK Water Level Sensor in Humidifier was erratic
- S/N: 9098014 I: Out of Service - Fan Scroll was rubbing on Tub material causing Air Flow Alarm to sound

Observations: Build up of minerals and other residue on the Water Level Sensor (unit S/N: 9098006 I) is consistent with the use of tap water in the humidifier. The Fan Scroll had been removed from the unit and improperly replaced.
Action Taken: The Fan Scroll was replaced on unit S/N: 9098014 I, and the unit was returned to service. Unit S/N: 9098006 I was left in service and a new Water Level Sensor was ordered.

## DETAILED TABLE OF PROBLEMS ENCOUNTERED, INCLUDING PROBABLE CAUSE & COMMENTS

| Units w/Problems | S/N | Problem Encountered | Probable Cause of Problem | Comments |
|---|---|---|---|---|
| El Fayoum General Hospital | 8798118 I | No Display on LCD | Chalk-like liquid residue present is consistent with cleaning agents in use. Chemical has migrated inside the front panel leaving residue on the circuitry, and leading to a failure of the Display processor board and LCD | Page 51. of the Operating Manual recommends the use of a type of cleanser which does not leave a residue. Additionally the cleaning should be accomplished by using a cloth dampened with the cleaning agent. Care should be taken to insure that the cleaning agent is not splashed indiscriminately over the area of the LCD display. |
| | 9098075 I | No Display on LCD | (same as above) | Same as above |
| BaneSweif General Hospital | 9098072 I | OK- Air Sensor loose | Sensor Housing is not being removed during the cleaning of the unit. This results in potential rough handling of the Air Sensor during the cleaning process, leading to a loosening of the Air Sensor. | Page 47, item # 6 requires the removal of the Sensor Housing (including Air Sensor) when cleaning the acrylic hood. Air Sensor is permanently fixed inside the Housing, and shouldn't be pulled out. A Label recommending not to hang objects on the sensor is also affixed in the Hood next to the housing. Please see Comments #1. |
| | 9098070 I | No Display on LCD | Chalk-like liquid residue present is consistent with cleaning agents in use. Chemical has migrated inside the front panel leaving residue on the circuitry, and leading to a failure of the Display processor board and LCD | |
| | | Motor drive shaft is sticking | Failure to remove the Motor Fan Scroll during the cleaning operation will cause residue to be trapped beneath the Fan Scroll leading to a build-up of hardened residue around the motor drive shaft. | Page 49 of the Operation Manual Fan requires that the Fan Scroll should be removed as shown during the cleaning operation. (Also see Comment # 1 – regarding recommended cleaning material.) |
| | 8798106 I | No Display on LCD | Chalk-like liquid residue present is consistent with cleaning agents in use. Chemical has migrated inside the front panel leaving residue on the circuitry, and leading to a failure of the Display processor board and LCD | Please see Comments # 1. |
| Samallout Hospital | 9098031 I | 2 Spent Fuses | This problem is consistent with a very high Electrical Surge, which has damaged the EMI filter, and blown the fuses protecting the circuit boards. | 4. Page 10 of the Operation Manual describes the Power Input as 220/240 Volts. Each unit is protected by a spike suppressor of 270V. A voltage higher than 270V will trigger the suppressor and cause the fuses to blow, preventing damage to the internal circuitry of the controls. |
| | 9098030 I | 2 Spent Fuses | Same as above | Please see Comment # 4. |

| Units w/ Problems | S/N | Problem Encountered | Probable Cause of Problem | Comments |
|---|---|---|---|---|
| El Menya General Hospital | 9098042 I | Heater Failure – Overheating causing removal of unit from service. | Failure is still under investigation. Controller was retrieved and checked at Hi-Med facilities, and all circuit board readings were correct. | Please see the <u>NOTE on OVERHEATING</u> below for further description- Page 9. |
| Mallawi Hospital | 9098047 I | LCD Contrast Not at full capacity | Resistance detected in the rotation of the LCD Contrast Potentiometer is consistent with foreign matter (such as sand or dirt) being trapped inside the control knob. | 5. Care should be taken to protect the units in the field from air-borne contaminants such as dirt or sand from migrating into the controls of the unit. |
| Kawsia Hospital | 9098026 I | No Display on LCD | Chalk-like liquid residue present is consistent with cleaning agents in use. Chemical has migrated inside the front panel leaving residue on the circuitry, and leading to a failure of the Display processor board and LCD | Please see comments # 1. |
| El Iman Old Hospital – Assiout | 9098023 I | No Display on LCD | Chalk-like liquid residue present is consistent with cleaning agents in use. Chemical has migrated inside the front panel leaving residue on the circuitry, and leading to a failure of the Display processor board and LCD | Please see comments # 1. |
| | 9098020 I | No Display on LCD | Chalk-like liquid residue present is consistent with cleaning agents in use. Chemical has migrated inside the front panel leaving residue on the circuitry, and leading to a failure of the Display processor board and LCD | Please see comments # 1. |
| El-Iman New Hospital | 9098006 I | Water Level Sensor Erratic | Use of tap water, containing minerals and other residue, in the Humidifier – shortening the life of the Water Level Sensor. | 6. Page 35 of the Operation Manual recommends Sterilized Water only for use in the Humidifier. |
| | 9098013 I | Air Flow Alarm | Fan Scroll was removed during cleaning and improperly re-installed. | 7. All Fan Scrolls on the units referenced in this report have been replaced by a modified design that incorporates a locking locator nut in the design – reducing the likelihood of improper re-installation. Hi-Med has sufficient parts inventory to replace the Fan Scrolls in the remainder of the US AID units. |

**NOTE ON OVERHEATING:**

Of all of the units visited the problem realized with this unit is the most significant; as it is the only instance where there is a risk to an infant. While the other problems are troublesome, they pose no risk to the patient. Consequently this event has been a primary focus of our review, and has contributed to the late delivery of this report.

There are several possible causes for overheating. Below is a table listing various possible causes, and also showing the safeguards built into the product design to prevent any such failure from putting a patient at risk. In each case a breakdown of multiple safeguards would be required in order to account for the damage associated with this equipment failure.

By way of explanation, the air in the incubator is warmed by an electrical heater located beneath the mattress deck. The operating temperature is determined by the programmed settings input by the operator, as described on Page 20 of the Operations Manual. The heater corrects the air temperature within the ranges permitted by the software as more specifically described on Page 10 of the Operation Manual. The heater is regulated, on & off as dictated by the settings, by two temperature sensors. The Main air temperature sensor is located in the Sensor Housing inside the acrylic hood, and the Back-up air temperature sensor is located below the mattress deck, in the return air passage. Any failure on the part of the Heater to maintain the set temperature is signaled either by a Hi-Temp or Low-Temp alarm. In the case of a Hi-Temp alarm power to the heater is discontinued. In the case of the measured temperature being at the upper maximum of the setting range of 39.9 C . an independent Hi-Temp Cut-off Potentiometer will discontinue the supply of power to the unit. Each alarm is both audible and visual.

| Possible Cause for Over-heating | Design prevention |
|---|---|
| Motor Failure - failing to circulate heated air – (from failure to run or failure to turn Fan Scroll) – resulting in Heater (Overheating) Failure | An Air Flow Sensor is located directly in the flow of air from the Fan Scroll. Any reduction (below a preset value) of the Air Flow coming from the motor will generate a visual and audible alarm (which cannot be silenced) and will cut the power to the heater. |
| Main Air Flow Sensor Failure – simultaneous with Motor Failure | This would trigger the Hi-Temp Alarm and ultimately cause the Hi-Temp Cut-off Potentiometer to discontinue the supply of power to the heater |
| General Software Failure resulting in Processor not cutting the power to the Heater | A Calibrated Hi-temperature Cut-Off Potentiometer is implemented. It works independently from the Microprocessor and cuts the heater (no matter what) when Measured Temperature from Air Sensor Hood reaches 39.9 Deg C. |
| Main Electronic Relays (TRIAC) commanded by the Processor fail. | There are 2 electronic relays. In addition a mechanical relay is implemented and is commanded by the High Temp Cut-off Potentiometer. |
| Mechanical relay failure due to extremely high temperature applied on it | Function of 2 electronic relays (TRIAC) are unrelated to the mechanical relay and are the primary relays controlling the heater. |

In spite of our best efforts to date we have been unable to recreate such a failure at our facility, but investigation is still under way. The fact that the unit had functioned properly for several weeks prior to the event and also the fact that the software and control panel in the damaged unit was afterward found to be functioning normally, seem to indicate that the problem is not related to control software.

This event could be accounted for if a foreign object made from a combustible fabric-like material became entangled around the Heater. Under this circumstance the motor would function normally – circulating air past the Air Flow Sensor and the Heater. In fact if a combustible fabric-like material was entangled around the Heater – restricting the circulation of heat inside the unit – the Air Temperature Sensors (Main & Back-up) would be instructing the processor board to provide a full supply of electricity to the Heater to make up for any shortfall as measured against the set temperature. Until combustion occurred there would be no overt change in temperature inside the unit. This is consistent with the attendant interviewed by Hi-Med, who indicated that no alarm sounded prior to the event. In the absence of compelling evidence pointing to any alternate cause, this possibility, however unlikely, must be considered. However we continue to self-examine all aspects of the mechanical hardware as well as the control software of the unit for any additional clues as to how such an event could occur.

## SUMMARY OF SPECIFIC CONCLUSIONS

1. Cleaning materials used are not as stipulated on Page 51 in the Operator's Manual. Significant quantities of chemical cleaning agents have migrated inside the Front Panel leaving residue on the circuitry, producing short-circuits on the Front Panel boards. This has lead to the failure of the LCD and Display processor board in various units.

2. The Fan Scroll has not been removed while cleaning some units as recommended on Page 49 of the Operator's Manual. This results in a buildup of residue from cleaning materials being trapped beneath the scroll and solidifying around the motor drive shaft, causing high torque on the motor. This might shorten the motor life and in some case disable it from turning freely.

3. When cleaning the acrylic hood, the Sensor Housing is not being removed as recommended on Page 47 of the Operation Manual. The Air Sensor is then subject to rough handling during the cleaning process and with time the connection may fail.

4. The AC Power in some Hospitals is not stable within acceptable limits. Our Units are protected against high spikes generated by huge play in the Power. A spike suppressor is used to protect the circuitry, but spikes higher that 270V will trigger the fuses, causing the units to go out-of-service.

5. The Motor Fan Scroll is sometimes loose on the motor drive shaft – either due to improper re-installation after cleaning, or due to a relaxation in the material of the scroll itself. This results in friction between the scroll and the tub base, causing noise and reducing the air flow. This condition will result in the air flow alarm sounding.

6. Operating Manual requests that Humidifier should be filled with Sterilized water. Using Tap water rich in minerals, salt and residue will shorten the life of the level sensor.

**RECOMMENDATIONS**

Cleaning Chemicals Currently In Use (as referenced in Items 1 & 2, above) - While the easy answer is to stipulate that the cleaning materials recommended by the Manufacturer be used – it is unlikely that this insistence will result in a change to the current cleaning protocol in place at the local hospitals. The Manufacturer recognizes that there is a distinct advantage to use a cleaning material that is locally available and apply it generically to all equipment, irrespective of Manufacturer's recommendations. Further it is unlikely that it will be possible to effectively retrain purchasing agents and cleaning staff, many of whom have limited skill sets. We must presume that the chemicals currently in use will continue in use, and that they will be liberally applied to the exterior surfaces of the units, irrespective of our instructions.

In consideration of this we recommend the following:

a) the installation of an impermeable sealant between the Front Display Panel and the body of the Tub – to prevent the continued migration of chemicals and residues onto the LCD processor boards, and
b) the installation of an impermeable elastomeric seal around motor drive-shaft, to prevent the build-up of solidified materials around the shaft to prevent added torque to the motor load.
c) Provide simple cleaning instructions in Arabic as a guide to hospital staff

Damage to Air Sensor (as referenced in Item 3 above) – Currently the removal of the Sensor Housing requires the removal of two screws. Apparently this has been a deterrent to hospital cleaning staff.

In consideration of this we recommend the following:

a) to refit the fasteners of the Sensor Housing so that it may be removed using two thumb-screw type connections, and
b) include removal instructions in Arabic, to accompany the above-referenced Arabic instructions

Surges in Electrical Energy Beyond Acceptable Limits (as referenced in Item 4 above) - This condition is expected to continue. This circumstance is beyond the control of the Manufacturer. This problem may be mitigated if the hospitals in question elect to install equipment necessary to condition the electricity to acceptable ranges. The interruption in service of the units affected by unacceptable electrical surges is brief, as the fuses are triggered and no substantial damage to the units is experienced.

Motor Fan Scroll Loosening (as referenced in Item 5 above) – This problem has been addressed by the Manufacturer. All units visited have been updated with a modified Fan Scroll using a locking locator nut. This will assist in reducing noise, assisting in insuring proper re-installation after cleaning and increasing the life of the fan scroll itself. The replacement parts to effect this modification are currently in Egypt, and many of the units have already been so corrected.

Use of Sterilized Water in Humidifiers (as referenced in Item 6 above) – Our preliminar investigation leads us to believe that the practice of using tap water will continue. We have come t understand that sterilized water is not readily available to the staff at some or perhaps many of th hospitals in question. The continued use of tap water will result in calcification and corrosion of th sensing element of the Level Sensor failing at an accelerated rate. We are currently experimentin with various other less corrosive conductive materials that may be suitable for this application. In th interim the Level Sensors will require replacement more frequently than originally contemplated.

Spare Parts

Initial steps have been taken to insure that adequate quantities of spare parts are inventoried with Hi Med in Egypt. Some items will be required in greater quantities than it was possible to forecas earlier - in order to compensate for damage done to the units - specifically the LCD displa components - that are not related to normal wear and tear. We estimate that within 60 days a ful inventory of components will be available locally

Appendix 1 – Description of our Testing Protocol

Appendix 2 - Sample of a Test Sheet

Appendix 3 – Proposed Minutes of John Snow Meeting

Appendix 4 - Comments on Proposed Minutes of Meeting of 12/12/02

## APPENDIX 1

### Description of our Testing Protocol

**Purpose:**
This appendix outlines the test steps taken to test and calibrate each Incubator Model 605 prior to shipment.

**Description:**
The Controller includes a maximum of 6 boards: Display Board, Processor Board, Power Supply board Mai
Power Supply board option, Humidity board and Oxygen Board.
The Sensor Housing includes 2 boards, 1 Air Sensor permanently fixed and one Humidity sensor (removabl
It also can receive a Skin Sensor and an Oxygen Sensor.
The Oxygen manifold is attached to the Pedestal.

**Notes:**
Each Unit has its own DHR (Device History Record) to ensure traceability. Data and readings from every st
described hereafter in the tests are recorded and kept in the DHR.

**Testing:**

- Sensor Housing testing:

Each Sensor Housing is tested individually.

- Boards Testing:

Each board is individually tested and calibrated. This test is designed to check the board and components response to various situations. Boards that fail to pass the test (values measured are not in the acceptable limi are rejected.

- Controller burn-in:

Once the boards have passed the tests, they are mounted in the Controller. Each controller will then go on the bench for a 48 hours burn-in period.
This test is designed to check for any component aging or failure in the normal working status. (48 hours is usually more than enough to detect any aging /failure of components).

- Temperature Accuracy Test

The controller will then go into its unit (Tub/Hood) for a Temperature Accuracy test.
This test is designed to compare Air temperature Reading from Air Sensor with various Air temp set points. A Calibrated Air temperature probe is also used in this test to compare readings.
This test usually needs 8 hours to be performed.

- Humidity test:

This test is designed to check the Humidity Servo in various conditions. It also checks and compares the Humidity Reading with the Humidity Set Points under various Air Set Temperature. A Calibrated digital Hygrometer is also used to compare results.
The unit is then left to work non-stop for 1 week in order to finish all tests.

- Oxygen test:

The O2 manifolds are calibrated individually. This test is designed to check the Oxygen Servo System and its reaction to various conditions. It also checks the O2 Concentration and how fast it reaches the set-value.
An independent calibrated O2 analyzer is used to compare readings.

# APPENDIX 2

## Sample of a Test Sheet

CONTROLLER SERIAL #: 8798115C PART#: ____ VOLTAGE: 220 VAC

| BURN –IN PROCEDURE: | | | | |
|---|---|---|---|---|
| | DATE | TIME | AIR DISPLAY | SKIN DIPLAY |
| BEGINNING | 2 8 02 | 4:30 pm | 36.0 | 36.0 |
| ENDING | 2 13 02 | 10:00 am | 36.0 | 36.0 |
| TOTAL HOURS: | | | BURN-IN LEVEL: 1 | |

| DOCUMENTATION AND VISUAL INSPECTION: | | | |
|---|---|---|---|
| A. | Disp. Serial #: 1-12 2101-021B | F. | FLOW SENSOR LOT#: 989702 |
| B. | MPU Serial#: 2-122101-021B | G. | SWITCH LOT#: 879805 |
| C. | Power S. Serial#: 3-010302-021B | H. | BATTERY LOT#: 879803 |
| D. | EPROM Disp. S/N: FInDispB -8998 | I. | SONALERT LOT#: 879804 |
| E. | EPROM Proc. S/N: FinCtlB - 8998 | | |
| | | | |
| | OPTIONS | | |
| J. | PCB, P.S. Serial #: 4-010302-021A | M. | PCB, Oxygen Serial#: 6-112801-033A |
| K. | PCB, Hum. Serial#: 5-122101-021A | N. | Oxygen MicroC. Serial#: 605 0002 -8996 |
| L. | Humidity MicroC. Serial#: 605-h015- 8998 | | |

| INCUBATOR TEMPERATURE ACCURACY TEST | | | | | | |
|---|---|---|---|---|---|---|
| A. | TEST POINT | 34.0 | DISPLAYED | 34.0 | ACTUAL | 34.2 |
| B. | TEST POINT | 36.0 | DISPLAYED | 36.0 | ACTUAL | 36.2 |
| C. | TEST POINT | 38.0 | DISPLAYED | 37.8 | ACTUAL | 37.9 |

| INCUBATOR HUMIDITY ACCURACY TEST | | | | | | |
|---|---|---|---|---|---|---|
| A. | TEST PT@ 34°C | RH%50 | DISPLAYED | 49% | ACTUAL | 49% |
| B. | TEST PT@ 36°C | RH%50 | DISPLAYED | 50% | ACTUAL | 49% |
| C. | TEST PT@ 38 C | RH%50 | DISPLAYED | 48% | ACTUAL | 48% |
| D. | TEST PT@ 38°C | RH%64 | DISPLAYED | 63% | ACTUAL | 64% |
| E. | TEST PT@ 38°C | RH%70 | DISPLAYED | 69% | ACTUAL | 69% |
| F. | TEST PT@ 38°C | RH%80 | DISPLAYED | 78% | ACTUAL | 80% |

| INCUBATOR OXYGEN ACCURACY TEST | | | | | | | TIME |
|---|---|---|---|---|---|---|---|
| A. | TEST POINT | 35% | DISPLAYED | 35% | ACTUAL | 35% | 2 min |
| B. | TEST POINT | 50% | DISPLAYED | 50% | ACTUAL | 50% | 2 min 18 sec |
| C. | TEST POINT | 65% | DISPLAYED | 65% | ACTUAL | 65% | 3 min 35 sec |

INCUBATOR SERIAL #: 8798115I PART#: ____ VOLTAGE: 220 VAC

INSPECTOR: DR DATE: 2 22 02

# APPENDIX 3

## Proposed Minutes of Meeting

Date : 12/10/2002

**Attendees:**
Ms. Katrina Kruhm, JSI
Dr. Lamia Mohsen, JSI
Mr. Sobhi Moharram, JSI
Dr. Ayman el Mohandes, JSI
Eng. Khaled Saber, JSI
Eng. Iman Radwan, JSI

Dr. Abdel Meguid Youness, ICS
Mr. Hazem Youness, ICS

Dr. Hany El Shafei, Hi Med Egypt

Ms. Randa Rihana, Preemicare Industries, Inc.

Mr. Yousri Aclimandos, TCA

**Location: JSI offices in Maadi.**

**Purpose:**
Address problems incurred during Hi-Med Egypt Co. installation and maintenance of infant incubators proc by TCA for JSI from ICS. Address additional issues related to warranty extension and spare part availability.

**Issues raised/discussed:**

1- Comments from Eng. Randa based on review of machines in Fayoum and Beni-Suef:
Majority of problems have been caused by improper cleaning methods. Control unit is being damaged becau e unit is being flooded. This may cause the display to go blank and for the alarms to go off unnecessarily. T otor/fan is also becoming blocked because of build-up.

2- Local agent (Hi-Med) confirmed that no training has been provided at the time of installation regarding proper cleaning methods.

3- Other complaints identified by JSI staff – these complaints are to be inspected by Eng Randa during her fie visits:
a- Sensor housing
b- Alarms
c- Air sensor
d- Oxygen hose

4- Eng Randa explained that she is adding sealant on the control modules of all incubators visited. She approv hat Eng Iman from JSI could add the sealant to the incubators she is visiting in Qena.

5- Next steps discussed:
a- Eng Randa would submit report to JSI by December 19, 2002 on observations and recommendations for solving problems.
b- Detailed instructions for proper cleaning procedures in Arabic needs to be developed and printed to accompany all incubators by Preemicare/Hi-Med.
c- Plan for putting the sealant on all Preemicare incubators needs to be finalized by Preemicare/Hi-Med.
d- Inspection/Installation of incubators currently in the JSI/TCA warehouse needs to be conducted by Hi-M to ensure that there are no additional out-of-box failures.
e- In-service/refresher training needs to be provided at all facilities. An initial training should be held by Hi-Med with JSI Neonatal Clinical Supervisors. A training plan should then be developed for each governorate

6- Warranty Issues:
a- JSI/TCA have requested an extended warranty to add the year of 2003 to the warranty.
b- JSI/TCA needs a letter from both Preemicare and Hi-Med that all problems have been solved and that spa parts will be available for warranty maintenance as required and will not require long delivery items.
c- The local agent should have available spare parts/disposables for MOHP procurement after the warranty p ie terms of the IFB.

7- Minutes:
a- The minutes from the last meeting have been delayed and need to be shared with all parties.

**Thank You.**
**K. Kruhm**

## APPENDIX 4

Comments on Proposed Minutes of Meeting of 12/12/02.

Item # 1 – No additional comments.

Item # 2 – Clarification - Local agent (Hi-Med) indicated, or intended to be understood, that frequently dur installation personnel responsible for the use of the equipment, and the cleaning and maintenance of equipment were engaged in their daily duties, and were not made available for training. This applies representatives of both medical as well as cleaning staff.

Item # 3 – Oxygen supply hose for intensive care units is not traditionally supplied with an incubator.

Item # 4 – Sealant is being added between the acrylic panel housing the LCD control display and the body the incubator to protect internal electronic components, in recognition of the local practice of flooding exterior of the unit with cleaning chemicals. It is important to note that the part of the incubator referenced outside of the chamber enclosing the patient.

Item # 5a – Eng. Rihana committed to submitting her report as soon as practicably possible. There wer number of items unknown to her at the time the scheduling of the report was discussed – including time resources available on her return required to conduct software investigations and availability of other memb of the Preemicare staff whose input she required – that prevented her from committing to a specific date.

Item # 5d – It is important to note that Eng. Rihana saw no evidence of "out-of-the-box" failures during visit. Most of the incubators visited were found to be in-service. Those that were out-of-service had b damaged, in the majority of cases, by migration of cleaning chemicals into the LCD display electro components.

Testing at the Preemicare facility is not done on a random sampling basis. Each incubator is placed in serv and operated for a minimum of 48 hours, under a range of temperature and humidity settings. The test proto on each individual unit is very stringent.

Additionally, once the units were shipped from the Preemicare facility and received by JSI/TCA in Virgi they were again inspected prior to acceptance.

Finally, all of the units visited had obviously been working prior to the damage caused by the flooding of cleaning chemicals having occurred.

Item # 6a – In response to the request by JSI/TCA for an extended warranty, Dr. Abdel Maguid Youness, I committed to providing JSI/TCA the requested extension.

Item # 7 - To date no minutes from any earlier meetings regarding this contract have been provided Preemicare.

# EXHIBIT 3

Ministry of Health & Population
Healthy Mother/Healthy Child Project
in Cooperation with USAID

وزارة الصحة والسكان
مشروع صحة الأم والطفل
لتعاون مع وكالة التنمية الدولية الأمريكية

July 2, 2003

Dr. Reginald F. Gipson M.D.
Chief of Party
John Snow, INC.

صادر ١٠٨٧
مشروع صحة الأم والطفل
تاريخ ٢٠٠٣/٧/٥ مرفقات

Dear Dr. Gipson,

Reference is made to the Premicare Incubators, purchased last year through TCA/JSI/offshore procurement and taken out of service by the end of January 2003. As per our agreement in the meeting held at JSI premises on July 1st 2003 in the presence of JSI/HMHCP/USAID/TCA representatives to :

- Collect all Premicare Incubators model 605 distributed in 2002 on neonatal care units.
- Perform the required fixation and maintenance in a central workshop in Cairo by certified engineers form Premicare.
- Premicare should also issue a certificate that the incubators are functioning safely and efficiently after retrofitting them as incubators are still in the warranty period.

Please take the necessary arrangements to prepare a suitable place for fixing the incubators and arrange their transportation from hospitals to this site in Cairo and back to hospitals after necessary maintenance is performed.

Thank you and best regards

Esmat

Dr. Esmat Mansour

HM/HC Project Executive Director
Undersecretary for Primary Health Care

| Ref. 3647 | |
|---|---|
| Action | Date |
| Info | |

c.c.: Dr. Nahed Matta HM/HCP Team Leader

مشروع صحة الأم والطفل
تاريخ / مرفقات

Tel. :5313011 - 5313761- 5313762 Fax:02-5313757
التليفون : ٥٣١٣٠١١ - ٥٣١٣٧٦١ - ٥٣١٣٧٦٢ فاكس : ٥٣١٣٧٥٧ - ٠٢

# Receiving Receipt

Governorate: **Assiut**
Hospital Name: **Kouseyah District Hospital**

I hereby **Mansour Mohamed Mahmoud Saadawy, ID number 2103032**, ICS representative, received one Preemicare incubator model number 605 as described:
1- Incubator number 909802611.

For the maintenance process provided that the incubator will be returned to the hospital as soon as the maintenance process is done as the incubator is still in the warranty.

This is a receipt from the company with the above mentioned subject.

Receiver:

Mansour Mohamed Mahmoud Saadawy

# Receiving Receipt

Governorate: **Fayoum**
Hospital Name: **Senouras**

I hereby **Ali Fathy Ali Hassan Nassar, ID number 61594 Fayoum,** ICS representative, received 3 Preemicare incubators model number 605 as described:

1. Incubator number 90980031.
2. Incubator number 90980021.
3. Incubator number 90980011.

For the maintenance process provided that the incubators will be returned to the hospital as soon as the maintenance process is done as the incubators are still in the warranty.

This is a receipt from the company with the above mentioned subject.

Receiver:

Ali Fathy Ali Hassan

# Receiving Receipt

Governorate: **Assiut**
Hospital Name: **Ob/Gyn Hospital**

I hereby **Mohamed Sayed Mohamed, ID number 50804**, ICS representative, received 4 Preemicare incubators model number 605 as described:

1. Incubator number 90980181.
2. Incubator number 90980201.
3. Incubator number 90980221.
4. Incubator number 90980231.

For the maintenance process provided that the incubators will be returned to the hospital as soon as the maintenance process is done as the incubators are still in the warranty.

This is a receipt from the company with the above mentioned subject.

Receiver:

Mohamed Sayed Mohamed

# Receiving Receipt

Governorate: **Menya**
Hospital Name: **Menya Hospital**

I hereby **Mohamed Sayed Mohamed, ID number 50804**, ICS representative, received 3 Preemicare incubators model number 605 as described:

1. Incubator number 9098039.
2. Incubator number 9697127.
3. Incubator number 9098040.

For the maintenance process provided that the incubators will be returned to the hospital as soon as the maintenance process is done as the incubators are still in the warranty.

This is a receipt from the company with the above mentioned subject.

Receiver:

Mohamed Sayed Mohamed

**Receiving Receipt**

Governorate: **Assiut**
Hospital Name: **Al Eman Al Gadeeda Hospital**

I hereby **Mohamed Sayed Mohamed, ID number 50804,** ICS representative, received 5 Preemicare incubators model number 605 as described:

1. Incubator number 90980121.
2. Incubator number 90980061.
3. Incubator number 90980141.
4. Incubator number 90980111.
5. Incubator number 90980131.

For the maintenance process provided that the incubators will be returned to the hospital as soon as the maintenance process is done as the incubators are still in the warranty.

This is a receipt from the company with the above mentioned subject.

Receiver:

Mohamed Sayed Mohamed

# JOHN SNOW, INC.
## Healthy Mother/ Healthy Child Results Package

June 28, 2004

Dr. Esmat Mansour
IHC Undersecretary
HM/HC Executive Director
Cairo, Egypt

Dear Dr. Mansour,

Thank you for your letter dated 9 June 2004 informing me to take the necessary actions to return the incubators to ICS. I am pleased to inform you that the incubators have already been officially returned to ICS's as per your letter dated 16 July 2003 (see attached) and as per ICS letter (see attached) acknowledging official receipt of the incubators for repairs under the warranty. ICS also stated in this letter that they would return the incubators to the MOHP once they have been repaired.

I have sent ICS a copy of this letter and requested that they inform us of their plan to comply with their responsibility to repair and return the incubators to the MOHP in 100% acceptable working condition.

I will inform you as soon as I receive a response from ICS.

Thank you for your continued cooperation.

Sincerely,

Reginald F. Gipson, M.D.
Chief of Party

cc: Dr. Nahed Matta, HM/HC Team Leader
Mr. Fawaz Arafat, ICS President

Ref: 4093
RG/gi

# EXHIBIT 4

**ICS EGYPT**

---

**From:** Katrina Kruhm [KKruhm@jsiegypt.com]
**Sent:** 14 August, 2003 04:46 PM
**To:** 'ICS EGYPT'
**Cc:** Reginald Gipson; Sobhi Moharram; 'tca@gega.net'
**Subject:** RE: Preemicare

Dear Mr. Younes,

Thank you for your e-mail. As discussed on the phone, we would like to receive a final copy of the modification program proposal #2 on Sunday. This should include all modifications that have been conducted during the retrofit process including the five additional ones discussed below and any others. It would also be helpful if the document describing the software modifications could also be available on Sunday.

In regards to the recommended spare parts list, we hope to receive this list as soon as possible. It would also be helpful to receive a list of any recommended consumerables with recommended quantities.

As discussed the meeting is confirmed for Sunday, August 17 at 1:00pm. We hope that representatives from ICS, Hi-Med, and PreemiCare will be at the meeting. We have also informed TCA, USAID, and the MOHP of the meeting. During the meeting, we would like to ensure that the following issues are discussed:

1- Presentation of Modification Summary #2 with discussion on all retrofits completed, including a discussion on modifications made to the software
2- Discussion of testing protocol conducted on incubators after the completion of the retrofits
3- Hand-over of certificates stating that each incubator (by serial #) has been retrofitted and tested and are safe and ready for use.
4- Submission of proposal for current warranty and possible extended warranty; Acknowledgement of when JSI should receive the recommended spare parts and consumables list; Acknowledgement from the local representative that they will be providing the warranty servicing and that necessary spare parts are currently available in Egypt.
5- Discussion of any future testing requirements and the return of the incubators to the facilities.

A pre-meeting is also confirmed for 11:30.

We also appreciate your help in ensuring that the simulator testing equipment remain in country for a period in case any additional testing is required.

We also acknowledge receipt of the revised service manual.

If you have any further questions, please do not hesitate to contact me.

Sincerely,

Katrina Kruhm

-----Original Message-----
**From:** ICS EGYPT [mailto:icsegypt@link.net]
**Sent:** Thursday, August 14, 2003 11:19 AM
**To:** 'Katrina Kruhm'
**Subject:** RE: Preemicare

Dear Katrina

I have checked again with Randa regarding the points mentioned in your email. Following is her response:

*1- Replacing resistor and adding diode to the power supply board to improve the control of the heater*
*2- Adding diode to the humidity board*

Those parts were not mentioned as a separate item as they were added to accommodate the upgrade of the software.

Dear Mr. Younes,

Thank you for your e-mail. Based on the items listed, please find the revised version of the "Preemicare Incubator Modification Program Proposal #2" in the original format which is required. Please note that our engineers were concerned that the following items were not mentioned in the summary:

1. Replacing resistor and adding diode to the power supply board to improve the control of the heater
2. Adding diode to the humidity board
3. Replacing the K1 relay in some of the power supply boards.
4. Add tray with barriers
5. Install permanent, sterilizable gasket

Please review and revise as appropriate to ensure that all modifications are documented and then send to us in the final revised format asap.

In terms of your other questions, please confirm the following:

6- Fan scrolls: Have all of the fan scrolls been replaced as noted in modification #4. If so, will any of the final retrofitted incubators have broken or old scrolls?

7- Spare parts: As requested before we would like to have a list of recommended spare parts and prices for these incubators as soon as possible.

8- Gaskets: When doe she expect that these gaskets will arrive?

9- Service Manual: We look forward to receiving the revised service manual.

10- Software: Please have Randa write up a brief summary of the changes in the software between the original version and version E. Can she also confirm if this is the most recent version developed or if additional versions are currently on the market? If there are newer versions, what are the differences?

Additionally, our engineers have been informed that there is one missing LCD panel for the Beni-Suef incubator. Our understanding is that this panel was to be replaced by Hi-Med after a visit by Randa. Do you know the status of this panel?

We appreciate your follow-up on these issues. In addition, please confirm if the completion date for the incubator modifications is still August 17, 2003 and the date for the proposed meeting.

Thank you for your attention.

Sincerely,

Katrina Kruhm

-----Original Message-----
**From:** ICS EGYPT [mailto:icsegypt@link.net]
**Sent:** Tuesday, August 12, 2003 9:55 PM
**To:** kkruhm@jsiegypt.com
**Subject:** Preemicare
**Importance:** High

Dear Katrina:

With reference to our telephone conversation this afternoon, please note that I have checked with Randa from Preemicare on the status of the retrofit activities. Following please find the list of activities being performed:

1. Install a permanently fixed radius to the incubator body above the control display panel. Status; completed.

2. Install thumbscrew fasteners between sensor housing modules and hood. Status: Being Completed.

3. Install threaded collar and locking nut over temperature sensor probes on sensor housing modules. Status: Being Completed.

4. Install a modified fan scroll with locking locator nut. Status: Being completed.

5. A skirt was installed around the shaft of all fan motors as discussed in the meeting during Randa's last visit. Status: being completed.

6. Simple Arabic instructions regarding cleaning and operation was provided.

7. Replace some LCD panels &/or LCD circuit boards. Status: being completed.

8. Replace some Fan motors. Status: being completed.

9. The software is being upgraded to the new release of Version "E"

As a result of Randa's last visit to all sites following additional actions are being done:

1. Change the humidifier "Level-Sensor" to a sensor that will accommodate any accidental use of non-distilled water in the humidifier. A humidifier level label and locking mechanism is also added.

2. The "Air Inlet Tube" was shortened in length and silicon was added around the inlet gommet to prevent any accidental water leakage to the control box.

3. The dust-proof "Air Flow" sensors were upgraded and replaced by dust and water-proof sensors to ensure its operation in case of any accidental water flooding.

On the other hand, here are the remaining points you mentioned during our conversation:

A: Fan scroll: Randa noticed that some of the fan scrolls came from some sites broken. Although this will not prevent the fan scroll to do the job it was designed for, Randa recommends that you include some extra fan scrolls with your list of spare parts.

B: Gasket: Randa advised that you asked for another type of gaskets to be supplied and that she already placed the order when she was in the USA. You will be receiving those gaskets as soon as they arrive to Preemicare premises. Meanwhile, Randa confirms that this matter will not affect the testing of the retrofit nor the efficiency of the incubator and it is not part of the original award but it was rather a complimentary and voluntarily step from Preemicare to express their good will to both JSI and the MOHP.

C: Service Manual: We received the latest copy of the manual from Randa and we will be sending it tomorrow to your offices.

D: Soft Ware: as mentioned above, Randa has upgraded the software with the latest version which is "E" version.

With best regards

# EXHIBIT 5

# RETROFIT CHECK SHEET

PREEMICARE

HOSPITAL: Vega INCUBATOR S/N: 0392096 E

| RETROFIT HOOD | | | |
|---|---|---|---|
| ✓ | Hood Air Sensor changed | Thumb Screws added | ✓ |
| ✓ | PCA, Hood Sensor Box reworked, 2pin headers (qty 2) added, 2pin housing added. | | |

| RETROFIT CONTROLLER – S/N: 8290096C | | | |
|---|---|---|---|
| | | S/N of new PCA if replaced | |
| | Processor PCA S/N: 2-122121-0028 | | |
| | Power Supply PCA S/N: 3-122122-0028 | | |
| | Power Supply option PCA S/N: 4-122122-0028 | | |
| | Humidity PCA S/N: 5-12210-0028 | | |
| | Oxygen PCA S/N: | | |
| ✓ | Software FinCtl E added | R20 on PS changed to 130 ohm | ✓ |
| ✓ | Diodes added on both Relays | Relay on PS replaced? | NO |

| RETROFIT TUB | | | | | |
|---|---|---|---|---|---|
| ✓ | 3 Pos In-Line Connector added to Air Flow Sensor | Motor Reworked | | Changed? | ✓ |
| | Air Flow Tested - Lot# | In-Line 3 Pin Connector added on Motor | | | ✓ |

| RETROFIT FRONT PANEL | | | |
|---|---|---|---|
| ✓ | Front Panel Ring added | LCD replaced? | NO |
| ✓ | Display replaced? | Display PCA S/N: 1-12213-0029 | |

| RETROFIT HUMIDIFIER | | | |
|---|---|---|---|
| ✓ | Holder, Humidifier Added | Added in-Line 2 pin connect to Level sensor | ✓ |
| ✓ | Humidifier Level Sensor changed to new one -SS rods | Humidifier Water label added | ✓ |

## FUNCTIONAL TEST

| SIMULATOR | | | INCUBATOR | | | | *RESULTS* | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| AIR | SKIN | AIR FLOW | AIR DISPLAY | SKIN DISPLAY | ALARMS | HEATER | AIR | SKIN | ALARM | HTR |
| SHORT | DISC. | OFF | BLANK. | BLANK | AIR SHORT | OFF | ✓ | ✓ | ✓ | ✓ |
| OPEN | DISC. | OFF | BLANK | BLANK | AIR OPEN | OFF | ✓ | ✓ | ✓ | ✓ |
| 25°C | DISC. | OFF | 24.9 – 25.1 | BLANK | LOW AIR TEMP | FULL | 25.0 | ✓ | ✓ | ✓ |
| 36°C | DISC. | OFF | 35.9 – 36.1 | BLANK | HI AIR TEMP | OFF | 36.1 | ✓ | ✓ | ✓ |
| 40°C | DISC. | OFF | 39.9 – 40.1 | BLANK | HI AIR TEMP | OFF | 39.9 | ✓ | ✓ | ✓ |
| 34°C | SHORT | OFF | 33.9 – 34.1 | BLANK | SKIN SHORT | ON-OFF | ✓ | ✓ | ✓ | ✓ |
| 34°C | OPEN | OFF | 33.9 – 34.1 | BLANK | SKIN OPEN | ON-OFF | ✓ | ✓ | ✓ | ✓ |
| 34°C | 25°C | OFF | 33.9 – 34.1 | 24.9 – 25.1 | SKIN LO ALARM | ON-OFF | ✓ | 25.0 | ✓ | ✓ |
| 34°C | 36°C | OFF | 33.9 – 34.1 | 35.9 – 36.1 | NONE | ON-OFF | ✓ | 36.0 | ✓ | ✓ |
| 34°C | 40°C | OFF | 33.9 – 34.1 | 39.9 – 40.1 | SKIN HI ALARM | ON-OFF | ✓ | 40.0 | ✓ | ✓ |
| 34°C | 36°C | ON | BLANK | BLANK | *AIR FLOW | OFF | ✓ | ✓ | ✓ | ✓ |
| 34°C | 36°C | OFF | 33.9 – 34.1 | 35.9 – 36.1 | NONE | ON-OFF | ✓ | ✓ | ✓ | ✓ |

DATE: June 11, 2003 BY: [illegible]

ICS - 0238

# RETROFIT CHECK SHEET

PREEMICARE

HOSPITAL: Raleigh INCUBATOR S/N: 8795C97 I

| RETROFIT HOOD | | | |
|---|---|---|---|
| Hood Air Sensor changed | | Thumb Screws added | — |
| PCA, Hood Sensor Box reworked, 2pin headers (qty 2) added, 2pin housing added. | | | |

| RETROFIT CONTROLLER – S/N: | | |
|---|---|---|
| | S/N of new PCA if replaced | |
| Processor PCA S/N: 2 12C101 – C68 | | |
| Power Supply PCA S/N: 3 01C3C02C61 | | |
| Power Supply option PCA S/N: 4 01C502 C61 | | |
| Humidity PCA S/N: 5 12 C101 C07 4 | | |
| Oxygen PCA S/N: | | |
| Software FinCtl E added | R20 on PS changed to 130 ohm | — |
| Diodes added on both Relays | Relay on PS replaced? | NO |

| RETROFIT TUB | | | |
|---|---|---|---|
| 3 Pos In-Line Connector added to Air Flow Sensor | Motor Reworked | Changed? | — |
| Air Flow Tested - Lot# 9,96 00 | In-Line 3 Pin Connector added on Motor | | — |

| RETROFIT FRONT PANEL | | |
|---|---|---|
| Front Panel Ring added | LCD replaced? | NO |
| Display replaced? | Display PCA S/N: 1 12C101 – C06 | |

| RETROFIT HUMIDIFIER | | |
|---|---|---|
| Holder, Humidifier Added | Added in-Line 2 pin connect to Level sensor | — |
| Humidifier Level Sensor changed to new one -SS rods | Humidifier Water label added | — |

FUNCTIONAL TEST

| SIMULATOR | | | INCUBATOR | | | | RESULTS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| AIR | SKIN | AIR FLOW | AIR DISPLAY | SKIN DISPLAY | ALARMS | HEATER | AIR | SKIN | ALARM | HTR |
| SHORT | DISC. | OFF | BLANK | BLANK | AIR SHORT | OFF | — | — | — | — |
| OPEN | DISC. | OFF | BLANK | BLANK | AIR OPEN | OFF | — | — | — | — |
| 25°C | DISC. | OFF | 24.9 – 25.1 | BLANK | LOW AIR TEMP | FULL | 24.9 | — | — | — |
| 36°C | DISC. | OFF | 35.9 – 36.1 | BLANK | HI AIR TEMP | OFF | 35.9 | — | — | — |
| 40°C | DISC. | OFF | 39.9 – 40.1 | BLANK | HI AIR TEMP | OFF | 39.9 | — | — | — |
| 34°C | SHORT | OFF | 33.9 – 34.1 | BLANK | SKIN SHORT | ON-OFF | — | — | — | — |
| 34°C | OPEN | OFF | 33.9 – 34.1 | BLANK | SKIN OPEN | ON-OFF | — | — | — | — |
| 34°C | 25°C | OFF | 33.9 – 34.1 | 24.9 – 25.1 | SKIN LO ALARM | ON-OFF | — | 25.0 | — | — |
| 34°C | 36°C | OFF | 33.9 – 34.1 | 35.9 – 36.1 | NONE | ON-OFF | — | 35.9 | — | — |
| 34°C | 40°C | OFF | 33.9 – 34.1 | 39.9 – 40.1 | SKIN HI ALARM | ON-OFF | — | [illegible] | | |
| 34°C | 36°C | ON | BLANK | BLANK | AIR FLOW | OFF | — | — | — | — |
| 34°C | 36°C | OFF | 33.9 – 34.1 | 35.9 – 36.1 | NONE | ON-OFF | — | — | — | — |

DATE: June 10, 2003 BY: ER

# RETROFIT CHECK SHEET

PREEMICARE

HOSPITAL: Lmar GH INCUBATOR S/N: 99980135

| RETROFIT HOOD | | | |
|---|---|---|---|
| | Hood Air Sensor changed | Thumb Screws added | – |
| ✓ | PCA, Hood Sensor Box reworked, 2pin headers (qty 2) added, 2pin housing added. | | |

| RETROFIT CONTROLLER – S/N: | | | |
|---|---|---|---|
| | | S/N of new PCA if replaced | |
| | Processor PCA S/N: 2-101201-014B | | |
| | Power Supply PCA S/N: 3-10125x-014 3 | | |
| | Power Supply option PCA S/N: 4-101201-014A | | |
| | Humidity PCA S/N: 5-101201-014A | | |
| | Oxygen PCA S/N: | | |
| ✓ | Software FinCtl E added | R20 on PS changed to 130 ohm | ✓ |
| – | Diodes added on both Relays | Relay on PS replaced? | Yes |

| RETROFIT TUB | | | |
|---|---|---|---|
| ✓ | 3 Pos In-Line Connector added to Air Flow Sensor | Motor Reworked / Changed? | – |
| ✓ | Air Flow Tested - Lot# 95% .50 | In-Line 3 Pin Connector added on Motor | |

| RETROFIT FRONT PANEL | | | |
|---|---|---|---|
| | Front Panel Ring added | LCD replaced? | NO |
| No | Display replaced? | Display PCA S/N: 1-101201-015B | |

| RETROFIT HUMIDIFIER | | | |
|---|---|---|---|
| ✓ | Holder, Humidifier Added | Added in-Line 2 pin connect to Level sensor | – |
| ✓ | Humidifier Level Sensor changed to new one -SS rods | Humidifier Water label added | – |

## FUNCTIONAL TEST

| SIMULATOR | | | INCUBATOR | | | | RESULTS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| AIR | SKIN | AIR FLOW | AIR DISPLAY | SKIN DISPLAY | ALARMS | HEATER | AIR | SKIN | ALARM | HTR |
| SHORT | DISC. | OFF | BLANK. | BLANK | AIR SHORT | OFF | | | | – |
| OPEN | DISC. | OFF | BLANK | BLANK | AIR OPEN | OFF | – | – | – | – |
| 25°C | DISC. | OFF | 24.9 – 25.1 | BLANK | LOW AIR TEMP | FULL | 24.9 | – | – | |
| 36°C | DISC. | OFF | 35.9 – 36.1 | BLANK | HI AIR TEMP | OFF | 36.0 | | – | – |
| 40°C | DISC. | OFF | 39.9 – 40.1 | BLANK | HI AIR TEMP | OFF | 39.9 | – | – | – |
| 34°C | SHORT | OFF | 33.9 – 34.1 | BLANK | SKIN SHORT | ON-OFF | – | – | – | – |
| 34°C | OPEN | OFF | 33.9 – 34.1 | BLANK | SKIN OPEN | ON-OFF | – | – | – | – |
| 34°C | 25°C | OFF | 33.9 – 34.1 | 24.9 – 25.1 | SKIN LO ALARM | ON-OFF | – | 25.0 | | – |
| 34°C | 36°C | OFF | 33.9 – 34.1 | 35.9 – 36.1 | NONE | ON-OFF | – | 35.9 | – | |
| 34°C | 40°C | OFF | 33.9 – 34.1 | 39.9 – 40.1 | SKIN HI ALARM | ON-OFF | – | 39.9 | – | – |
| 34°C | 36°C | ON | BLANK | BLANK | *AIR FLOW | OFF | – | | | – |
| 34°C | 36°C | OFF | 33.9 – 34.1 | 35.9 – 36.1 | NONE | ON-OFF | – | | – | |

DATE: June 13, 2003 BY: ER

ICS - 0241

# RETROFIT CHECK SHEET

PREEMICARE

HOSPITAL: Iman GH INCUBATOR S/N: 9098013 5

| TROFIT HOOD | | | |
|---|---|---|---|
| ✓ | Hood Air Sensor changed | Thumb Screws added | — |
| ✓ | PCA, Hood Sensor Box reworked, 2pin headers (qty 2) added, 2pin housing added. | | |

| RETROFIT CONTROLLER – S/N: | | | |
|---|---|---|---|
| | | S/N of new PCA if replaced | |
| | Processor PCA S/N: 2 101201 .014 B | | |
| | Power Supply PCA S/N: 3 101201 014 B | | |
| | Power Supply option PCA S/N: 4 101201 014 A | | |
| | Humidity PCA S/N: 5 101201 – 014 A | | |
| | Oxygen PCA S/N: | | |
| | Software FinCtl E added | R20 on PS changed to 130 ohm | ✓ |
| — | Diodes added on both Relays | Relay on PS replaced? | Yes |

| RETROFIT TUB | | | | | |
|---|---|---|---|---|---|
| ✓ | 3 Pos In-Line Connector added to Air Flow Sensor | Motor Reworked | | Changed? | — |
| ✓ | Air Flow Tested - Lot# 9558.00 | In-Line 3 Pin Connector added on Motor | | | |

| RETROFIT FRONT PANEL | | | |
|---|---|---|---|
| | Front Panel Ring added | LCD replaced? | NO |
| | Display replaced? | Display PCA S/N: 1 – 101201 – 015 B | |

| RETROFIT HUMIDIFIER | | | |
|---|---|---|---|
| ✓ | Holder, Humidifier Added | Added in-Line 2 pin connect to Level sensor | — |
| ✓ | Humidifier Level Sensor changed to new one -SS rods | Humidifier Water label added | — |

## JNCTIONAL TEST

| SIMULATOR | | | INCUBATOR | | | | RESULTS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| AIR | SKIN | AIR FLOW | AIR DISPLAY | SKIN DISPLAY | ALARMS | HEATER | AIR | SKIN | ALARM | HTR |
| SHORT | DISC. | OFF | BLANK. | BLANK | AIR SHORT | OFF | | | | — |
| OPEN | DISC. | OFF | BLANK | BLANK | AIR OPEN | OFF | | — | — | — |
| 25°C | DISC. | OFF | 24.9 – 25.1 | BLANK | LOW AIR TEMP | FULL | 24.9 | — | — | |
| 36°C | DISC. | OFF | 35.9 – 36.1 | BLANK | HI AIR TEMP | OFF | 36.0 | | — | — |
| 40°C | DISC. | OFF | 39.9 – 40.1 | BLANK | HI AIR TEMP | OFF | 39.9 | — | — | — |
| 34°C | SHORT | OFF | 33.9 – 34.1 | BLANK | SKIN SHORT | ON-OFF | — | — | — | — |
| 34°C | OPEN | OFF | 33.9 – 34.1 | BLANK | SKIN OPEN | ON-OFF | — | — | — | — |
| 34°C | 25°C | OFF | 33.9 – 34.1 | 24.9 – 25.1 | SKIN LO ALARM | ON-OFF | — | 25.0 | | — |
| 34°C | 36°C | OFF | 33.9 – 34.1 | 35.9 – 36.1 | NONE | ON-OFF | — | 35.9 | | |
| 34°C | 40°C | OFF | 33.9 – 34.1 | 39.9 – 40.1 | SKIN HI ALARM | ON-OFF | — | 39.9 | — | — |
| 34°C | 36°C | ON | BLANK | BLANK | *AIR FLOW | OFF | — | | | — |
| 34°C | 36°C | OFF | 33.9 – 34.1 | 35.9 – 36.1 | NONE | ON-OFF | — | | — | |

DATE: June 13, 2003 BY: CK

ICS - 0242

RETROFIT CHECK SHEET PRELIMINARY

HOSPITAL: Geiga INCUBATOR S/N: 879811J

| RETROFIT HOOD | | | |
|---|---|---|---|
| | Hood Air Sensor changed | Thumb Screws added | |
| | PCA, Hood Sensor Box reworked, 2pin headers (qty 2) added, 2pin housing added. | | |

| RETROFIT CONTROLLER – S/N: 8798111 C. | | | |
|---|---|---|---|
| | | S/N of new PCA if replaced | |
| | Processor PCA S/N: 2_122101_017B | | |
| | Power Supply PCA S/N: 3 90302_017B | | |
| | Power Supply option PCA S/N: 4 90302 017A | | |
| | Humidity PCA S/N: 5 122101_017A | | |
| | Oxygen PCA S/N: | | |
| ✓ | Software FinCtl E added | R20 on PS changed to 130 ohm | ✓ |
| | Diodes added on both Relays | Relay on PS replaced? | yes |

| RETROFIT TUB | | | | |
|---|---|---|---|---|
| ✓ | 3 Pos In-Line Connector added to Air Flow Sensor | Motor Reworked | Changed? | ✓ |
| ✓ | Air Flow Tested - Lot# 95920 | In-Line 3 Pin Connector added on Motor | | ✓ |

| RETROFIT FRONT PANEL | | | |
|---|---|---|---|
| ✓ | Front Panel Ring added | LCD replaced? | NO |
| | Display replaced? | Display PCA S/N: 1_122101_017B | |

| RETROFIT HUMIDIFIER | | | |
|---|---|---|---|
| ✓ | Holder, Humidifier Added | Added in-Line 2 pin connect to Level sensor | ✓ |
| ✓ | Humidifier Level Sensor changed to new one -SS rods | Humidifier Water label added | ✓ |

FUNCTIONAL TEST

| SIMULATOR | | | INCUBATOR | | | | RESULTS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| AIR | SKIN | AIR FLOW | AIR DISPLAY | SKIN DISPLAY | ALARMS | HEATER | AIR | SKIN | ALARM | HTR |
| SHORT | DISC. | OFF | BLANK | BLANK | AIR SHORT | OFF | ✓ | ✓ | ✓ | ✓ |
| OPEN | DISC. | OFF | BLANK | BLANK | AIR OPEN | OFF | | | ✓ | ✓ |
| 25°C | DISC. | OFF | 24.9 – 25.1 | BLANK | LOW AIR TEMP | FULL | 25.0 | ✓ | ✓ | ✓ |
| 36°C | DISC. | OFF | 35.9 – 36.1 | BLANK | HI AIR TEMP | OFF | 36.0 | ✓ | ✓ | ✓ |
| 40°C | DISC. | OFF | 39.9 – 40.1 | BLANK | HI AIR TEMP | OFF | 40.0 | ✓ | ✓ | ✓ |
| 34°C | SHORT | OFF | 33.9 – 34.1 | BLANK | SKIN SHORT | ON-OFF | ✓ | ✓ | ✓ | ✓ |
| 34°C | OPEN | OFF | 33.9 – 34.1 | BLANK | SKIN OPEN | ON-OFF | ✓ | ✓ | ✓ | ✓ |
| 34°C | 25°C | OFF | 33.9 – 34.1 | 24.9 – 25.1 | SKIN LO ALARM | ON-OFF | ✓ | 25.0 | ✓ | ✓ |
| 34°C | 36°C | OFF | 33.9 – 34.1 | 35.9 – 36.1 | NONE | ON-OFF | ✓ | 36.0 | ✓ | ✓ |
| 34°C | 40°C | OFF | 33.9 – 34.1 | 39.9 – 40.1 | SKIN HI ALARM | ON-OFF | ✓ | 40.0 | ✓ | ✓ |
| 34°C | 36°C | ON | BLANK | BLANK | *AIR FLOW | OFF | ✓ | ✓ | ✓ | ✓ |
| 34°C | 36°C | OFF | 33.9 – 34.1 | 35.9 – 36.1 | NONE | ON-OFF | | ✓ | ✓ | ✓ |

DATE: June 11, 2003 BY: [illegible]

# RETROFIT CHECK SHEET

PREEMICARE

IOSPITAL: [illegible] INCUBATOR S/N: 9098031 I

| ROFIT HOOD | | | |
|---|---|---|---|
| Hood Air Sensor changed | | Thumb Screws added | NO |
| PCA, Hood Sensor Box reworked, 2pin headers (qty 2) added, 2pin housing added. | | | |

RETROFIT CONTROLLER – S/N: 9098031 C

| | S/N of new PCA if replaced |
|---|---|
| Processor PCA S/N: 2-11019-0018 | |
| Power Supply PCA S/N: 3-11020-0013 | |
| Power Supply option PCA S/N: 4-11029-0019 | |
| Humidity PCA S/N: 5-11020-0018 | |
| Oxygen PCA S/N: | |

| | | | |
|---|---|---|---|
| Software FinCll E added | | R20 on PS changed to 130 ohm | – |
| Diodes added on both Relays | | Relay on PS replaced? | yes |

| RETROFIT TUB | | | |
|---|---|---|---|
| 3 Pos In-Line Connector added to Air Flow Sensor | | Motor Reworked / Changed? | - |
| Air Flow Tested - Lot# 909802 | | In-Line 3 Pin Connector added on Motor | |

| RETROFIT FRONT PANEL | | | |
|---|---|---|---|
| Front Panel Ring added | | LCD replaced? | NO |
| Display replaced? | | Display PCA S/N: 1-11020-0018 | |

| RETROFIT HUMIDIFIER | | | |
|---|---|---|---|
| Holder, Humidifier Added | | Added in-Line 2 pin connect to Level sensor | – |
| Humidifier Level Sensor changed to new one -SS rods | | Humidifier Water label added | - |

## FUNCTIONAL TEST

| SIMULATOR | | | INCUBATOR | | | | RESULTS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| AIR | SKIN | AIR FLOW | AIR DISPLAY | SKIN DISPLAY | ALARMS | HEATER | AIR | SKIN | ALARM | HTR |
| SHORT | DISC. | OFF | BLANK | BLANK | AIR SHORT | OFF | – | | – | – |
| OPEN | DISC. | OFF | BLANK | BLANK | AIR OPEN | OFF | – | – | – | – |
| 25°C | DISC. | OFF | 24.9 – 25.1 | BLANK | LOW AIR TEMP | FULL | 24.9 | – | – | – |
| 36°C | DISC. | OFF | 35.9 – 36.1 | BLANK | HI AIR TEMP | OFF | 35.9 | – | – | – |
| 40°C | DISC. | OFF | 39.9 – 40.1 | BLANK | HI AIR TEMP | OFF | 40.0 | | | – |
| 34°C | SHORT | OFF | 33.9 – 34.1 | BLANK | SKIN SHORT | ON-OFF | – | – | – | – |
| 34°C | OPEN | OFF | 33.9 – 34.1 | BLANK | SKIN OPEN | ON-OFF | – | – | – | – |
| 34°C | 25°C | OFF | 33.9 – 34.1 | 24.9 – 25.1 | SKIN LO ALARM | ON-OFF | – | 25.0 | – | – |
| 34°C | 36°C | OFF | 33.9 – 34.1 | 35.9 – 36.1 | NONE | ON-OFF | – | 35.9 | - | – |
| 34°C | 40°C | OFF | 33.9 – 34.1 | 39.9 – 40.1 | SKIN HI ALARM | ON-OFF | – | 39.9 | – | – |
| 34°C | 36°C | ON | BLANK | BLANK | *AIR FLOW | OFF | – | – | – | – |
| 34°C | 36°C | OFF | 33.9 – 34.1 | 35.9 – 36.1 | NONE | ON-OFF | – | | – | – |

DATE: June 18, 2003 BY: KR

ICS - 0260

# EXHIBIT 6

PREEMICARE
INDUSTRIES, INC.

August 12th, 2003

John Snow International
Cairo,
Egypt

USAID Healthy Mother Healthy Child Project

# Certificate of Use

Incubator Model 605

Incubator Serial Number : **8 7 9 8 0 9 7 i**

The above incubator has been retrofitted and passed the functional test and is ready for use.

PreemiCare Industries, Inc.

Signed By
Randa Rihana

2713 Loker Avenue W✧Carlsbad✧CA 92008 USA ✧Tel 760.602.9993✧ .... 760. 602.9995✧ mail@preemicare.com✧ www.preemicare.com

PREEMICARE
INDUSTRIES, INC.

August 12th, 2003

John Snow International
Cairo,
Egypt

USAID Healthy Mother Healthy Child Project

# Certificate of Use

Incubator Model 605 .

Incubator Serial Number : **9 0 9 8 0 1 3 i**

The above incubator has been retrofitted and passed the functional test and is ready for use.

PreemiCare Industries, Inc.

Signed By ~~Rihana~~
Randa Rihana

2713 Loker Avenue W✧Carlsbad✧CA 92008/USA ✧Tel 760.602.9993✧Fax 760. 602.9995✧ mail@preemicare.com✧ www.preemicare.com

PREEMICARE
INDUSTRIES, INC.

August 12th, 2003

John Snow International
Cairo
Egypt

USAID Healthy Mother Healthy Child Project

# Certificate of Use

Incubator Model 605

Incubator Serial Number : 8 7 9 8 1 1 1 i

The above incubator has been retrofitted and passed the functional test and is ready for use.

PreemiCare Industries, Inc.

Signed By
Randa Rihana

2713 Loker Avenue W✧Carlsbad✧CA 92008/USA ✧Tel 760.602.9993✧Fax 760.602.9995✧ mail@preemicare.com✧ www.preemicare.com

PreemiCare Industries, Inc.

August 12th, 2003

John Snow International
Cairo
Egypt

USAID Healthy Mother Healthy Child Project

# Certificate of Use

Incubator Model 605

Incubator Serial Number : **9098031i**

The above incubator has been retrofitted and passed the functional test and is ready for use.

PreemiCare Industries, Inc.

Signed By _RRihana_
Randa Rihana

2713 Loker Avenue W✧Carlsbad✧CA 92008 USA ✧Tel 760.602.9993✧Fax 760. 602.9995✧ mail@preemicare.com✧ www.preemicare.com

# EXHIBIT 7

| Criteria | # of Units Failing | Percentage |
|---|---|---|
| Power failure alarm not working | 1 | 2.3% |

For temperature control, which is the inherent reason to deploy incubators, 25 of the 44 incubators (56.8%) had measured temperatures that were in excess of ±0.5 °C of the displayed temperature.

Also, each incubator failed the inspection requirement of alarming when the sensor is open. This test requires the inspector to physically disconnect the air sensor. Although scenarios developed by JSI engineering representatives with additional disabled elements led to temperature increases, the probability of an actual disconnect of the air sensor in a clinical environment is relatively small.

This additional inspection testing of PreemiCare Model 605 infant incubators in Cairo provided a relatively large sample of 44 units and represented 37% of the incubators provided to MOHP. In this testing only 4 units, or approximately 10%, passed all tests, exclusive of the open air sensor. This obviously translates to an overall failure rate of 90%, which is extreme. This failure rate is of particular concern since all the units had passed PreemiCare testing less than one year ago and had not been used since that time. ECRI believes that a one-year inspection interval is typically appropriate for most incubator models.

In ECRI's testing, two of the units would not even operate. Of a total of 80 failures, more than half (45) were temperature control or temperature alarm related. Nineteen units had two separate failures and nine units had three or more separate failures.

## 3.0 Project Conclusion and Recommendations

Based on the results of this continued performance testing, ECRI recommends that JSI not use the PreemiCare incubators for patient care. The combined testing, performed both in May 2004 and in the fall of 2003, indicates that the PreemiCare incubators fail in their main purpose – temperature regulation.

As 56% of the tested incubators failed the temperature inspection, these incubators are clearly unreliable for regulating the body temperature of infants. And this 56% failure rate is after the fact that these incubators were certified by the PreemiCare field service engineer as being ready for clinical use. (Reportedly though, the field service testing conducted by PreemiCare representatives did not include actual temperature testing inside the incubator.) ECRI generally considers a 5% failure rate or greater as cause for concern, and in general, such delivered models would be considered unacceptable.

Healthcare organizations in the United States would not accept these incubators for clinical care based on their extremely poor inspection results, especially in regards to temperature control. In addition Preemicare has still not provided the requested service documentation and there are numerous reasons to question its ability to support the

# EXHIBIT 8

-----Original Message-----
**From:** Maliff, Robert [mailto:RMaliff@ECRI.org]
**Sent:** Wednesday, October 27, 2004 6:10 AM
**To:** Reginald Gipson
**Cc:** Ritter, Tim; Schonder, Louis; Katrina Kruhm
**Subject:** RE: PrimeeCare Incubators

Dr. Gipson:

I was traveling to our west coast on Tuesday and was able to respond to your request in the evening here.

After several rounds of testing, ECRI recommended that the PreemiCare incubators not be returned to service for clinical use due to numerous inspection failures. In our final round of testing, ECRI found that over 50% of the tested units failed to control the temperature inside the incubator – the inherent purpose of incubators.

Our testing was for performance; design and/or manufacturing testing requires a completely different and lengthy investigation. Our program could not determine whether this temperature (and other) failures were due to engineering/manufacturing concerns.

Please contact us if you have any questions.

Best Regards,

Rob

# EXHIBIT 9

**Reginald Gipson**

**From:** Katrina Kruhm
**Sent:** Monday, May 31, 2004 9:07 AM
**To:** Reginald Gipson
**Subject:** FW: 05-26-04 Revised ECRI report

-----Original Message-----
**From:** Maliff, Robert [mailto:RMaliff@ECRI.org]
**Sent:** Wednesday, May 26, 2004 9:31 PM
**To:** Katrina Kruhm
**Subject:** 05-26-04 Revised ECRI report

Katrina,

I've attached a revised report for your use, but would also like to address a few issues outside the official report.

1. The inspection result inconsistencies noted in your review are a result of Lou's review of the completed inspection forms. The Appendix C - Incubator Temperature Test Summary sent with the draft has the actual testing results. Some of these were wrongly marked as passing or failing by Lou or the engineers on the cover forms, and Lou, during his review of the completed forms, had made the corrections before the submittal of our draft report. Appendices B and C represent the true test results after reviewing the original data.

2. In terms of sound testing, we have concerns about the accuracy of the results as Lou had to correct several of the engineers while they were performing the sound test. Although failures were noted, with many results indicating sound levels above 70 dBs, we are concerned with the the reliability and reproducibility of the results.

3. ECRI plans to make some minor changes in the IPM in the future, but these will have no bearing on the results produced by this testing program. A revised IPM procedure will be forwarded to you for JSI's use in future incubator testing.

We look forward to discussing this revised report with you.

Rob

Robert P. Maliff
Associate Director
Health Systems Group
ECRI

(610) 825-6000, x5130
rmaliff@ecri.org

# EXHIBIT 10

24 21



**Reginald Gipson**

**From:** Fawaz Arafat [farafat@ics-technologies.com]
**Sent:** Saturday, June 12, 2004 2:25 AM
**To:** 'Reginald Gipson'; icsegypt@link.net
**Cc:** yousri96@aol.com; 'Katrina Kruhm'
**Subject:** RE: Preemicare Incubators

Dear Dr. Gibson

As advised in your email of May 31st, 2004, I contacted Preemicare and had a long discussion with Jim Fitzmaurice regarding your email and the incubators in Egypt. Jim informed me that he reviewed your comments regarding the visit of ECRI's representative at site, and he needs the details of the testing conducted on each incubator in order to evaluate the report and to decide on the steps to be taken.

Preemicare informed me that since the time the incubators were received by JSI and used in all hospitals in Egypt, Preemicare had visited Egypt twice and conducted certain modifications to eliminate any possible mis use of those incubators. In August of 2003, the incubators were again tested by Preemicare engineer Randa Rihana in Cairo in a series of testing in the presence of all concerned and were as such certified to be in accordance with the specification of the contract, and suitable for hospital use.

In February of 2004, ECRI , after testing two incubators in their facilities in the United States, confirmed by reporting them as suitable for infant use. Randa Rihana had to go to ECRI's facilities to assist ECRI in the testing after ECRI initially reported that the incubators could not be tested for a certain criteria.

Preemicare informed me that since the incubators have been stored for almost a year now in an uncontrolled environment, and most of them had different parts missing or broken before collecting them from all the hospitals in Egypt, that they recommend a complete service be conducted on those incubators.

ICS would be glad at this time to coordinate with Preemicare in order to provide this service. We envision some kind of an arrangement by which, Preemicare together with a local company perform complete service to those incubators under a specific task order to them from JSI. Preemicare can train the engineers of the local company on those incubators and make available all spare parts needed for their expected service life. In addition, and before employing the incubators into service, ECRI can come again, and test the incubators in the presence of Preemicare and the Local Company to certify them to the MoH for infant use.

With my best regards
Fawaz

-----Original Message-----
**From:** Reginald Gipson [mailto:RGipson@jsiegypt.com]
**Sent:** Monday, May 31, 2004 10:16 AM
**To:** 'farafat@ics-technologies.com'; 'icsegypt@link.net'
**Cc:** 'nmatta@usaid.gov'; 'yousri96@aol.com'; Katrina Kruhm
**Subject:** Preemicare Incubators

May 31, 2004

# EXHIBIT 11

# Minutes of the Meeting
# Review and Update on PreemiCare Incubators

**Date:** 29 September 2004
**Time:** 11:30 am – 12:30 pm
**Participants:**

**Dr. Esmat Mansour**, Head of IHC and Nursing Sector, HM/HC Executive Director, MOHP
**Dr. Nahed Matta**, HM/HC Team Leader, USAID
**Dr. Ali Abdel Megeid**, Workforce Team Leader, USAID
**Mr. Yousri Aclimandos**, Vice President, TCA
**Dr. Reginald Gipson**, Chief of Party, JSI

**Purpose:**

1. To review the current situation in reference to the disposition of the PreemiCare Incubators.
2. To address all technical matters pertaining to the incubators and decide on the actions required to have the incubators operating safely, efficiently, tested and returned to the MOHP.
3. To discuss and agree on the action plan for options to resolve the current situation.
4. To discuss the next steps required to implement the plan..

**Plan of Action:**

As a result of the discussions, consensus was reached on the following plan of action:

1- The Supplier, ICS, will proceed with having two incubators repaired by Arj-Med. ICS and PreemiCare are currently working with Arj-Med to be PreemiCare's representative in Egypt.
2- The two incubators will be selected by the MOHP and JSI engineers. It was noted that each incubator which was tested by ECRI has a data sheet which specifies each of the test and records whether the incubator passed or failed the different test items. Therefore, part of the criteria for selection of the incubators to be repaired includes failing the ECRI critical test for temperature control and alarm.
3- The MOHP and JSI engineers were trained by ECRI to perform the required test. Therefore, once the incubators are repaired the MOHP and JSI engineers will retest them according to the test protocol and compare the results after the repair

with the results from the ECRI test before to determine if the areas in which the incubators failed the previous test have been corrected.

4- If the incubators pass the initial tests, an extensive trial test will be performed which includes a simulation test of the incubators operation capacity in a reliable Neonatal Unit setting for 2 to 4 weeks where monitoring of the normal operation (without any infant) will be none by MOHP Neonatal Unit staff, MOHP and JSI engineers.
5- If the incubators pass the trial period, discussions will then proceed in reference to the estimated cost and who will provide the funds for repairs, required spare parts and a maintenance contract for one year for the incubators.
6- Once agreed, the other incubators will be turned over to Arj-Med to undergo the same level of repair and maintenance, test and delivery to the MOHP if they pass the test and trial period.

# EXHIBIT 12

**Ministry of Health & Population**
**Healthy Mother/Healthy Child Project**
**in Cooperation with USAID**

وزارة الصحة والسكان
مشروع صحة الأم والطفل
تعاون مع وكالة التنمية الدولية الأمريكية

December 15, 2004

Dr. Ali Abdel Megeid
HM/HC Team Leader
USAID

Dear Dr. Abdel Megeid,

As a follow up to my letter dated June 9, 2004 and Dr. Matta's reply dated July 13, 2004 (see attached), I would like to express my satisfaction with the current resolution of the issues related to the Preemicare Incubators. We appreciate the continuious cooperation of all parties in resolving this matter, especailly the approval of USAID (as stated in Dr. Matta's letter) through JSI's commodity procurement program to procure additional incubators which some were temporarily used while the Preemicare incubators were being repaired. Reference our agreement reached at the 29 September 2004 meeting (see attached Minutes of the Meeting) we are in the process of receiving and testing the Preemicare incubators and distributing them according to the Hospitals' requests and need for incubators.

We appreciate USAID and JSI actions to maximize the use of incubators for the benefit of the Project and especially for Egyptian newborns.

Thanks for your continuous cooperation.

Sincerely,

Esmat

Dr. Esmat Mansour
Head of IHC & Nursing Sector
HM/HC Executive Director

CC: Dr. Gipson, COP, JSI

21 El Sabaa Sakayaat St., Off El Kasr El Eini st., Fom El Khalig -cairo
Area Code No . 11628 Zein El Abdein
Tel. :5313011 - 5313761- 5313762 Fax:02-5313757

٢ ش السبع ساقايات متفرع من شارع القصر العيني - فم الخليج - القاهرة
قم بريدى ١١٦٢٨ بريد زين العابدين
ليفون ، ٥٣١٣٠١١ - ٥٣١٣٧٦١ - ٥٣١٣٧٦٢ فاكس ، ٥٣١٣٧٥٧ - ٠٢