# In the United States Court of Federal Claims

No. 06-097C

(Filed: September 6, 2007)

*************************************** *
*
JOHN SNOW, INC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
*************************************** *

**ORDER**

As mutually agreed with counsel for the parties, the Court will hear oral argument on plaintiff's motion for partial summary judgment. Oral argument shall be heard on September 19, 2007 at 2:00 PM at the National Courts Building, 717 Madison Place, N.W., Washington, D.C.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge