# In the United States Court of Federal Claims

No. 06-097C

(Filed: November 1, 2007)

```
****************************************** *
                                           *
JOHN SNOW, INC.,                           *
                                           *
                    Plaintiff,             *
                                           *
 v.                                        *
                                           *
THE UNITED STATES,                         *
                                           *
                    Defendant.             *
                                           *
****************************************** *
```

**ORDER**

On October 26, 2007, the parties filed a Joint Status Report in which they proposed a schedule for discovery. After considering the parties' proposal, the Court adopts the following schedule:

1. Initial disclosures pursuant to Rule 26(a)(i) will be exchanged by December 14, 2007.

2. Fact discovery shall be completed by June 30, 2008.

3. Each party shall be limited to 10 depositions, and 35 interrogatories. Any requests to exceed these limitations shall be made by motion to the Court.

4. The parties shall disclose all expert witnesses, if any, to one another not later than July 15, 2008, and expert reports shall be exchanged not later than August 29, 2008.

5. Depositions of expert witnesses shall be completed not later than September 30, 2008.

6. Pre-trial conference shall be held on October 15, 2008 at 2:00 PM at the National Courts Building, Washington, DC.

7. The parties may contact the Court at any time if they desire assistance with settlement discussions or Alternative Dispute Resolution ("ADR") procedures.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge