# In the United States Court of Federal Claims

No. 06-97C

(Filed: June 30, 2008)

```
**************************************** *
                                          *
JOHN SNOW, INC.,                          *
                                          *
                        Plaintiff,        *
                                          *
 v.                                       *
                                          *
THE UNITED STATES,                        *
                                          *
                        Defendant.        *
                                          *
**************************************** *
```

**ORDER**

As discussed with counsel for the parties, the Court will conduct a telephonic status conference on the record, on July 1, 2008 at 10:00 AM (EDT). Counsel for the parties shall be prepared to discuss a trial schedule in the above-captioned case.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge