# In the United States Court of Federal Claims

No. 06-97C

(Filed: July 1, 2008)

```
****************************************** *
                                           *
JOHN SNOW, INC.,                           *
                                           *
                    Plaintiff,             *
                                           *
 v.                                        *
                                           *
THE UNITED STATES,                         *
                                           *
                    Defendant.             *
                                           *
****************************************** *
```

**ORDER**

As discussed with counsel for the parties, the Court will conduct a telephonic status conference on the record, on July 16, 2008, at 10:00 AM (EDT). Counsel for the parties shall be prepared to discuss their progress toward a final settlement agreement, or, in the alternative, a trial schedule in the above-captioned case.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge