# In the United States Court of Federal Claims

No. 06-97C

(Filed: July 16, 2008)

*************************************** *
*
JOHN SNOW, INC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
*************************************** *

**ORDER**

On July 16, 2008, the Court conducted a telephonic status conference with counsel for the parties. The parties represented to the Court that a settlement agreement has been signed and the terms of the agreement will be completed within 75 days. Accordingly, the Clerk of the Court is directed to enter a stay of proceedings in the above-captioned case for a period of 75 days. In the event the parties are unable to complete the terms of the agreement and file an appropriate notice with the Court during that period, the Court will conduct a telephonic status conference on the record on September 29, 2008, at 11:00 AM (EDT).

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge